IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| W.J. BRADLEY MORTGAGE CAPITAL, LLC | ) | Case No. __-_____ (___) |
| | ) | |
| Debtor. | ) | |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY AND DISCLAIMERS REGARDING THE DEBTOR'S SCHEDULE OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

On April 28, 2016 (the "<u>Commencement Date</u>"), the above-captioned debtor (the "Debtor") commenced a voluntary case under chapter 7 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>").

The Schedule of Assets and Liabilities (the "<u>Schedules</u>") and Statement of Financial Affairs (the "<u>SOFAs</u>") filed by the Debtor in the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>") were prepared pursuant to section 521 of the Bankruptcy Code, Rule 1007 of the Federal Rules of Bankruptcy Procedure and Rule 1007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware by the Debtor's management with unaudited information available as near as possible to the Commencement Date, unless otherwise indicated. The Schedules and SOFAs reflect the assets and liabilities of the Debtor. The Schedules and SOFAs do not purport to be financial statements prepared in accordance with generally accepted accounting principles in the United States ("<u>GAAP</u>"), and they are not intended to be fully reconciled to the Debtor's financial statements.

The Schedules and SOFAs have been signed by an authorized representative of the Debtor. In reviewing and signing the Schedules and SOFAs, the Debtor's authorized representative relied upon the efforts, statements and representations of the Debtor's other personnel and professionals. Such representative has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

These Global Notes and Statement of Limitations, Methodology and Disclaimers Regarding the Debtor's Schedules and SOFAs (the "<u>Global Notes</u>") are incorporated by reference in, and comprise an integral part of, the Debtor's Schedules and SOFAs, and should be referred to and reviewed in connection with any review of the Schedules and SOFAs.

1.     <u>Reservation of Rights</u>.   Although the Debtor's management made every reasonable effort to ensure the Schedules and SOFAs are as accurate and complete as possible, based on the information available at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and SOFAs, and inadvertent errors or omissions may have occurred. Because the Schedules and SOFAs contain unaudited information,

*These Global Notes regarding the Debtors' Schedules and SOFAs comprise an integral part of the Schedules and SOFAs and should be referred to and considered in connection with any review of them.*

which is subject to further review, verification and potential adjustment, there can be no assurance that these Schedules and SOFAs are complete.

Nothing contained in the Schedules and SOFAs or these Global Notes shall constitute an admission or a waiver of any of the Debtor's rights to assert any claims or defenses. For the avoidance of doubt, listing a claim on Schedule D as "secured," on Schedule E as "priority," on Schedule F as "unsecured nonpriority," or listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of any claimant, or a waiver of the Debtor's right to recharacterize or reclassify such claim or contract. Failure to designate a claim on the Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated." Further, nothing contained in the Schedules and SOFAs shall constitute a waiver of any of the rights of the Debtor or its estate with respect to this chapter 7 case and specifically with respect to any issues involving equitable subordination and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers.

The Debtor reserves the right to dispute, or to assert setoff or other defenses to, any claim reflected on the Schedules and/or SOFAs. The Debtor also reserves all rights with respect to the values, amounts and characterizations of the assets and liabilities listed in the Schedules and SOFAs.

2.  <u>Reporting Date</u>.  All asset and liability information, except where otherwise noted, is provided as of April 22, 2016 or as close thereto.

3.  <u>Currency</u>.  All amounts are reflected in U.S. dollars as of the Commencement Date, unless otherwise noted below.

4.  <u>Estimates and Assumptions</u>.  The preparation of the Schedules and SOFAs required the Debtor' to make certain estimates and assumptions that affected the reported amounts of assets and liabilities, the disclosure of contingent assets and liabilities and the reported amounts of revenue and expense. Actual results could differ materially from these estimates.

5.  <u>Asset Presentation and Valuation</u>.  The Debtor does not have current market valuations for all assets. It would be prohibitively expensive, unduly burdensome and an inefficient use of estate assets for the Debtor to obtain current market valuations for all assets. Wherever possible, unless otherwise indicated, net book values as of the Commencement Date are presented. When necessary, the Debtor has that the value of certain assets is "Unknown" or "Undetermined." Amounts ultimately realized may vary materially from net book value (or whatever value was ascribed). Accordingly, the Debtor reserves all rights to amend, supplement or adjust the asset values set forth herein. As applicable, fixed assets and leasehold improvement assets that have been fully depreciated or fully amortized,

*These Global Notes regarding the Debtors' Schedules and SOFAs comprise an integral part of the Schedules and SOFAs and should be referred to and considered in connection with any review of them.*

or were expensed for GAAP accounting purposes, have no net book value and therefore are not included in the Schedules and SOFAs.

6.  <u>Liabilities</u>.  Some of the scheduled liabilities are unknown, contingent and/or unliquidated at this time.  In some cases, the amounts are listed as "Unknown" or "Undetermined."  Accordingly, the Schedules and SOFAs do not accurately reflect the aggregate amount of the Debtor's total liabilities.

7.  <u>Intercompany Transactions</u>.  Before the Commencement Date, the Debtor routinely engaged in intercompany transactions with their Debtor and non-Debtor subsidiaries and affiliates.  Intercompany accounts payable and receivable as of the Commencement Date, if any, are reflected in the Debtor's Schedules and SOFAs.  The Debtor reserves all rights with respect to such intercompany accounts payable and receivable.

8.  <u>Leases</u>.  Any unexpired leases are included on Schedule G.  To the extent any amounts were outstanding under any leases as of the Commencement Date, such amounts have been included on Schedule F.

9.  <u>Recharacterization</u>.  The Debtor made all reasonable efforts to correctly characterize, classify, categorize or designate the claims, assets, executory contracts, unexpired leases and other items reported in the Schedules and SOFAs.  Due to the complexity and size of the Debtor's businesses, however, it is possible that certain items have been improperly characterized, classified, categorized or designated.  In addition, certain items reported in the Schedules and SOFAs may be included in more than one category.  The designation of a category is not meant to be wholly inclusive or descriptive of the rights or obligations represented by such item.

10.  <u>Claim Description</u>.  Any failure to designate a claim on the Schedules and SOFAs as "contingent," "unliquidated" or "disputed" does not constitute an admission by the Debtor that such claim is not "contingent," "unliquidated" or "disputed."  The Debtor reserves all rights to object to or otherwise dispute, or to assert setoff rights, cross-claims, counterclaims or defenses to, any claim reflected on the Schedules and SOFAs as to amount, liability, priority, secured or unsecured status, classification or any other grounds or to otherwise subsequently designate any claim as "contingent," "unliquidated" or "disputed" (by amendment to the Schedules or otherwise).  Additionally, the dollar amounts of claims listed may be exclusive of contingent and additional unliquidated amounts.  Further, the claims of certain creditors for, among other things, merchandise, goods, services or taxes are listed as the amounts entered on the Debtor's books and records and may not reflect credits or allowances due from such creditors to the Debtor.  The Debtor reserves all of their rights with respect to any such credits and allowances.

11.  <u>Undetermined or Unknown Amounts</u>.  The description of an amount as "Undetermined" or "Unknown" is not intended to reflect upon the materiality of

**These Global Notes regarding the Debtors' Schedules and SOFAs comprise an integral part of the Schedules and SOFAs and should be referred to and considered in connection with any review of them.**

such amount.  Additionally, the dollar amounts of claims listed may be exclusive of contingent and additional unliquidated amounts.  Further, the claims of individual creditors for, among other things, goods, services or taxes are listed as amounts entered on the Debtor's books and records and may not reflect credits or allowances due from such creditors to the Debtor or setoffs applied by such creditors against amounts due by such creditors to the Debtor with respect to any such credits and allowances.

12.   <u>Contingent Assets and Causes of Action</u>.  Despite the Debtor's reasonable efforts to identify all known assets, the Debtor may not have listed all causes of action or potential causes of action against third parties as assets in the Schedules and SOFAs, including, but not limited to, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets.  The Debtor reserves all rights with respect to any potential claims, causes of action or avoidance actions, and neither these Global Notes nor the Schedules and SOFAs shall be deemed a waiver of any such potential claims, causes of actions, or avoidance actions or in any way prejudice or impair the assertion of such claims.

Additionally, prior to the Commencement Date, the Debtor, as plaintiff, cross-claimant and/or third-party plaintiff may have asserted claims against third parties, seeking monetary damages for business-related losses.

13.   <u>Investigations</u>.   From time to time, the Debtor may be subject to certain investigations from various governmental and nongovernmental entities.   The Debtor has complied with all such requests for documents and information.  Since the Commencement Date, the Debtor has not been engaged in any proceedings regarding these investigations, and therefore excluded this information from the Schedules and SOFAs.

14.   <u>Assumptions Used in Responding to Specific Questions in the SOFAs</u>

a.   <u>SOFA Question 4</u>.  The listing of a party as an "Insider," throughout the Schedules and SOFAs, is not intended to be, nor shall be, construed as a legal characterization or determination of such party as an actual insider and does not act as an admission of any fact, claim, right or defense, and all such rights, claims and defenses are hereby expressly reserved.

The amounts shown in response to this question for salary and bonus payments are gross amounts and do not include reductions for employee tax withholding or withholdings for employee paid benefits.

b.   <u>SoFA 20.</u>  As part of its wind-down, the Debtor has been working to ensure that the Company remains in compliance with the terms of its Privacy Policy and with federal and other applicable law with respect to

*These Global Notes regarding the Debtors' Schedules and SOFAs comprise an integral part of the Schedules and SOFAs and should be referred to and considered in connection with any review of them.*

the collection, use, preservation and protection of customer information, employee information and other types of sensitive data.

The Debtor has made diligent efforts to move all sensitive paper files and electronic devices capable of storing consumer private and company confidential data into secured storage locations.

c.    SOFA Question 26d.  The Debtor has listed known parties that have received financial statements in the ordinary course of business.  The Debtor also may have provided consolidated financial information to banks, customers, suppliers and other various interested parties. Accordingly, this list is not exhaustive.

d.    SOFA Question 30.  All cash payments to insiders of the Debtor have been listed under SOFA Question 4, including all forms of cash compensation.  The items listed under SOFA Question 30 incorporate by reference any items listed under SOFA Question 4, and *vice versa*.

15.    Assumptions Used in Responding to Specific Questions in the Schedules.

a.    Schedule A/B 39-41.  The asset values listed on this schedule for Furniture (A/B, Q 39), Office Fixtures (A/B, Q 40), Office equipment, including computers, communication systems and software (A/B, Q 41) are the book values from the balance sheet.  However, the Debtor believes the value of these assets to be *de minimis*.

b.    Schedule F.  Schedule F does not include certain deferred charges, deferred liabilities or general reserves. Such amounts, however, are reflected on the Debtor's books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific claims as of the Commencement Date.  The claims listed in Schedule F arose or were incurred on various dates.  In certain instances, the date on which a claim arose is an open issue of fact. Although reasonable efforts have been made to identify the date of incurrence of each claim, determination of the date that each claim in Schedule F was incurred or arose would be unduly burdensome; therefore, the Debtor does not list a date for each claim listed on Schedule F.

Intercompany accounts identified on Schedule F generally are comprised of multiple components.  The Debtor records entries as intercompany transactions to account for the proper allocation among the affiliated Debtors and non-debtor entities of transactions under their cash management and payment systems.

c.    Schedule G.  Although the Debtor's existing records and information systems have been relied upon to identify and schedule executory

*These Global Notes regarding the Debtors' Schedules and SOFAs comprise an integral part of the Schedules and SOFAs and should be referred to and considered in connection with any review of them.*

contracts and unexpired leases and every effort has been made to ensure the accuracy of each Schedule G entry, inadvertent errors or omissions may have occurred.  The Debtor reserves all rights to dispute the validity, status or enforceability of any contracts, agreements or leases set forth in Schedule G and to amend or supplement Schedule G as necessary.  The contracts, agreements and leases listed therein may have expired or been modified, amended or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda and other documents, instruments and agreements, which may not be listed therein.

The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease.  The Debtor reserve all rights, claims and causes of action with respect to the contracts and agreements listed on Schedule G, including the rights to dispute or challenge the characterization or the structure of any transaction document or instrument.  Certain executory agreements may not have been memorialized in writing and could be subject to dispute. Executory agreements that are oral in nature have not been included in Schedule G.

    d.    <u>Schedule H</u>.  Codefendants in litigation matters involving the Debtor are not listed in Schedule H.  In addition, the Debtor may not have identified all Guarantees embedded in the Debtor's executory contracts, unexpired leases, secured financings, debt instruments and other such agreements.  The Debtor reserves all rights to amend or supplement the Schedules to the extent that additional Guarantees are identified or such Guarantees are discovered to have expired or be unenforceable.

16.    <u>Amendments</u>.  The Debtor has made reasonable effort to prepare and file complete and accurate Schedules and SOFAs.  Despite these efforts, inadvertent errors or omissions may exist.  The Debtor reserves the right to amend and/or supplement the Schedules and SOFAs as may be necessary or appropriate.

17.    <u>Limitation of Liability</u>.  The Debtor and its officers, employees, agents, attorneys and financial advisors do not guarantee or warrant the accuracy, completeness or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused, in whole or in part, by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein.  The Debtor and its officers, employees, agents, attorneys and financial advisors expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised or re-categorized.  In no event shall the Debtor or its officers, employees, agents, attorneys and financial advisors be

> ***These Global Notes regarding the Debtors' Schedules and SOFAs comprise an integral part of the Schedules and SOFAs and should be referred to and considered in connection with any review of them.***

liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtor or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused.

**Fill in this information to identify the case:**

Debtor name    **W.J. Bradley Mortgage Capital, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.....................................................................................    $    **100,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................    $    **26,966,048.56**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*....................................................................................    $    **27,066,048.56**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    **19,280,934.77**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................    $    **1,559,045.48**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$    **6,206,863.34**

4.  **Total liabilities** ....................................................................................................................
   Lines 2 + 3a + 3b                                                                                                    $    **27,046,843.59**

**Fill in this information to identify the case:**

Debtor name     **W.J. Bradley Mortgage Capital, LLC**

United States Bankruptcy Court for the:     DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an
    amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No.  Go to Part 2.
    ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
    Name of institution (bank or brokerage firm)      Type of account      Last 4 digits of account number

|  | | | |
|---|---|---|---|
| 3.1. **See Attachment 3** | | | $506,250.89 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.       | $506,250.89 |

**Part 2:**     **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

    ☐ No.  Go to Part 3.
    ■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

| 8.1. **See Attachment 8** | | | $1,706,093.12 |
|---|---|---|---|

9.  **Total of Part 2.**
    Add lines 7 through 8. Copy the total to line 81.       | $1,706,093.12 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **W.J. Bradley Mortgage Capital, LLC**
Name
Case number *(If known)* _____

---

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

11a. 90 days old or less:   **594,947.51** - **206,008.00** = ....   **$388,939.51**
face amount | doubtful or uncollectible accounts

11a. 90 days old or less:   **145,632.12** - **0.00** = ....   **$145,632.12**
face amount | doubtful or uncollectible accounts

11a. 90 days old or less:   **4,622,410.57** - **0.00** = ....   **$4,622,410.57**
face amount | doubtful or uncollectible accounts

11a. 90 days old or less:   **8,966,758.57** - **0.00** = ....   **$8,966,758.57**
face amount | doubtful or uncollectible accounts

11a. 90 days old or less:   **1,340,075.00** - **0.00** = ....   **$1,340,075.00**
face amount | doubtful or uncollectible accounts

11b. Over 90 days old:   **207,413.76** - **207,413.76** = ....   **$0.00**
face amount | doubtful or uncollectible accounts

12.   **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**$15,463,815.77**

---

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

---

Debtor    **W.J. Bradley Mortgage Capital, LLC**                          Case number *(If known)* _____
          Name

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Office Furniture & fixtures** | **$458,117.00** | | **$458,117.00** |
| 40. | **Office fixtures**<br>**Office equipment** | **$22,251.61** | | **$22,251.61** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Communication systems equipment and software** | **$7,208,702.17** | | **$7,208,702.17** |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.                               **$7,689,070.78**

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

■ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.

☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                           Best Case Bankruptcy

Debtor   **W.J. Bradley Mortgage Capital, LLC**         Case number *(If known)* _____
Name

| | | | | |
|---|---|---|---|---|
| 55.1. | **Vacant lot at 3743 N Payton, Indianapolis, IN 46219** | Fee simple | $0.00 | $0.00 |
| 55.2. | **REO property located at 1302 124th AVenue NE, Blaine MN 55434** | Acquired thorugh foreclosure action | $100,000.00 | $100,000.00 |

**56.**   **Total of Part 9.**

     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
     Copy the total to line 88.

                                       **$100,000.00**

**57.**   **Is a depreciation schedule available for any of the property listed in Part 9?**

    ■ No
    ☐ Yes

**58.**   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

                                                      Current value of
                                                        debtor's interest

**71.**     **Notes receivable**
       Description (include name of obligor)

**72.**     **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

**73.**     **Interests in insurance policies or annuities**

**74.**     **Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.**     **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.**     **Trusts, equitable or future interests in property**

**77.**     **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

        **Mortgage servicing rights of FNMA - Est UPB 18,000,000**                 **$25,000.00**

Debtor    **W.J. Bradley Mortgage Capital, LLC**                                   Case number *(If known)* _____
          <u>Name</u>

**Loans held for cash** _____                                   **$1,575,818.00**

---

78.    **Total of Part 11.**                                                      **$1,600,818.00**

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

       ■ No
       ☐ Yes

Debtor   **W.J. Bradley Mortgage Capital, LLC**
Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $506,250.89 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,706,093.12 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $15,463,815.77 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $7,689,070.78 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................> | | $100,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,600,818.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $26,966,048.56 | + 91b. $100,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $27,066,048.56 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

In re W.J. Bradley Mortgage Capital, LLC
Attachment 3 - Bank Accounts

| Bank | Bank Type | Type of Account | Account Number | Book Balance as of 4/26/16 |
|------|-----------|-----------------|----------------|----------------------------|
| US Bank | DDA | Operating | xx1714 | 60,703.84 |
| US Bank | DDA | Operating Payroll | xx1722 | - |
| US Bank | Controlled Disb | Controlled Disbursement | xx9290 | (33,064.74) |
| US Bank | DDA | Operating A/P ACH | xx6487 | - |
| | | | | 38,406.27 |

In re W.J. Bradley Mortgage Capital, LLC
Attachment 8 - Prepayments

| Vendor | Description | Date Incurred | Amount |
|---|---|---|---|
| AccelOps, Inc. | AO-VA-Foundation/MOD-SIEM/PAM 500S (1 year license) | 12/1/2015 | 4,994.91 |
| Access Information Protected | Offsite storage - 3 month period | 4/18/2016 | 1,400.00 |
| ADP | tax return, W-2 and year end processing | 4/26/2016 | 5,732.68 |
| Advanced Systems Group | Software Licenses and Services (3 year license) | 3/31/2014 | 63,317.58 |
| All American Records Management | Offsite storage - 3 month period | 4/18/2016 | 4,375.00 |
| Aon Risk Services Inc. | 5/1/2015-5/1/2016 Renewal License & Permit Bond | 5/13/2015 | 1,275.00 |
| Aon Risk Services Inc. | D&O tail insurance for primary D&O policy with AIG | 4/4/2016 | 111,706.00 |
| Aon Risk Services Inc. | D&O tail insurance for Excess Side A DIC with XL Specialty Insurance Company | 4/12/2016 | 70,000.00 |
| Aon Risk Services Inc. | 7/10/15-7/10/2016 New  License & Permit Bond | 9/1/2015 | 1,275.00 |
| Aon Risk Services Inc. | 7/1/15-7/1/2016 New  License & Permit Bond | 9/1/2015 | 1,700.00 |
| Aon Risk Services Inc. | 1/1/16-12/31/16 Renewal License & permit Bond | 9/24/2015 | 1,063.00 |
| Aon Risk Services Inc. | 1/1/16-12/31/16 Renewal Lost instruments Bond | 9/24/2015 | 1,275.00 |
| Aon Risk Services Inc. | 1/1/16-12/31/16 Renewal License & permit Bond | 9/24/2015 | 1,700.00 |
| Aon Risk Services Inc. | 1/1/16-2/1/17 Renewal License & permit Bond | 9/24/2015 | 1,700.00 |
| Aon Risk Services Inc. | 5/1/16-5/1/17 Renewal License & permit Bond | 9/24/2015 | 1,275.00 |
| AppSense | AppSense Subscription Term: 10/21/2014-10/20/2017 | 11/7/2014 | 25,539.13 |
| BAE | 3 months of service | 4/21/2016 | 1,560.00 |
| BAE | 3 months of service | 4/26/2016 | 6,240.00 |
| Cisco SmartNet | Term: 01/01/2015-12/31/2017 | 11/7/2014 | 12,989.02 |
| Citrix XenDesktop | Citrix XenDesktop Term: 10/22/2014-10/21/2017 | 11/7/2014 | 138,149.42 |
| EKS&H | 401k prior auditor - workpaper review | 4/21/2016 | 2,500.00 |
| EMC Support | EMC Support Term:12/6/2014-12/5/2017 | 11/7/2014 | 2,625.18 |
| Falcon Social Inc | Annual Enterprise License 1/7/15-6/30/16 | | |
| | Per Abbey Email-Amortize Payment | 7/7/2015 | 21,000.00 |
| Hilco Asset Protection LLC | Offsite storage - 6 month period | 3/31/2016 | 30,500.00 |
| Hilco Asset Protection LLC | Offsite storage - 6 month period | 4/26/2016 | 8,000.00 |
| Iron Mountain | Offsite storage - 3 month period | 4/12/2016 | 675.00 |
| JasperSoft | 6/30/14-6/29/2016 Jaspersoft BI Enterprise - Reporting & Analysis oly; Premium Support, 2-CPU's | 6/18/2014 | 90,000.00 |
| JasperSoft | 9/24/2014-6/29/2016; Jaspersoft ETL- One Seat | 6/18/2014 | 110,000.00 |
| London Security Solutions, LLC | McAfee MOVE AV for Virtual Server - 1 year subscription license | 8/1/2015 | 2,187.50 |
| London Security Solutions, LLC | McAfee Endpoint Protection Advanced Suite perpetual license 3 years | 11/1/2013 | 105,898.00 |
| NetSuite, Inc. | Netsuite renewal - 1 year | 9/23/2015 | 13,176.00 |
| Oracle America, Inc. | Oracle Talent Acquisition for Midsize Cloud Service - Hosted employee; 10/16/2015-10/15/2016 | 10/29/2015 | 20,023.20 |
| Pam Cooper | 401k audit support | 4/21/2016 | 3,000.00 |
| Planview, Inc. - Saas Fee 50% of 36 month subscription | Amortize 7/13 - 6/16 | 5/21/2013 | 211,802.00 |
| Planview, Inc. - Saas Fee 50% of 36 month subscription INV18561 | Jan14-Jun16 | 11/30/2014 | 176,802.00 |
| Salesforce.com | 8/15/15-8/14/2016; Pardot Database standard and add'l | 9/1/2015 | 16,800.00 |
| Stockman Cast Ryan & Co | 401k auditor | 4/21/2016 | 22,500.00 |
| TM1/CDM/Cognos | TM1/CDM/Cognos (8/1/15- 7/31/17) | 8/1/2014 | 36,146.00 |
| United Health Care | Claims imprest account (balance as of 4/20/16) | ongoing | 327,229.85 |
| Viawest | email servers | 4/26/2016 | 8,000.00 |
| VMWare | VMware Subscription Term: 10/22/2014-10/21/2017 | 11/7/2014 | 8,447.65 |
| Workday | Accounting & HR system access | 4/26/2016 | 17,000.00 |
| Zscaler Inc | Zscaler eZ Agent - 3 year subscription paid annually | 10/12/2015 | 13,470.00 |
| Zscaler Inc | Zscaler eZ Agent - 3 year subscription paid annually | 8/20/2015 | 3,544.00 |
| | | | 1,708,593.12 |

In re W.J. Bradley Mortgage Capital, LLC
Attachment 11 - Accounts Receivable

| Due From | Amount Due | Doubtful or Uncollectible | Current Value | Description |
|---|---|---|---|---|
| **90 days old or less** | | | | |
| AMERIHOME MORTGAGE COMPANY, LLC | 89,857.08 | 89,857.08 | - | 2016 escrows receivable from servicing released loan sales |
| CHASE BANK | 17,181.63 | 17,181.63 | - | 2016 escrows receivable from servicing released loan sales |
| CONNECTIVE MORTGAGE ADVISORY COMPANY | 5,195.31 | 5,195.31 | - | 2016 escrows receivable from servicing released loan sales |
| Lakeview Loan Servicing | 55,083.28 | 55,083.28 | - | Holdback on 3/31/15 GNMA MSR sale; potential for offset against other claims |
| Lender Live | 87,077.01 | | 87,077.01 | P&I collections in trust account |
| Pingora Asset Management | 172,950.99 | - | 172,950.99 | Holdback on flow MSR sales; they are offsetting against a loan they want us to repurchase |
| REDWOOD RESIDENTIAL ACQUISTION CORP. | 1,477.42 | 1,477.42 | - | 2016 escrows receivable from servicing released loan sales |
| SCOTTRADE | 8,846.77 | 8,846.77 | - | 2016 escrows receivable from servicing released loan sales |
| SG CAPITAL PARTNERS INCORPORATED | 4,881.03 | 4,881.03 | - | 2016 escrows receivable from servicing released loan sales |
| Texas Capital Bank | 17,471.36 | 17,471.36 | - | 2016 escrows receivable from servicing released loan sales |
| Towne | 358,549.00 | | 358,549.00 | Loan sale proceeds |
| Towne (Lender Live) | 127,245.31 | | 127,245.31 | 2016 escrows receivable from servicing released loan sales |
| Towne/Ginne Mae | 698,713.87 | | 698,713.87 | Servicing advances due from new servicer |
| US BANK MORTGAGE REVENUE BOND PROGRAM | 6,014.12 | 6,014.12 | - | 2016 escrows receivable from servicing released loan sales |
| US BANK MORTGAGE REVENUE BOND PROGRAM | 88,743.21 | | 88,743.21 | Down Pmt Assist included in loan sale proceeds; prob will go to TCB |
| | 1,739,287.39 | 206,008.00 | 1,533,279.39 | |
| | | | | |
| **Over 90 days old** | | | | |
| AMERIHOME MORTGAGE COMPANY, LLC | 91,037.58 | 91,037.58 | - | 2015 escrows receivable from servicing released loan sales |
| CHASE BANK | 19,250.65 | 19,250.65 | - | 2015 escrows receivable from servicing released loan sales |
| CONNECTIVE MORTGAGE ADVISORY COMPANY | 1,237.79 | 1,237.79 | - | 2015 escrows receivable from servicing released loan sales |
| MOUNTAINVIEW MORTGAGE OPPORTUNITIES FUND III TRUST I | 2,369.19 | 2,369.19 | - | 2015 escrows receivable from servicing released loan sales |
| Plaza Home Mortgage | 1,158.49 | 1,158.49 | - | 2015 escrows receivable from servicing released loan sales |
| REDWOOD RESIDENTIAL ACQUISTION CORP. | 480.17 | 480.17 | - | 2015 escrows receivable from servicing released loan sales |
| SCOTTRADE | 1,671.53 | 1,671.53 | - | 2015 escrows receivable from servicing released loan sales |
| Sun Edison | 20,316.50 | 20,316.50 | - | Master Servicing fees; uncollectible |
| Unknown | 24,112.50 | 24,112.50 | - | asset sales in Sept in SLC office; uncollectible |
| US BANK MORTGAGE REVENUE BOND PROGRAM | 45,779.36 | 45,779.36 | - | 2015 escrows receivable from servicing released loan sales |
| | 207,413.76 | 207,413.76 | - | |

In re W.J. Bradley Mortgage Capital, LLC
Attachment 77- Loans Receivable

| Loan Number | Name | Loan Amount | Price | Estimated Value |
|---|---|---|---|---|
| 4000003770 | Gonzalez | 235,653 | 102.125 | 240,661 |
| 4000005482 | MITCHELL | 592,000 | 92.5 | 547,600 |
| 3000198234 | OSEGUERA | 142,000 | 100.5 | 142,710 |
| 3000180160 | MARZAN | 455,050 | 102.125 | 464,720 |
| 7000001392 | WATT, CLINTON WILLIAM | 179,232 | 100.5 | 180,128 |
| | | 1,603,935 | | 1,575,818 |

**Fill in this information to identify the case:**

Debtor name   **W.J. Bradley Mortgage Capital, LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property     **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:**   **List Creditors Who Have Secured Claims**

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**  **EF Holdco, Inc.**
Creditor's Name

c/o Ellington Financial
Management LLC
53 Forest Avenue
Old Greenwich, CT 06870
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All assets, EXCEPT mortage servicing rights and mortgage loans securing warehouse indebtedness**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$3,686,325.00**    Column B: **Unknown**

**2.2**  **EF Holdco, Inc.**
Creditor's Name

c/o Ellington Financial
Management LLC
53 Forest Avenue
Old Greenwich, CT 06870
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Loans held for cash**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: **Unknown**    Column B: **$1,575,818.00**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor  **W.J. Bradley Mortgage Capital, LLC**
       _____     Case number (if know) _____
       Name

- ☐ No
- ■ Yes. Specify each creditor,
  including this creditor and its
  relative priority.
  **1. EF Holdco, Inc.**
  **2. WJB Loan, LP**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.3 | **International Business Machines Corp** | Describe debtor's property that is subject to a lien | $9,837,000.00 | Unknown |

Creditor's Name

**c/o Ian Winchester**
**7100 Highlands Pkwy**
**C-3027**
**Smyrna, GA 30082**
Creditor's mailing address

**Software/services financing**

Describe the lien

_____

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

---

| 2.4 | **Susquehanna Commercial Finance, Inc.** | Describe debtor's property that is subject to a lien | $0.00 | Unknown |

Creditor's Name

**2 Country View Road**
**Suite 300**
**Malvern, PA 19355**
Creditor's mailing address

**Office equipment**

Describe the lien

_____

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

---

| 2.5 | **Towne Mortgage Company** | Describe debtor's property that is subject to a lien | Unknown | Unknown |

Creditor's Name

**70 East 55th Street**
**22nd Floor**
**New York, NY 10022**
Creditor's mailing address

**Mortage servicing rights**

Describe the lien

---

Debtor  **W.J. Bradley Mortgage Capital, LLC**                Case number (if know) _____
        Name

---

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

---

| 2.6 | **U.S. Bank Equipment Finance** | **Describe debtor's property that is subject to a lien** | **$0.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**PO Box 230789**
**Portland, OR 97281**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Office equipment**

**Describe the lien**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.7 | **Wells Fargo Vendor Financial Service LLC** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**c/o Stephen Young**
**1738 Bass Road**
**Macon, GA 31210**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Leased photocopies and printers**

**Describe the lien**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 4

| Debtor | **W.J. Bradley Mortgage Capital, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.8 | **WJB Loan, LP** | Describe debtor's property that is subject to a lien | $5,757,609.77 | $1,575,818.00 |
|---|---|---|---|---|
| | Creditor's Name | **Loans held for cash** | | |

**c/o Illumination Asset Management LLC**
**11755 Wilshire Blvd.**
**Suite 1600**
**Los Angeles, CA 90025**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- ☐ No
- ■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

As of the petition filing date, the claim is:
Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $19,280,934.77 |
|---|---|---|

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Christopher R. Belmonte, Esq.**<br>**Satterlee Stephens Burke & Burke LLP**<br>**230 Park AVenue**<br>**New York, NY 10169** | Line **2.3** | |
| **John G. Hutchison, Esq.**<br>**Sidley Austin LLP**<br>**787 Seventh Avenue**<br>**New York, NY 10019** | Line **2.8** | |
| **Michael Keenan, Esq.**<br>**Kaye Scholer LLP**<br>**250 West 55th Street**<br>**New York, NY 10019** | Line **2.5** | |
| **Richard Giovannelli, Esq.**<br>**K&L Gates LLP**<br>**214 North Tryon Street**<br>**47th Floor**<br>**Charlotte, NC 28202** | Line **2.1** | |

---

**Fill in this information to identify the case:**

Debtor name     **W.J. Bradley Mortgage Capital, LLC**

United States Bankruptcy Court for the:     DISTRICT OF DELAWARE

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Angie Coleman**<br>**1002 W. Elizabeth**<br>**Robinson, TX 76706** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,251.00** | **$4,251.00** |
|  | Date or dates debt was incurred<br>**3/15/2016** | Basis for the claim:<br>**Loan Officer commission** |  |  |
|  | Last 4 digits of account number **6929**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| 2.2 | Priority creditor's name and mailing address<br>**Brenda Jo Perry**<br>**36625 Leone Street**<br>**Newark, CA 94560** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,302.00** | **$1,302.00** |
|  | Date or dates debt was incurred<br>**3/15/2016** | Basis for the claim:<br>**Loan Officer commission** |  |  |
|  | Last 4 digits of account number **3328**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| Debtor | **W.J. Bradley Mortgage Capital, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,136.59 | $4,136.59 |
|---|---|---|---|---|

**Brian McCauley**
**3895 Pine Tree Court**
**Dallas, TX 75206**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/15/2016**

Basis for the claim:
**Loan Officer commission**

Last 4 digits of account number **4272**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,147.82 | $6,147.82 |
|---|---|---|---|---|

**Corey Kastler**
**4151 Woodside Knl**
**Grapevine, TX 76051**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/15/2016**

Basis for the claim:
**Loan Officer commission**

Last 4 digits of account number **4201**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,936.53 | $4,936.53 |
|---|---|---|---|---|

**Daniel Pryce**
**476 Phelps Street**
**Oakland, CA 94603**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/15/2016**

Basis for the claim:
**Loan Officer commission**

Last 4 digits of account number **8596**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $36,912.56 | Unknown |
|---|---|---|---|---|

**David Colarchik**
**PO Box  6788**
**Incline Village, NV 89450**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**P&L Payout**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **W.J. Bradley Mortgage Capital, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.7 | Priority creditor's name and mailing address<br>**David Lippe**<br>**14654 Caminito Lazanja**<br>**San Diego, CA 92127** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $84,004.75 | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**P&L Payout** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address<br>**Dax Tobin**<br>**1380 Coppelia Court**<br>**Henderson, NV 89052** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,893.29 | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**P&L Payout** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address<br>**Denice Stiarwalt**<br>**3657 South Granger Drive**<br>**West Valley City, UT 84119** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,646.16 | $2,646.16 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**3/1/2016** | Basis for the claim:<br>**Severance** | | |
| | Last 4 digits of account number **727**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address<br>**Enzo Morales**<br>**6567 Halite Pl.**<br>**Carlsbad, CA 92009** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11,262.32 | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**P&L Payout** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **W.J. Bradley Mortgage Capital, LLC**                                        Case number (if known)
      Name

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,577.83 | Unknown |
|---|---|---|---|---|

**George Markakis**
**32071 Corte Bacarro**
**Temecula, CA 92592**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**P&L Payout**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $75,115.38 | $12,850.00 |
|---|---|---|---|---|

**Howard Michalski**
**201 Columbine Street STE 150**
**PO Box 6019**
**Denver, CO 80206**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/15/2016**

Basis for the claim:
**Employee paid time off**

Last 4 digits of account number **4890**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,538.46 | $1,538.46 |
|---|---|---|---|---|

**Jakob Betzel**
**158 Inverness Dr West A410**
**Englewood, CO 80112**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/1/2016**

Basis for the claim:
**Severance**

Last 4 digits of account number **2234**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,539.46 | $5,539.46 |
|---|---|---|---|---|

**Jennifer Castaneda**
**1917 Keswick Lane**
**Concord, CA 94518**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/15/2016**

Basis for the claim:
**Loan Officer commission**

Last 4 digits of account number **3911**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **W.J. Bradley Mortgage Capital, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,688.13 | $2,688.13 |
|---|---|---|---|---|

**Jeremy Radcliffe**
**10421 Clary Dr**
**DALLAS, TX 75218**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/15/2016**

Basis for the claim:
**Loan Officer commission**

Last 4 digits of account number **5241**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,076.92 | $3,076.92 |
|---|---|---|---|---|

**Joe Bettinger**
**PO Box 1832**
**Solana Beach, CA 92075**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/8/2016**

Basis for the claim:
**Severance**

Last 4 digits of account number **6919**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $171,528.48 | Unknown |
|---|---|---|---|---|

**John Moore**
**25041 Ascot Lake Ct**
**Bonita Springs, FL 34134**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**P&L Payout**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,483.02 | $1,483.02 |
|---|---|---|---|---|

**Lauren Pryor**
**8600 N FM 620, Apt 1327**
**Austin, TX 78726**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/15/2016**

Basis for the claim:
**Loan Officer commission**

Last 4 digits of account number **7735**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor    **W.J. Bradley Mortgage Capital, LLC**                                Case number (if known)

_____
Name

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,745.00 | $4,745.00 |

**Michael Ervin**
**61 Driftwood Circle**
**Pacifica, CA 94044**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/15/2016**

Basis for the claim:
**Loan Officer commission**

Last 4 digits of account number **210**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,904.00 | $2,904.00 |

**Newton Thomas**
**244 Leda Dr**
**Dallas, TX 75218**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/15/2016**

Basis for the claim:
**Loan Officer commission**

Last 4 digits of account number **528**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,731.66 | $2,731.66 |

**Norma Squier**
**28229 N 49Th Pl**
**Cave Creek, AZ 85331**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/15/2016**

Basis for the claim:
**Loan Officer commission**

Last 4 digits of account number **4906**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,510.00 | $3,510.00 |

**Raymond Giampaoli**
**4805 Westminster Pl**
**Santa Rosa, CA 95405**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/15/2016**

Basis for the claim:
**Loan Officer commission**

Last 4 digits of account number **7126**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **W.J. Bradley Mortgage Capital, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.23** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,556.49** | **$1,556.49**

**Raymond Weathersbee**
**431 Garrison Circle**
**Lantana, TX 76226**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**3/15/2016**

Basis for the claim:
**Loan Officer commission**

Last 4 digits of account number **644**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.24** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,845.00** | **$2,845.00**

**Robert Hetland**
**232 Cross Country Dr**
**Hewitt, TX 76643**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**3/15/2016**

Basis for the claim:
**Loan Officer commission**

Last 4 digits of account number **9331**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.25** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$294,711.53** | **$12,850.00**

**Roy Browning**
**10940 S. Parker Rd.**
**Suite 506**
**Parker, CO 80134**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PTO/Severance**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.26** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$52,011.35** | **$12,850.00**

**Scott Brooks**
**1520 E 12Th Ave**
**Denver, CO 80218**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**3/15/2016**

Basis for the claim:
**Employee paid time off**

Last 4 digits of account number **1862**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

Debtor    **W.J. Bradley Mortgage Capital, LLC**                Case number *(if known)*
_____
Name

| | | |
|---|---|---|
| **2.27** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,947.50** | **$1,947.50** |

**2.27**

Priority creditor's name and mailing address
**Scott Sheldon**
**4017 Quartz Dr.**
**Santa Rosa, CA 95405**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,947.50    $1,947.50

Date or dates debt was incurred
**3/15/2016**

Basis for the claim:
**Loan Officer commission**

Last 4 digits of account number **2741**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.28**

Priority creditor's name and mailing address
**Susan Cooper**
**744 Altara Hills Drive**
**Sandy, UT 84094**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,524.40    $1,524.40

Date or dates debt was incurred
**3/2/2016**

Basis for the claim:
**Severance**

Last 4 digits of account number **6233**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.29**

Priority creditor's name and mailing address
**Tycord Gosnay**
**3449 Bliss Spillar Road**
**Manchaca, TX 78652**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,452.91    $3,452.91

Date or dates debt was incurred
**3/15/2016**

Basis for the claim:
**Loan Officer commission**

Last 4 digits of account number **7473**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.30**

Priority creditor's name and mailing address
**Veronica Mora**
**206 Hillsdale Way**
**Redwood City, CA 94062**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,200.00    $3,200.00

Date or dates debt was incurred
**3/15/2016**

Basis for the claim:
**Loan Officer commission**

Last 4 digits of account number **4079**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **W.J. Bradley Mortgage Capital, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| 2.31 | Priority creditor's name and mailing address<br>**William J. Bradley**<br>**5910 S University Blvd, C-18 #119**<br>**Greenwood Village, CO 80121** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | $753,864.94 | $12,850.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**PTO/Severance** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address<br>**1055 East Colorado-Pasadena, CA, L.P.**<br>**c/o Douglas D. Alani**<br>**419 Old Newport Blvd.**<br>**Suite C**<br>**Newport Beach, CA 92663** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __Litigation__<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address<br>**1501 Partnership**<br>**5151 Edina Industrial Boulevard #525**<br>**Edina, MN 55439** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11,984.08 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __Trade Debt__<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address<br>**15333 N Pima Road Holdings, LLC**<br>**Merrill Lynch Mortgage Investors TR Seri**<br>**2999 North 44th St. Suite 400**<br>**Phoenix, AZ 85018** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $31,564.36 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __Trade Debt__<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address<br>**1860 El Camino Real, LLC (Chavez Managem**<br>**1860 El Camino Real, Ste 500**<br>**Burlingame, CA 94010** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,304.95 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __Trade Debt__<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address<br>**1wire Fiber LLC**<br>**436 White Pine**<br>**Murray, UT 84123** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $941.30 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __Trade Debt__<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **W.J. Bradley Mortgage Capital, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,100.00** |
|---|---|---|---|
| | **5280 Commercial Clean LLC**<br>**2901 S. Vaughn Way**<br>**Aurora, CO 80014** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Trade Debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,173.46** |
|---|---|---|---|
| | **a la mode technologies, Inc**<br>**Mercury Network**<br>**2210 Vanderbilt Beach**<br>**Suite 1205**<br>**Naples, FL 34109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Trade Debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$562.00** |
|---|---|---|---|
| | **AAI-SLOOP TAYLOR INC**<br>**72 S ORCHARD DR**<br>**NORTH SALT LAKE CITY, UT 84054** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Stale Check | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$145.90** |
|---|---|---|---|
| | **AARON SEES**<br>**9237 E. Via De Ventura**<br>**Scottsdale, AZ 85258** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Stale Check | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,189.60** |
|---|---|---|---|
| | **ABM Janitorial Services**<br>**PO Box 743251**<br>**Los Angeles, CA 90074-3251** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Trade Debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,270.00** |
|---|---|---|---|
| | **ABM Parking Services**<br>**9800 E Geddes Suite A-150**<br>**Englewood, CO 80112** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Trade Debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,013.51** |
|---|---|---|---|
| | **Access Information Protected**<br>**P.O. Box 398306**<br>**San Francisco, CA 94139-8306** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Trade Debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **W.J. Bradley Mortgage Capital, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,530.00** |
|---|---|---|---|

**Ace Parking Management, Inc. - San Diego**
4352 La Jolla Village Dr.
San Diego, CA 92122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$48.16** |
|---|---|---|---|

**ADAM STEIN**
24233 SE 164TH STREET
ISSAQUAH, WA 98027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$41.66** |
|---|---|---|---|

**ADAN MANDUJANO**
723 PORTOLA STREET
SOLEDAD, CA 93960

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,224.84** |
|---|---|---|---|

**AFCO**
4501 College Blvd Ste 320
Leawood, KS 66211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$36.10** |
|---|---|---|---|

**ALBERTO VALLINA**
7507 RAVEN RIDGE POINT
SAN DIEGO, CA 92126

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$126.72** |
|---|---|---|---|

**ALEJANDRO MENDOZA**
3039  CHAVEZ RD
SAN DIEGO, CA 92154

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$101.18** |
|---|---|---|---|

**ALEJANDRO MONGALO**
14400 CHADRON AVE
HAWTHORNE, CA 90250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **W.J. Bradley Mortgage Capital, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34.26 |
|---|---|---|---|

**ALEJANDRO SALDIVAR**
**1242 SOUTH TOWNSEND AVENUE**
**LOS ANGELES, CA 90023**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.51 |
|---|---|---|---|

**ALEJANDRO TRUJILLO**
**40930 WHITEHALL ST.**
**LAKE ELSINORE, CA 92532**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32.65 |
|---|---|---|---|

**Alfa Herrera**
**910 EAST 74TH STREET**
**LOS ANGELES, CA 90001**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $533.44 |
|---|---|---|---|

**Alhambra & Sierra Springs**
**PO Box 660579**
**Dallas, TX 75266-0579**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29.24 |
|---|---|---|---|

**ALICIA SANTOS**
**2581 GOETZE STREET**
**SAN DIEGO, CA 92139**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,873.41 |
|---|---|---|---|

**All American Records Management, Inc.**
**15580 E. Hinsdale Circle**
**Centennial, CO 80112**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62,929.60 |
|---|---|---|---|

**All Energy Solar, Inc**
**1642 Carroll Ave**
**St. Paul, MN 55104**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **W.J. Bradley Mortgage Capital, LLC**                                    Case number *(if known)* _____
                 Name

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $345.46 |

**Allstate**
**75 Executive Parkway**
**Hudson, OH 44237-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,154.50 |

**Alston & Bird LLP**
**P.O. Box 933124**
**Atlanta, GA 31193-3124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90.95 |

**AMAR SHOOR**
**1263 HAGEN OAKES CT**
**ESCONDIDO, CA 92026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $358,636.73 |

**American Express - FL - ACH Only**
**P.O. Box 360001**
**Ft. Lauderdale, FL 33336-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $757.40 |

**Ameriflex**
**Interflex Payments, LLC**
**P.O. Box 871655**
**Kansas City, MO 64187-1655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,195.31 |

**Amherst Pierpont Securities LLC**
**245 Park Avenue**
**New York, NY 10167**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Loss Estimate on Forward Trades**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,475.00 |

**Anago of the Bay Area**
**Sandra Ramirez**
**1460 Koll Circle Suite B**
**San Jose, CA 95112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor   **W.J. Bradley Mortgage Capital, LLC**                                    Case number (if known) _____
_____
Name

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$249.40** |
|---|---|---|---|

**Andrea Rubalcaba**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Stale Check__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16.52** |
|---|---|---|---|

**Andrea Vining**
**437 ALABAMA STREET**
**SAN GABRIEL, CA 91775**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Stale Check__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$66.80** |
|---|---|---|---|

**ANDREW ALMEIDA**
**3633 BUCHANAN ST**
**SAN FRANCISCO, CA 94123**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Stale Check__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$34.78** |
|---|---|---|---|

**ANDREW AXELSON**
**2163 SAN CLEMENTE STREET**
**SAN DIEGO, CA 92107**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Stale Check__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$63.08** |
|---|---|---|---|

**ANDREW SPRINGER**
**341 EAST FELICITA AVENUE**
**ESCONDIDO, CA 92025**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Stale Check__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$80.76** |
|---|---|---|---|

**ANDREW TUBBS**
**2819 A STREET**
**SAN DIEGO, CA 92102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Stale Check__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$87.98** |
|---|---|---|---|

**ANGIE TANG**
**7727 RIVER OTTER WAY**
**ELK GROVE, CA 95758**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Stale Check__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **W.J. Bradley Mortgage Capital, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$101.81** |
|---|---|---|---|

**ANNA SEE**
**1964 WINDY PEAK COURT**
**ANTIOCH, CA 94531**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$79.94** |
|---|---|---|---|

**ANTHONY HORTON**
**18660 CAMINITO CANTILENA #259**
**SAN DIEGO, CA 92128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$77.59** |
|---|---|---|---|

**ANTHONY JENSEN**
**685 BALSAM COURT**
**EL CAJON, CA 92019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$88.19** |
|---|---|---|---|

**ANTONIO NAVA PRADO**
**4316 SOUTH KANSAS AVENUE**
**LOS ANGELES, CA 90037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$373.00** |
|---|---|---|---|

**Aon Risk Services Inc.**
**PO Box 849832**
**Los Angeles, CA 90084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$202.42** |
|---|---|---|---|

**Appia Communications**
**1030 Hastings St - Suite 100**
**Traverse City, MI 49686-3470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,700.06** |
|---|---|---|---|

**Aquascape Designs**
**Nathan Gon**
**PO Box 5687**
**South San Francisco, CA 94083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **W.J. Bradley Mortgage Capital, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.48**

**Nonpriority creditor's name and mailing address**

**AQUIELLA MONTERO**
**5985 FENNELL AVENUE**
**SAN DIEGO, CA 92114**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Stale Check__

Is the claim subject to offset? ■ No ☐ Yes

**$75.72**

---

**3.49**

**Nonpriority creditor's name and mailing address**

**Aramark**
**PO Box 731676**
**Dallas, TX 75373-1676**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$1,365.91**

---

**3.50**

**Nonpriority creditor's name and mailing address**

**Arapahoe County Clerk and Recorder**
**5334 S Prince St**
**Littleton, CO 80120-1136**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Stale Check__

Is the claim subject to offset? ■ No ☐ Yes

**$4.75**

---

**3.51**

**Nonpriority creditor's name and mailing address**

**Arapahoe County Treasurer**
**5334 S. Prince St.**
**Littleton, CO 80120-1136**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$30,569.66**

---

**3.52**

**Nonpriority creditor's name and mailing address**

**Arizona Document Destruction Inc**
**3209 S. 36th Street,**
**Phoenix, AZ 85040**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$120.00**

---

**3.53**

**Nonpriority creditor's name and mailing address**

**ARMANDO BERRIEL**
**436 MONTCLAIR STREET**
**CHULA VISTA, CA 91911**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Stale Check__

Is the claim subject to offset? ■ No ☐ Yes

**$83.49**

---

**3.54**

**Nonpriority creditor's name and mailing address**

**ARMANDO OROZCO**
**13640 RACINE AVE**
**PARAMOUNT, CA 90723**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Stale Check__

Is the claim subject to offset? ■ No ☐ Yes

**$110.09**

---

| Debtor | **W.J. Bradley Mortgage Capital, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$41.75**
---|---|---|---

**ARMANDO SANDOVAL**
**1033 MADERA STREET**
**SAN DIEGO, CA 92114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$37.58**

**ARMANDO VEREDA**
**1678 SEABROOK LANE**
**SAN DIEGO, CA 92139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,339.36**

**ASCAP**
**American Society of Composers, Authors a**
**P.O. Box 331608-7515**
**Nashville, TN 37203-9998**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$29,484.00**

**ASI Hastings Inc dba ASI Hastings Heatin**
**Phil Justo**
**4870 Viewridge Ave #200**
**San Diego, CA 92123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$393.41**

**AT&T - 715-386-4077 541 1**
**P.O. Box 5080**
**Carol Stream, IL 60197-5080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$134.54**

**AT&T - 972-381-2429 380 4**
**P.O. Box 105414**
**Atlanta, GA 30348-5414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$90.00**

**AT&T - IL**
**PO Box 5014**
**Carol Stream, IL 60197-5014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **W.J. Bradley Mortgage Capital, LLC** | Case number (if known) | |
| | Name | | |

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $171.09 |

**AT&T - PO Box 105414**
**PO Box 105414**
**Atlanta, GA 30348-5068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $328.73 |

**AT&T Mobility - 835824561**
**PO Box 6463**
**Carol Stream, IL 60197-6463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.40 |

**AT&T N.CA - 960-758-5315 555 1**
**PO Box 5025**
**Carol Stream, IL 60197-5025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $674.95 |

**AT&T S CA - 960-457-9726 555 0**
**PO Box 5025**
**Carol Stream, IL 60197-5025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $82.15 |

**AUSTIN JOHNS**
**769 CALLE LOS OLIVOS**
**SAN CLEMENTE, CA 92673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.95 |

**AVRAM SACHAR**
**5876 CUIDAD LEON COURT**
**SAN DIEGO, CA 92120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,747.22 |

**B's Office Cleaning**
**Brady D Bartholomew**
**6838 S. Sparrowtail Rd.**
**West Jordan, UT 84081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **W.J. Bradley Mortgage Capital, LLC**                    Case number *(if known)* _____
        Name

| | |
|---|---|
| 3.69 | **Nonpriority creditor's name and mailing address** |

**3.69**

**Nonpriority creditor's name and mailing address**
**BAE Systems Applied Intelligence US Corp**
**SilverSky**
**Dept 106046, PO Box 150433**
**Hartford, CT 06115-0433**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$16,529.83**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.70**

**Nonpriority creditor's name and mailing address**
**Bank of America**
**PO Box 515503**
**Los Angeles, CA 90051-6803**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$243.28**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Stale Check**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.71**

**Nonpriority creditor's name and mailing address**
**Bank of America**
**PO Box 515503**
**Los Angeles, CA 90051-6803**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$19,648.44**
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Loss Estimate on Forward Trades**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.72**

**Nonpriority creditor's name and mailing address**
**Bank of America**
**c/o Witherspoon Kelley**
**422 W. Riverside Ave.**
**Suite 1100**
**Spokane, WA 99201-0300**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Litigation**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.73**

**Nonpriority creditor's name and mailing address**
**BARBARA BARTON**
**33564 ZINNIA LANE**
**MURRIETA, CA 92563**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$149.11**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Stale Check**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.74**

**Nonpriority creditor's name and mailing address**
**Barclays Capital, Inc.**
**745 Seventh Avenue**
**20th Floor**
**New York, NY 10019**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$82,968.77**
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Loss Estimate on Forward Trades**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.75**

**Nonpriority creditor's name and mailing address**
**Barnes Solar Inc.**
**29422 Ana Maria Ln.**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$14,155.60**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **W.J. Bradley Mortgage Capital, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$46.09** |
|---|---|---|---|

**BART BUTLER**
**822 SEVENTH STREET**
**RAMONA, CA 92065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Stale Check_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,789.00** |
|---|---|---|---|

**BARWORKS CATERING**
**8510 PRODUCTION AVE**
**SAN DIEGO, CA 92121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Stale Check_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$17,082.43** |
|---|---|---|---|

**Bayard, PA**
**222 Delaware Avenue, 9th Floor**
**Wilmington, DE 19801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$383.06** |
|---|---|---|---|

**Ben Daniels**
**4746 North Shady Hollow Lane**
**Lehi, UT 84043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Stale Check_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$126.46** |
|---|---|---|---|

**BENJAMIN ANNEN**
**13283 SADDLE RIDGE ROAD**
**LAKESIDE, CA 92040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Stale Check_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$386.64** |
|---|---|---|---|

**Benjamin Espinoza**
**612 Wellesley Drive**
**Corona, CA 92879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Stale Check_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$46.73** |
|---|---|---|---|

**BENJAMIN SILVER**
**5535 CANOGA AVENUE #213**
**WOODLAND HILLS, CA 91367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Stale Check_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **W.J. Bradley Mortgage Capital, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,821.52** |
|---|---|---|---|

**Bent Tree II, LP**
**c/o Cassidy Turley**
**4678 World Parkway Circle**
**St. Louis, MO 63134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,661.14** |
|---|---|---|---|

**Bernardo Regency, LLC**
**Angels SoCao Office LLC**
**11545 W. Bernardo Ct.**
**San Diego, CA 92127-1629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$141.23** |
|---|---|---|---|

**Berry Coffee Company**
**14285 Martin Drive**
**Eden Prairie, MN 55344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,842.42** |
|---|---|---|---|

**Beshert LTD dba Gavish Real Estate**
**6585 High Street**
**Las Vegas, NV 89113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$68.52** |
|---|---|---|---|

**BEVERLY RIVERA**
**8601 BELMAR AVENUE**
**NORTHRIDGE, CA 91324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,543.81** |
|---|---|---|---|

**Bloomberg Finance LP**
**P.O. Box 416604**
**Boston, MA 02241-6604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$79.50** |
|---|---|---|---|

**Blue Ribbon Cleaning Company, Inc**
**4320 SE 53rd Avenue**
**Suite A**
**Ocala, FL 34480**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **W.J. Bradley Mortgage Capital, LLC** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33,586.20** |
| --- | --- | --- | --- |

**Bluegill Construction, Inc dba Bluegill**
**Bluegill Construction Inc**
**11884 Welby Pl**
**Moreno Valley, CA 92557**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
| --- | --- | --- | --- |

**BluePay Processing, LLC dba BluePay**
**BluePay Processing LLC**
**184 Shuman Blvd, Suite 350**
**Naperville, IL 60563**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$119,621.11** |
| --- | --- | --- | --- |

**BNY Mellon Capital Markets**
**225 Liberty Street**
**New York, NY 10286**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Master Securities Forward Transaction Agreement__
__(1/21/14)__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$119,621.09** |
| --- | --- | --- | --- |

**BNY Mellon Capital Markets**
**225 Liberty Street**
**New York, NY 10286**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Loss Estimate on Forward Trades__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$92.08** |
| --- | --- | --- | --- |

**BOB BAHMARDI**
**1068 Quail Ridge Dr.**
**Santa Maria, CA 93455**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Stale Check__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,781.25** |
| --- | --- | --- | --- |

**BOK Financial**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Loss Estimate on Forward Trades__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27.60** |
| --- | --- | --- | --- |

**BONNIE BAURES**
**1131 NORTH CABRILLO DRIVE**
**CHULA VISTA, CA 91910**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Stale Check__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **W.J. Bradley Mortgage Capital, LLC**                                Case number (if known) _____
_____
Name

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,250.11 |
|---|---|---|---|

**3.97** **Nonpriority creditor's name and mailing address**
**Booker Smith - corporate reimbursement**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                    **$1,250.11**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Stale Check**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.98** **Nonpriority creditor's name and mailing address**
**Brafton Inc.**
**2 Oliver Street Lobby 2**
**Boston, MA 02109-4914**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                    **$6,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.99** **Nonpriority creditor's name and mailing address**
**BRANDON CHASE**
**31701 WHITEDOVE LANE**
**MURRIETA, CA 92563**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                    **$125.58**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Stale Check**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.100** **Nonpriority creditor's name and mailing address**
**BRANDON DANGARAN**
**3875 CARTER DRIVE #201**
**SOUTH SAN FRANCISCO, CA 94080**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                    **$130.31**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Stale Check**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.101** **Nonpriority creditor's name and mailing address**
**BRANDON KELLY**
**7479 ROSANNA STREET**
**GILROY, CA 95020**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                    **$47.46**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Stale Check**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.102** **Nonpriority creditor's name and mailing address**
**BRANDON WRAY**
**31006 LARCHWOOD ST**
**MENIFEE, CA 92584**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                    **$112.82**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Stale Check**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.103** **Nonpriority creditor's name and mailing address**
**BRIAN BUMILLER**
**3509 PASEO DE COLOMBO #59**
**OCEANSIDE, CA 92056**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                    **$56.67**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Stale Check**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **W.J. Bradley Mortgage Capital, LLC**                                Case number (if known) _____
              Name

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26.33** |
|---|---|---|---|

**BRIAN HEAD**
**11394 MATINAL CIRCLE**
**SAN DIEGO, CA 92127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$128.72** |
|---|---|---|---|

**BRIAN MAY**
**35353 EVENING GLOW DRIVE**
**MURRIETA, CA 92563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brightkeys of Oakridge HOA**
**c/o Eckberg Lammers, P.C.**
**1809 Northwestern Avenue**
**Stillwater, MN 55082**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33,188.25** |
|---|---|---|---|

**Brown White & Osborn LLP**
**333 South Hope Street, 40th Floor**
**Los Angeles, CA 90071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$73.04** |
|---|---|---|---|

**BYRON YUNG**
**2022 N. ALBRIGHT AVE**
**UPLAND, CA 91784**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,640.00** |
|---|---|---|---|

**Calyx Technology, Inc. dba Calyx Softwar**
**6475 Camden Ave, Suite 207**
**San Jose, CA 95120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$494.91** |
|---|---|---|---|

**Campora Propane Service INC.**
**P.O. Box 2427**
**Oakhurst, CA 93644-2427**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **W.J. Bradley Mortgage Capital, LLC**                                                    Case number *(if known)* _____
          _____
          Name

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $267.18 |

**Canon Financial Services Inc**
**14904 Collections Center Dr**
**Chicago, IL 60693-0149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38,203.13 |

**Cantor Fitzgerald**
**499 Park Avenue**
**New York, NY 10022**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Loss Estimate on Forward Trades**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,505.00 |

**Capital Realty Group**
**Brett D Barron**
**1200 Howard Ave, Suite 204**
**Burlingame, CA 94010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $64,015.32 |

**Capstone Consulting, Inc.**
**11218 John Galt Blvd Suite 300**
**Omaha, NE 68137-2358**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34.45 |

**CARLOS RODRIGUEZ**
**8343 MESA VIEW WAY**
**SPRING VALLEY, CA 91977**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Stale Check**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45.89 |

**CARMELITA BERNAL**
**13510 MAGNOLIA ROAD**
**VALLEY CENTER, CA 92082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Stale Check**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,021.49 |

**Carol Escobar**
**7844 1/2 Flight Ave.**
**Westchester, CA 90045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Stale Check**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **W.J. Bradley Mortgage Capital, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23.00** |
|---|---|---|---|

**Cass County Recorder**
**P.O. Box 2806**
**Fargo, ND 58108-2806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27.75** |
|---|---|---|---|

**CATHRYN ALEXANDER**
**3100 IVYGATE LANE**
**SAN JOSE, CA 95136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$129.36** |
|---|---|---|---|

**CBRE, Inc.**
**15531 Collection Center Drive**
**Location code 2071**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36.58** |
|---|---|---|---|

**CECILIA MEJIA**
**1363 SERENA CIR. #1**
**CHULA VISTA, CA 91910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00** |
|---|---|---|---|

**CentralPoint Systems dba Lever Pulley**
**CentralPoint Systems LLC  Lever Pulley**
**4596 Fortuna Way**
**Salt Lake City, UT 84124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,414.70** |
|---|---|---|---|

**Centurylink - PO Box 52187**
**Po Box 52187**
**Phoenix, AZ 85072-2187**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$490.48** |
|---|---|---|---|

**CenturyLink Of Minnesota, Inc - PO Box 2**
**PO Box 2961**
**Phoenix, AZ 85062-2961**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **W.J. Bradley Mortgage Capital, LLC**      Case number (if known) _____
    Name

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,947.91 |
|---|---|---|---|

**CenturyLink- PHX**
**P.O. Box 29040**
**Phoenix, AZ 85038-9040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $267.50 |
|---|---|---|---|

**Certified Shred**
**Western Records Destruction Inc**
**537 W Pickett Cir**
**#600**
**Salt Lake City, UT 84115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $92.53 |
|---|---|---|---|

**CHARLES STEWART**
**7842 ALTON DRIVE**
**LEMON GROVE, CA 91945**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $337.66 |
|---|---|---|---|

**Charter Communications Holding Company**
**L**
**PO Box 60188**
**Los Angeles, CA 90060-0188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $240.50 |
|---|---|---|---|

**Charter Communicatons-60229**
**PO Box 60229**
**Los Angeles, CA 90060-0229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.48 |
|---|---|---|---|

**Chase Rural Housing**
**3415 Vision Drive**
**Columbus, OH 83219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43.00 |
|---|---|---|---|

**Chicago Title Company - CA**
**2220 Douglas Blvd Ste 190**
**Roseville, CA 95661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **W.J. Bradley Mortgage Capital, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Christiana Trust**
**McCarthy & Holthus, LLP**
**920 SW 3rd AVenue**
**First Floor**
**Portland, OR 97204**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200.00** |
|---|---|---|---|

**Christopher Arias**
**15515 Benchley Dr**
**Colorado Springs, CO 80921**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$34.12** |
|---|---|---|---|

**CHRISTOPHER BELL**
**28923 MALTBY AVE**
**MORENO VALLEY, CA 92555**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$71.39** |
|---|---|---|---|

**CHRISTOPHER DOWNS**
**PO Box 2571**
**MARTINEZ, CA 94553**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$89.51** |
|---|---|---|---|

**CHRISTOPHER LONGSTRETH**
**6820 CAMINO DE AMIGOS**
**CARLSBAD, CA 92009**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$56.62** |
|---|---|---|---|

**CHRISTOPHER LOPATOSKY**
**5981 ALBEMARLE STREET**
**SAN DIEGO, CA 92139**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$83.36** |
|---|---|---|---|

**CHRISTOPHER POHLE**
**6665 CANYON RIM ROW #214**
**SAN DIEGO, CA 92111**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor   **W.J. Bradley Mortgage Capital, LLC**                          Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.139 | **Nonpriority creditor's name and mailing address** | **$28.07** |

**CIRILO CALDERON**
**1042 S. NEW HAMPSHIRE AVE.**
**LOS ANGELES, CA 90006**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.140 | **Nonpriority creditor's name and mailing address** | **$200.00** |

**Citibank**
**1000 Technology Drive**
**O'Fallon, MO 63368-2240**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.141 | **Nonpriority creditor's name and mailing address** | **$94,042.97** |

**Citibank, N.A.**
**390 Greenwich Street, 5th Floor**
**Attention: Bobbie Theivakumaran**
**New York, NY 10013**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Loss Estimate on Forward Trades**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.142 | **Nonpriority creditor's name and mailing address** | **$10,037.44** |

**City North Associates LLC**
**Patty Ruziska**
**PO Box 101367**
**Pasadena, CA 91189-1367**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.143 | **Nonpriority creditor's name and mailing address** | **$167.40** |

**Clark County Assessor**
**500 S. Grand Central Pkwy, 2nd Floor**
**PO Box 551401**
**Las Vegas, NV 89155-1401**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.144 | **Nonpriority creditor's name and mailing address** | **$17.00** |

**Clark County Recorders Office**
**500 S. Grand Central Pkwy, 2nd Flr**
**Box 551510**
**Las Vegas, NV 89155-1510**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.145 | **Nonpriority creditor's name and mailing address** | **$53.55** |

**CLAUDIA ORTEGA**
**510 DENNI STREET**
**WILMINGTON, CA 90744**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **W.J. Bradley Mortgage Capital, LLC**                                    Case number (if known) _____
_____
Name

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$742.00** |

**CleanNet of South Florida Inc**
**1000 Corporate Dr**
**Ste 360**
**Fort Lauderdale, FL 33334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.26** |

**CLIVE ESSAKOW**
**5311 RENAISSANCE AVENUE**
**SAN DIEGO, CA 92122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Stale Check_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,000.00** |

**ClosingCorp, Inc. dba Closing.com**
**Closing.com  ClosingCorp Inc**
**6165 Greenwich Drive, Suite 300**
**San Diego, CA 92122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,216.64** |

**Coan, Payton & Paine**
**5586 W. 19th Street, Suite 2000**
**Greeley, CO 80634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,573.87** |

**Coastal Financial**
**111 N. Sepulveda Blvd.,**
**Suite 300**
**Manhattan Beach, CA 90266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$667.18** |

**Coffee Ambassador**
**11578 Sorrento Valley Road, Ste 30**
**San Diego, CA 92121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,522.50** |

**Cogent Communications, Inc.**
**PO Box 791087**
**Baltimore, MD 21279-1087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **W.J. Bradley Mortgage Capital, LLC**     Case number *(if known)* _____

Name

---

**3.153** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$685.92**
---|---|---|---

**Comcast  -  PO Box 105257**
**Po Box 105257**
**Atlanta, GA 30348-5257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.154** **Nonpriority creditor's name and mailing address** — As of the petition filing date, the claim is: *Check all that apply.* — **$1,302.60**

**Comcast Cable - 34744**
**PO Box 34744**
**Seattle, WA 98124-1744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.155** **Nonpriority creditor's name and mailing address** — As of the petition filing date, the claim is: *Check all that apply.* — **$461.51**

**Comcast Cable -34227**
**PO Box 34227**
**Seattle, WA 98124-1227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.156** **Nonpriority creditor's name and mailing address** — As of the petition filing date, the claim is: *Check all that apply.* — **$1,051.91**

**Comcast Corporation**
**PO Box 37601**
**Philadelphia, PA 19101-0601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.157** **Nonpriority creditor's name and mailing address** — As of the petition filing date, the claim is: *Check all that apply.* — **$216.67**

**Commercial Cleaning Systems - San Diego**
**CCS San Diego Janitorial Inc**
**7343 Ronson Rd**
**Suite U**
**San Diego, CA 92111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.158** **Nonpriority creditor's name and mailing address** — As of the petition filing date, the claim is: *Check all that apply.* — **$60.00**

**Community Association Underwriters**
**2 Caufield Place**
**Newtown, PA 18940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.159** **Nonpriority creditor's name and mailing address** — As of the petition filing date, the claim is: *Check all that apply.* — **$37,400.00**

**Compass Analytics**
**580 California St., Suite 1725**
**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **W.J. Bradley Mortgage Capital, LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $24,691.48 |

**Complete Solar Solution, Inc.**
**1065 E. Hillsdale Blvd. Suite 308**
**Foster City, CA 94404**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$24,691.48

---

| 3.161 | **Nonpriority creditor's name and mailing address** |

**CompuNet, Inc**
**P.O Box 410802**
**Salt Lake City, UT 84141**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$9,509.15

---

| 3.162 | **Nonpriority creditor's name and mailing address** |

**Consistent State**
**Kevin Kempter LLC**
**10074 S. Blackbird Pl.**
**Littleton, CO 80130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$22,670.58

---

| 3.163 | **Nonpriority creditor's name and mailing address** |

**Contegix**
**ATTN: Billing**
**210 North Tucker, 6th Flr**
**St. Louis, MO 63101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$1,268.90

---

| 3.164 | **Nonpriority creditor's name and mailing address** |

**Contra Costa County Recorder**
**555 Escobar St.**
**Martinez, CA 94553**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

$265.10

---

| 3.165 | **Nonpriority creditor's name and mailing address** |

**Cook County Recorder of Deeds**
**118 N. Clark Street**
**Chicago, IL 60602**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

$52.00

---

| 3.166 | **Nonpriority creditor's name and mailing address** |

**Cooper Point Pavilion, LLC**
**4811-134th Place SE**
**Bellevue, WA 98006**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$359.39

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **W.J. Bradley Mortgage Capital, LLC**                                    Case number (if known) _____
_____
Name

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,646.46 |
|---|---|---|---|

**CoreLogic Credco, LLC**
P.O. Box 847070
Dallas, TX 75284-7070

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,389.00 |
|---|---|---|---|

**Corelogic Flood Services, LLC**
P.O. Box 202176
Dallas, TX 75320-2176

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,107.50 |
|---|---|---|---|

**Corelogic Information Solutions, Inc.**
P.O. Box 847239
Dallas, TX 75284-7239

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $116.63 |
|---|---|---|---|

**COREY GEORGE**
5315 ENCINA DRIVE
SAN DIEGO, CA 92114

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Stale Check__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,313.00 |
|---|---|---|---|

**Corodata Shredding, Inc.**
P.O. Box 846137
Los Angeles, CA 90084-6137

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $459.92 |
|---|---|---|---|

**Cox Communications**
PO Box 9001077
Louisville, KY 40290-1077

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $638.88 |
|---|---|---|---|

**Cox Communications - 001 8610 107627301**
P.O. Box 53262
Phoenix, AZ 85072-3262

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **W.J. Bradley Mortgage Capital, LLC**                                        Case number (if known) _____
                    Name

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $429.78 |
|---|---|---|---|

**Cox Communications - PO Box 53214**
**P.O. Box 53214**
**Phoenix, AZ 85072-3214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,603.01 |
|---|---|---|---|

**Cox Communications - PO Box 53262**
**PO Box 53262**
**Phoenix, AZ 85072-3262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $549.37 |
|---|---|---|---|

**Cox Communications -001 8610 120262101**
**PO Box 53262**
**Phoenix, AZ 85072-3262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $416.90 |
|---|---|---|---|

**Cox Communications-001 8501 209194301**
**Po Box 53249**
**Phoenix, AZ 85072-3249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,552.94 |
|---|---|---|---|

**Credit Plus, Inc.**
**Mike Grim**
**31550 Winterplace Parkway**
**Salisbury, MD 21804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37.77 |
|---|---|---|---|

**CRISTINA PAREDES**
**25675 RIDGEMOOR ROAD**
**MENIFEE, CA 92586**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,749.99 |
|---|---|---|---|

**Critz Creative, LLC**
**Jacob Critz**
**6607 Brodie LN #535**
**Austin, TX 78745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **W.J. Bradley Mortgage Capital, LLC**                                    Case number *(if known)* _____
_____
Name

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$157.17** |
|---|---|---|---|

**Crystal and Sierra Springs**
**PO Box 660579**
**Dallas, TX 75266-0579**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$65.85** |
|---|---|---|---|

**CRYSTAL DEWEESE**
**7157A NABORS ROAD**
**TINKER AIR FORCE BASE, OK 73145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$38,821.84** |
|---|---|---|---|

**CSBD, LLC**
**Diamond Ventures Opportunity Fund 1, LLC**
**3131 E. Camelback Road, Suite 318**
**Phoenix, AZ 85016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,159.09** |
|---|---|---|---|

**CT Corporation**
**PO Box 4349**
**Caroll Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$65.00** |
|---|---|---|---|

**CTX Title, LLC**
**8015 Shoal Creek Blvd Suite 114**
**Austin, TX 78757-8051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,914.30** |
|---|---|---|---|

**Cybersoft Inc.**
**5843 Nottingham Drive**
**El Sobrante, CA 94803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$115.70** |
|---|---|---|---|

**CYNTHIA HOEFT**
**1200 N VEITECH STREET #1608**
**ARLINGTON, VA 22201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **W.J. Bradley Mortgage Capital, LLC**                          Case number (if known) _____
_____
Name

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $84.21 |

**DA VO**
**4038 SAN BERNARDINO WAY**
**SAN JOSE, CA 95111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,011.72 |

**Daiwa**
**32 Old Slip, 14th Floor**
**New York, NY 10005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Master Securities Forward Transaction Agreement (4/22/12)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $220.55 |

**DANE GERALD**
**1334 LITTLE LAKE STREET**
**CHULA VISTA, CA 91913**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66.38 |

**DANIEL ENES**
**PO BOX 1306**
**HILMAR, CA 95324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47.59 |

**DANIEL GASKILL**
**4797 SEMINOLE DRIVE**
**SAN DIEGO, CA 92115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64.37 |

**DANNY SANTELLANO**
**6285 DAIRY AVENUE**
**NEWARK, CA 94560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22.49 |

**DARREN BROWN**
**1705 GUATAVITA DRIVE**
**TURLOCK, CA 95382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor   **W.J. Bradley Mortgage Capital, LLC**                                    Case number (if known) _____
         Name

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29.66 |

**DARREN KIMBRELL**
**31192 EAGLE CREEK ST.**
**MENIFEE, CA 92584**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18.00 |

**David Daley**
**141 West Ridge Road**
**Saratoga Springs, UT 84045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63.20 |

**DAVID MAHONEY**
**7592 ROCK CANYON DRIVE**
**SAN DIEGO, CA 92126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $145.03 |

**DAVID WALTERS**
**3020 DAURINE COURT**
**GILROY, CA 95020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $575.54 |

**Dax Tobin**
**1380 Coppelia Court**
**Henderson, NV 89052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Denise Brewer**
**c/o Duckworth Peters Lebowitz Olivier LLP**
**100 Bush Street #1800**
**San Francisco, CA 94104**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |

**Department of Veteran's Affairs**

**155 Van Gordon Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **W.J. Bradley Mortgage Capital, LLC**

Name

Case number *(if known)*

---

| 3.202 | Nonpriority creditor's name and mailing address | | $49.92 |

**Deren A Baskurt**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | | $6,673.90 |

**Deutsche Bank**
**PO Box 1757- Church Street Station**
**New York, NY 10008**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | | $10.00 |

**Devonne Marlove**
**4133 S Hudson Parkway**
**Englewood, CO 80113**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | | $247.87 |

**DIANNE PEACOCK**
**6074 CAMINITO DEL OESTE**
**SAN DIEGO, CA 92111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | | $420,117.72 |

**DIAWA**
**32 Old Slip, 14th Floor**
**New York, NY 10005**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Loss Estimate on Forward Trades**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | | $595.60 |

**DirecTV Inc**
**PO Box 60036**
**Los Angeles, CA 90060-0036**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | | $95.00 |

**Diversified Real Property Management**
**180 E. Main Street #101**
**TUSTIN, CA 92780**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **W.J. Bradley Mortgage Capital, LLC**
          _____          Case number (if known) _____
          Name

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.75 |
|---|---|---|---|

**DONNA HILL**
**20737 ROSCOE BLVD #403**
**WINNETKA, CA 91306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $158.75 |
|---|---|---|---|

**Donna Roukat**
**17576 Copper Creek Drive**
**EDMOND, OK 73012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $104.22 |
|---|---|---|---|

**DOREEN ALEXANDER**
**5418 LAKESPRING DRIVE**
**OAKLEY, CA 94561**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78.89 |
|---|---|---|---|

**DOUGLAS DAMKO**
**3136 NORTH VALLEY STREET**
**VISALIA, CA 93291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13.00 |
|---|---|---|---|

**DuPage County Recorder**
**421 NORTH FARM RD.**
**WHEATON, IL 60187**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,356.30 |
|---|---|---|---|

**DWF IV 1300 S El Camino, LLC**
**575 Market Street 35th Floor**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $121.82 |
|---|---|---|---|

**DYLAN KNAPPE**
**17 CELINE DR**
**SANTA BARBARA, CA 93105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **W.J. Bradley Mortgage Capital, LLC**                    Case number (if known) _____
_____
Name

---

**3.216** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,541.06**

**Eagle Point Lake Elmo LLC**
**Danate Property Investment I, LLC**
**1590 Meadowview Trail**
**Hasting, MN 55033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.217** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,469.65**

**Easylink Services International Corporat**
**P.O. Box 116451**
**Atlanta, GA 30368-6451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.218** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00**

**eFax Corporation**
**eFax Corporate c/o j2 Global, Inc.**
**PO Box 51873**
**Los Angeles, CA 90051-6173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.219** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$225.00**

**EhousingPlus**
**Housing and Development Services Inc**
**3050 Universal Blvd**
**Suite 190**
**Weston, FL 33331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.220** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$118,528.72**

**EKS&H LLLP**
**7979 E. Tufts Avenue, Ste 400**
**Denver, CO 80237-2843**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.221** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$43.01**

**ELENA MURILLO MENDOZA**
**15 CENTER STREET**
**SALINAS, CA 93905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Stale Check__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.222** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$133.48**

**ELIJAH STANDING WARRIOR**
**12629 BROOKSTONE COURT**
**POWAY, CA 92064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Stale Check__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **W.J. Bradley Mortgage Capital, LLC** | Case number (if known) | |
| | Name | | |

---

**3.223** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$106.27**
ELLEN READER
2151 MICHELSON DR. #140
IRVINE, CA 92612

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.224** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$113,400.00**
Ellie Mae, Inc.
PO Box 671453
Dallas, TX 75267-1453

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.225** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
Ellie Mae, Inc.
c/o Rimon, P.C.
One Embarcadero Center #400
San Francisco, CA 94102

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.226** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$41.53**
ELSY MONTERROZA
706 ROOSEVELT STREET
ESCONDIDO, CA 92027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.227** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$111.44**
EMILY TUNNELL
12507 CAMINITO DE LA GALLARDA
SAN DIEGO, CA 92128

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.228** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$250.00**
Enzo Morales
6567 Halite Pl.
Carlsbad, CA 92009

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.229** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$145.03**
ERIC FALLER
653 ENGLISH OAK COURT
BRENTWOOD, CA 94513

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **W.J. Bradley Mortgage Capital, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.230** Nonpriority creditor's name and mailing address
**ERIC GIESE**
**2564 MERCEDES AVENUE**
**HIGHLAND, CA 92346**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

**$58.98**

---

**3.231** Nonpriority creditor's name and mailing address
**Eric R Wellman**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

**$3.34**

---

**3.232** Nonpriority creditor's name and mailing address
**ERIC ROLING**
**512 POINSETTIA STREET**
**CHULA VISTA, CA 91911**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

**$69.62**

---

**3.233** Nonpriority creditor's name and mailing address
**ESPERANZA TERCERO**
**1180 EAST 55TH STREET**
**LOS ANGELES, CA 90011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

**$58.08**

---

**3.234** Nonpriority creditor's name and mailing address
**Essent Guaranty Inc.**
**101 S. Stratford Rd. #400**
**Winston-Salem, NC 27104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$115.17**

---

**3.235** Nonpriority creditor's name and mailing address
**Evergreen Interiors Inc.**
**13027 Lakeview Granada Drive**
**Lakeside, CA 92040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,006.00**

---

**3.236** Nonpriority creditor's name and mailing address
**Evette Aitch**
**6544 College Drove Dr #71**
**SAN DIEGO, CA 92115**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

**$2.12**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **W.J. Bradley Mortgage Capital, LLC**                    Case number (if known) _____
_____
Name

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |

**Executive Leadership Solutions, LLC**
**1243 Strathmore Court**
**Hebron, KY 41048**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $106.81 |

**Fermin Ortiz Davila**
**482 BROCKMAN DRIVE**
**GONZALES, CA 93926**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $171.00 |

**Fidelity National Title Agency Of Nevada**
**6180 Brent Thurman Way #160**
**LAS VEGAS, NV 89148**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49.21 |

**FIDELMAR CORTES ORTIZ**
**45115 MERRITT STREET**
**KING CITY, CA 93930**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $360.00 |

**Firato Service Co Inc**
**Nick Firato**
**17485 Monterey Rd , Ste 200**
**Morgan Hill, CA 95037**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49.00 |

**First American Title**
**8311 W Sunset Rd #150**
**Las Vegas, NV 89113**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $87.00 |

**First American Title Company**
**3131 Camino Del Rio North**
**STE 190**
**San Diego, CA 92108**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **W.J. Bradley Mortgage Capital, LLC**

Case number (if known) _____

Name

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.00 |

**First American Title Company LLC**
**200 Commerce**
**Irvine, CA 92602**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Stale Check__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $86.00 |

**First American Title Insurance Company**
**10833 Donner Pass Road**
**Suite 102**
**TRUCKEE, CA 96161**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Stale Check__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,042.50 |

**First Associates Loan Servicing, LLC**
**15373 Innovation Drive, Ste 300**
**San Diego, CA 92128**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $292.40 |

**First Choice**
**1441 W. Bayaud Ave, Unit 5**
**Unit 5**
**Denver, CO 80223**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |

**First Service Residential**
**15241 Laguna Canyon Road**
**IRVINE, CA 92618**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Stale Check__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $190.80 |

**First Shred**
**1290 Osbourne Road, Ste C**
**Fridley, MN 55432**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,162.47 |

**FirstMark Advantage, LLC**
**P.O. Box 297**
**New Boston, NH 03070**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **W.J. Bradley Mortgage Capital, LLC**                    Case number (if known)  _____
_____
Name

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $149.31 |
|---|---|---|---|

**Florida Power & Light Company**
**General Mail Facility**
**Miami, FL 33188-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57.00 |
|---|---|---|---|

**FNC, Inc.**
**PO Box 935304**
**Atlanta, GA 31193-5304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,781.35 |
|---|---|---|---|

**Foster Graham Milstein & Calisher, LLP**
**360 S. Garfield St. #600**
**Denver, CO 80209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.90 |
|---|---|---|---|

**FRANK AGUILAR**
**31847 ARROWHEAD TRAIL**
**NORTH FORK, CA 93643**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**Franklin Credit Management Corporation**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $92,072.94 |
|---|---|---|---|

**FRDGS GCP LLC**
**FRDGS CGP LLC  FRDGS I LLC**
**c/o Bank of America**
**PO Box 74008104**
**Chicago, IL 60674-8104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.71 |
|---|---|---|---|

**FreedomVoice Systems**
**169 Saxony Road , Suite 206**
**Encinitas, CA 92024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **W.J. Bradley Mortgage Capital, LLC**
Name

Case number (if known)

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.09 |

**Gail J Wellman**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.75 |

**Garfield County Recorder**
**109 8th Street**
**Suite 200**
**Glenwood Springs, CO 81061**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62.80 |

**GARY PORAZYNSKI**
**1369 PHELPS AVENUE Unit 11**
**SAN JOSE, CA 95117**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35.70 |

**GAYANE BAGHDASARYAN**
**6533 BELLAIRE AV**
**N HOLLYWOOD, CA 91606**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,396.26 |

**GE Capital**
**PO Box 31001-0271**
**Pasadena, CA 91110-0271**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,399.01 |

**GE Capital c/o Ricoh USA Inc -Ikon Finan**
**PO Box 650073**
**Dallas, TX 75265-0073**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.97 |

**GENARO OCHOA**
**486 O STREET**
**LATHROP, CA 95330**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **W.J. Bradley Mortgage Capital, LLC**                          Case number (if known)
_____
Name

| | | |
|---|---|---|
| 3.265 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$22,376.02** |

**General Electric Capital Corporation**
**Patricia Datray**
**GEMSA Lockbox - Dept# GECS411S1**
**13467 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.266 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$78.38** |

**GENETTE PRATHER**
**33272 AGATE STREET**
**MENIFEE, CA 92584**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Stale Check_

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.267 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$135.50** |

**GERMAN SILVA SORTO**
**204 WEST 52ND STREET**
**LOS ANGELES, CA 90037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Stale Check_

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.268 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$32.93** |

**GILBERT COOPER**
**1622 SOUTHWIND DRIVE**
**EL CENTRO, CA 92243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Stale Check_

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.269 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$21.28** |

**GIRIDHAR MANDYAM**
**9312 TWIN TRAILS DRIVE #202**
**SAN DIEGO, CA 92129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Stale Check_

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.270 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$116,068.01** |

**GK Peakview Tower, LLC**
**P.O. Box 748386**
**Los Angeles, CA 90074-8386**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.271 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**GK Peakview Tower, LLC**
**Moye White LLP**
**16 Market Square**
**6th Floor**
**Denver, CO 80202-1027**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Litigation_

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **W.J. Bradley Mortgage Capital, LLC**                     Case number (if known) _____
      Name

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,098.50 |
|---|---|---|---|

**Global Corporate Center, Inc.**
**3575 S. Santa Fe Avenue**
**Vernon, CA 90058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $131.17 |
|---|---|---|---|

**GODFREY GUEVARRA**
**5622 ADELAIDE AVENUE**
**SAN DIEGO, CA 92115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Goldokht Vazirabadi**
**c/o Ellis Kelly, LLC**
**1725 High Street, Suite 3**
**Denver, CO 80218**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $104.33 |
|---|---|---|---|

**GRANT HONEYMAN**
**1861 ELDERWOOD DRIVE**
**CONCORD, CA 94519**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,266.33 |
|---|---|---|---|

**Greater Vision Inc.**
**7059 Perry Park Blvd**
**Larkspur, CO 80118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $410.20 |
|---|---|---|---|

**Green & Hall, A Professional Corporation**
**1851 East First Street, 10th Floor**
**Santa Ana, CA 92705-4052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $385.00 |
|---|---|---|---|

**Green Planet 21-North Las Vegas**
**2313 Mendenhall Avenue**
**North Las Vegas, NV 89081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **W.J. Bradley Mortgage Capital, LLC**                    Case number *(if known)* _____
_____
Name

| | |
|---|---|
| 3.279 | **Nonpriority creditor's name and mailing address** |
| | **Green Planet 21-Oakland, CA** |
| | **336 Adeline Street** |
| | **Oakland, CA 94607** |

**As of the petition filing date, the claim is:** *Check all that apply.*    **$820.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.280 | **Nonpriority creditor's name and mailing address** |
| | **Green Tree Servicing LLC** |
| | **7360 S. Kyrene Rd** |
| | **Tempe, AZ 85283** |

**As of the petition filing date, the claim is:** *Check all that apply.*    **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Stale Check__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.281 | **Nonpriority creditor's name and mailing address** |
| | **GREGORY BLOOMFIELD** |
| | **24259 BERNARD DRIVE** |
| | **CRESTLINE, CA 92325** |

**As of the petition filing date, the claim is:** *Check all that apply.*    **$13.62**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Stale Check__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.282 | **Nonpriority creditor's name and mailing address** |
| | **GREGORY GRABOWSKI** |
| | **1389 CORTE BAGALSO** |
| | **SAN MARCOS, CA 92069** |

**As of the petition filing date, the claim is:** *Check all that apply.*    **$37.55**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Stale Check__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.283 | **Nonpriority creditor's name and mailing address** |
| | **GRPA LLC** |
| | **398 Primrose Road** |
| | **Burlingame, CA 94010** |

**As of the petition filing date, the claim is:** *Check all that apply.*    **$4,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.284 | **Nonpriority creditor's name and mailing address** |
| | **GUADALUPE RAMIREZ** |
| | **2510 N. LANCEWOOD AVENUE** |
| | **RIALTO, CA 92377** |

**As of the petition filing date, the claim is:** *Check all that apply.*    **$65.10**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Stale Check__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.285 | **Nonpriority creditor's name and mailing address** |
| | **Hamil-Martin LLC** |
| | **140 E 19th Ave** |
| | **Ste 600** |
| | **Denver, CO 80203** |

**As of the petition filing date, the claim is:** *Check all that apply.*    **$13.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **W.J. Bradley Mortgage Capital, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.286** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00**

**Hammerhouse LLC**
**209 Avenida Fabricante**
**Ste 150**
**San Clemente, CA 92672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.287** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$113.46**

**HARIKUMAR SOMAKUMAR**
**1022 WAT COURT**
**PLEASANTON, CA 94566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.288** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,567.00**

**Hawaii Medical Service Association**
**Attn: Bank of Hawaii Lockbox Service**
**PO Box 29330**
**Honolulu, HI 96820-1730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.289** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$146.04**

**HECTOR CAMACHO**
**388 HILLTOP DRIVE**
**CHULA VISTA, CA 91910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.290** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$46.78**

**HEINZ FORSTER**
**24 YASEMIN COURT**
**PACHECO, CA 94553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.291** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$185.44**

**HERMAN VAN HALBEEK**
**21490 VIA ESPANA**
**YORBA LINDA, CA 92886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.292** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23.00**

**Hernando County**
**Clerk of Circuit Court & Comptroller**
**20 N Main St.**
**Brooksville, FL 34601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com |

| Debtor | **W.J. Bradley Mortgage Capital, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.293** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35.00**

**Hill's Shred Express**
**Hill's Commercial Warehouse Inc**
**PO Box 1718**
**Ocala, FL 34478**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.294** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$38.30**

**HUNG WONG**
**933 N LEAF AVE**
**COVINA, CA 91722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Stale Check**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.295** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$105.95**

**Hurst, Kristen**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Stale Check**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.296** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$85.54**

**HWAN RHEE**
**3402 TROPHY DRIVE**
**LA MESA, CA 91941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Stale Check**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.297** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$48.04**

**IAN HUFFMAN**
**43433 MONTE CT**
**TEMECULA, CA 92592**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Stale Check**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.298** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,839.95**

**Icon Advisory Group, Ltd.**
**401-D North Edgeworth Street**
**Greensboro, NC 27401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.299** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$64.71**

**IGNACIA GONZALES**
**2449 STEAMBOAT SPRINGS COURT**
**CHULA VISTA, CA 91915**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Stale Check**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | W.J. Bradley Mortgage Capital, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.300** | **Nonpriority creditor's name and mailing address**

**In re Lehman Brothers Holdings, Inc.**
**c/o Wollmuth Maher & Deutsch LLP**
**500 Fifth Avenue**
**New York, NY 10110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Litigation / ADR__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.301** | **Nonpriority creditor's name and mailing address**

**INDALECIO CRUZ**
**1336 SOUTH ORANGE STREET**
**ESCONDIDO, CA 92025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Stale Check__

Is the claim subject to offset? ■ No ☐ Yes

**$38.78**

---

**3.302** | **Nonpriority creditor's name and mailing address**

**Infinity Energy Inc**
**1420 E Roseville Pkwy**
**Ste 140-208**
**Roseville, CA 95661**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$20,470.08**

---

**3.303** | **Nonpriority creditor's name and mailing address**

**Informative Research**
**P.O. Box 2379**
**Garden Grove, CA 92842**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$317.75**

---

**3.304** | **Nonpriority creditor's name and mailing address**

**INKYU SONG**
**25 CANOPY**
**IRVINE, CA 92603**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Stale Check__

Is the claim subject to offset? ■ No ☐ Yes

**$137.91**

---

**3.305** | **Nonpriority creditor's name and mailing address**

**Interior Plant Design**
**1950 Monterey Road**
**San Jose, CA 95112-6118**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$356.00**

---

**3.306** | **Nonpriority creditor's name and mailing address**

**Iron Mountain**
**PO Box 915004**
**Dallas, TX 75391-5004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

Debtor   **W.J. Bradley Mortgage Capital, LLC**          Case number (if known) _____
_____
Name

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21.65 |

**ISRAEL ARREOLA**
**201 5TH STREET**
**SOLEDAD, CA 93960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $142.29 |

**IVA AMIRI**
**3136 CYRUS AVE**
**SAN JOSE, CA 95124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $430.00 |

**Ivy Camphausen**
**9510 Deer Park Ave**
**LAS VEGAS, NV 89148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32.26 |

**IVY WILLIAMS**
**419 SOUTH SAN JACINTO DRIVE**
**SAN DIEGO, CA 92114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74.47 |

**J GUADALUPE GONZALEZ**
**2328 CORDOBA WAY**
**ANTIOCH, CA 94509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.71 |

**J MATILDE OROZCO-ALCALA**
**9900 GOLD DUST DRIVE**
**BAKERSFIELD, CA 93311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,156.82 |

**Jabrisda, Inc. dba Brenda's Cleaning**
**1530 Highland Lakes Dr.**
**Keller, TX 76248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **W.J. Bradley Mortgage Capital, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25.48** |
|---|---|---|---|

**Jacqui Newton**
**17300 Preston Rd Suite 210**
**Dallas, TX 75252**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$56.69** |
|---|---|---|---|

**JAIME HERNANDEZ**
**5518 CASA BONITA DRIVE**
**BAKERSFIELD, CA 93307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$120.10** |
|---|---|---|---|

**JAMAL CHARLEY**
**2135 CALLE TORTUOSA**
**SAN DIEGO, CA 92139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75.11** |
|---|---|---|---|

**JAMES BRADLEY**
**1732 VALLEJO STREET**
**SEASIDE, CA 93955**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$137.46** |
|---|---|---|---|

**JAMES DRIMMER**
**1240 INDIA STREET #400**
**SAN DIEGO, CA 92101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$77.37** |
|---|---|---|---|

**JAMES EASLEY**
**9607 CAMERON STREET**
**RANCHO CUCAMONGA, CA 91730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$102.40** |
|---|---|---|---|

**JAMES EPPOLITO**
**355 MONTEREY PINE ROAD**
**MAMMOTH LAKES, CA 93546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **W.J. Bradley Mortgage Capital, LLC**                              Case number (if known) _____
　　　　　　Name

| | | |
|---|---|---|
| 3.321 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$38.80** |

**JAMES HINNERS**
**12358 CARMEL COUNTRY ROAD, Unit A107**
**SAN DIEGO, CA 92130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.322 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,200.67** |

**James Manion**
**3011 Quail Run Drive**
**High Point, NC 27265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.323 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$34.22** |

**JAMES ORTEGA**
**1102 LA CADENA AVE**
**ARCADIA, CA 91007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.324 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23.14** |

**JAMES RIISBRO**
**517 KERN AVENUE**
**SUGARLOAF, CA 92386**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.325 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$52.29** |

**JAMES SANDOVAL**
**602 N. GAFFEY PLACE**
**SAN PEDRO, CA 90731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.326 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,095.00** |

**JAN-PRO Cleaning Systems - NV**
**JJS Development LLC**
**1050 E. Flamingo Road, Ste# E-321**
**Las Vegas, NV 89119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.327 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$165.91** |

**JANE CARR**
**P.O. BOX 5309**
**BLUE JAY, CA 92317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor   **W.J. Bradley Mortgage Capital, LLC**                     Case number (if known) _____
　　　　　Name

---

**3.328** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$74.28**
JASON AMES
320 HERMOSA AVENUE #204
HERMOSA BEACH, CA 90254

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.329** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
Jason Edmonds
The Foremost Law Group APC
16580 Harbor Blvd.
Suite K
Fountain Valley, CA 92708

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Litigation**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.330** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$133.64**
JASON WHITE
8305 CLEARBROOK DR.
FORT WORTH, TX 76123

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.331** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$41.31**
JEFF KONICKE
4391 SERENA AVENUE
OCEANSIDE, CA 92056

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.332** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$111,074.22**
Jefferies Group
Jefferies LLC
520 Madison Avenue, 10th Floor
New York, NY 10020

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Loss Estimate on Forward Trades**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.333** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3.50**
Jefferson County Recorder
100 Jefferson County Pkwy
Suite 2560
Golden, CO 80419-2560

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.334** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$95.66**
JEFFREY VEAL
3759 CORRAL CANYON ROAD
BONITA, CA 91902

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor **W.J. Bradley Mortgage Capital, LLC**
_____
Name

Case number (if known) _____

---

| 3.335 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$83.21** |

**JENNIFER NGUYEN**
**2860 VELASCO LANE**
**COSTA MESA, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$76.74** |

**JESSICA MAHONEY**
**6665 CANYON RIM ROW # 214**
**SAN DIEGO, CA 92111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$40.56** |

**JESUS MENDIETA**
**125 MAYFAIR STREET**
**OCEANSIDE, CA 92058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$81.88** |

**JI KIM**
**1875 PALOMA STREET**
**PASADENA, CA 91108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$46.23** |

**JOAQUIN ALVARADO**
**247 N CAPITOL AVE. #245**
**SAN JOSE, CA 95127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$570.51** |

**Jodi L Golden**
**521 Coolidge Ave**
**Henderson, NV 89015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$73.80** |

**JOHN BUFORD**
**45425 CAMINO MONZON**
**TEMECULA, CA 92592**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **W.J. Bradley Mortgage Capital, LLC**
Name

Case number (if known)

---

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.75 |

**JOHN GAY**
**1248 WESTWIND DRIVE**
**EL CENTRO, CA 92243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Stale Check__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.32 |

**JOHN RUIZ**
**40960 CALIFORNIA OAKS RD #323**
**MURRIETA, CA 92562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Stale Check__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28.12 |

**JOHN WATKINS**
**10564 CAMINITO FLORES**
**SAN DIEGO, CA 92126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Stale Check__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76.28 |

**JOHNNY LY**
**16373 BINNEY STREET**
**HACIENDA HEIGHTS, CA 91745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Stale Check__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $122.04 |

**JON GROSS**
**88 KING STREET #115**
**SAN FRANCISCO, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Stale Check__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.95 |

**JONATHAN VESSUP**
**12225 GALAXY STREET**
**VICTORVILLE, CA 92392**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Stale Check__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73.05 |

**JOSE PEREZ**
**85 SHASTA WAY**
**SALINAS, CA 93905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Stale Check__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **W.J. Bradley Mortgage Capital, LLC**                          Case number (if known) _____

      Name

| 3.349 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$258.63** |
|---|---|---|---|

**JOSE SOLIS**
**1375 RUCKER AVE**
**GILROY, CA 95020**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20.26** |
|---|---|---|---|

**JOSEFINA MIRAMONTES**
**7360 E ROSE AVE**
**SELMA, CA 93662**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$55.91** |
|---|---|---|---|

**JOSEPH MARSITTO**
**2151 CATALINA AVENUE**
**VISTA, CA 92084**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$90.79** |
|---|---|---|---|

**JOSEPH RIMAC**
**149 S FRED D HAIGHT DRIVE**
**SMITH RIVER, CA 95538**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$189.27** |
|---|---|---|---|

**Joseph Toscano**
**1668 Sweetbriar Drive**
**San Jose, CA 95125**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$85.06** |
|---|---|---|---|

**JOSHUA ARMSTRONG**
**369 FLEISCHMANN CT**
**OCEANSIDE, CA 92058**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$69.87** |
|---|---|---|---|

**JOY WRIGHT**
**1115 MOUNT VERDI ROAD**
**BIG BEAR CITY, CA 92314**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **W.J. Bradley Mortgage Capital, LLC**

Name

Case number (if known)

---

**3.356**

**Nonpriority creditor's name and mailing address**

**JPMCB Correspondent Recovery Funds**
**JPMorgan Chase Bank NA**
**P.O. Box 731743**
**Dallas, TX 75373-1743**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$280,723.81**

---

**3.357**

**Nonpriority creditor's name and mailing address**

**JUAN ALVARADO**
**1502 WEST 65TH PLACE**
**LOS ANGELES, CA 90047**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Stale Check__

Is the claim subject to offset? ■ No ☐ Yes

**$24.53**

---

**3.358**

**Nonpriority creditor's name and mailing address**

**JULIE SOMPHOU**
**36071 HORSESHOE COURT**
**WILDOMAR, CA 92595**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Stale Check__

Is the claim subject to offset? ■ No ☐ Yes

**$33.47**

---

**3.359**

**Nonpriority creditor's name and mailing address**

**Julio Cesar Garcia Jr.**
**5601 Gaston Ave Apt 209**
**Dallas, TX 75214**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$680.00**

---

**3.360**

**Nonpriority creditor's name and mailing address**

**JULIO LOPEZ GRAJEDA**
**7727 BOLTON AVENUE**
**RIVERSIDE, CA 92503**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Stale Check__

Is the claim subject to offset? ■ No ☐ Yes

**$34.48**

---

**3.361**

**Nonpriority creditor's name and mailing address**

**JUVENCIO BAUTISTA**
**2715 WEST VIEW STREET**
**LOS ANGELES, CA 90016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Stale Check__

Is the claim subject to offset? ■ No ☐ Yes

**$63.10**

---

**3.362**

**Nonpriority creditor's name and mailing address**

**KAMAL DIRYAWISH**
**3816 WILD PALMS DRIVE**
**MODESTO, CA 95355**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Stale Check__

Is the claim subject to offset? ■ No ☐ Yes

**$29.63**

---

Debtor **W.J. Bradley Mortgage Capital, LLC**
Name

Case number (if known) _____

---

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.85 |

**KAREN DOOLEY-BLAZEVICH**
**1249 BLUE SKY DRIVE**
**CARDIFF, CA 92007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $94.35 |

**Kari Falconio**
**10772 Butternut Street NW**
**Coon Rapids, MN 55448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,957.00 |

**Kassinove & Raskin LLP**
**17752 Skypark Circle Suite 235**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Katherine Rice**
**PO Box 7936**
**Tahoe City, CA 96145**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.00 |

**Kathy Enters**
**Stewart Title**
**PO BOX 192**
**Freeland, WA 98249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.368 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $186.86 |

**KEITH EVERETT**
**6230 OAKRIDGE ROAD**
**SAN DIEGO, CA 92120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.01 |

**Ken & Kathy Leonard**
**930 Tahoe Blvd Ste 802-458**
**Incline Village, NV 89451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **W.J. Bradley Mortgage Capital, LLC**
Name

Case number (if known) _____

| | |
|---|---|
| 3.370 | **Nonpriority creditor's name and mailing address** |
| | **Keng Yang** |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,325.00**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.371 | **Nonpriority creditor's name and mailing address** |
| | **Kenneth Brandau**<br>**2340 Snead Dr**<br>**Oceanside, CA 92056** |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$301.18**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.372 | **Nonpriority creditor's name and mailing address** |
| | **KENNY TRAN**<br>**6333 COLLEGE GROVE WAY #1106**<br>**SAN DIEGO, CA 92115** |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$24.57**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.373 | **Nonpriority creditor's name and mailing address** |
| | **Kent Kopen**<br>**7 Clematis Street**<br>**Ladera Ranch, CA 92694** |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$20.00**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.374 | **Nonpriority creditor's name and mailing address** |
| | **KENYON JENCKES**<br>**2259 GALENA AVENUE**<br>**CARLSBAD, CA 92009** |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$459.03**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.375 | **Nonpriority creditor's name and mailing address** |
| | **Kesha Switzer**<br>**7672 MASTERS STREET**<br>**ELK GROVE, CA 95758** |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$29.97**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.376 | **Nonpriority creditor's name and mailing address** |
| | **KEVIN ANDERSON**<br>**140 SOUTH AVENUE**<br>**ALAMO, CA 94507** |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$43.98**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **W.J. Bradley Mortgage Capital, LLC**                                    Case number (if known) _____
          _____
          Name

---

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162.43 |

**KEVIN BRUECKNER**
**8601 LA BUTTE LN**
**SANTEE, CA 92071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $82.50 |

**KEVIN HAINES**
**10025 BURIN AVENUE**
**INGLEWOOD, CA 90304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97.60 |

**KEVIN KAWASHITA**
**1825 San Pablo Ave #200**
**OAKLAND, CA 94612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41.19 |

**KEVIN STAPLETON**
**1456 SAN CARLOS AVE 304**
**SAN CARLOS, CA 94070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $239.10 |

**KIMBERLY KODALEN 2960 CHAMPION WAY**
**UNIT # 312**
**TUSTIN, CA 92782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,370.75 |

**KOH Mechanical Contractors, Inc.**
**1273 West 12400 South**
**Riverton, UT 84065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69.13 |

**KORNELIUS JACOBS**
**6820 LANEWOOD**
**SAN DIEGO, CA 92111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **W.J. Bradley Mortgage Capital, LLC**                     Case number *(if known)* _____
         _____
         Name

| 3.384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $55.87 |
|---|---|---|---|

**KRISTINA LEMONIDIS**
**1652 SEATLE SLEW WAY**
**OCEANSIDE, CA 92057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $156.66 |
|---|---|---|---|

**KRISTINE AGUIRRE**
**1449 RIEGER AVENUE**
**HAYWARD, CA 94544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12.17 |
|---|---|---|---|

**KYLE PIPER**
**20 N. ADELBERT AVENUE**
**STOCKTON, CA 95215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $59.58 |
|---|---|---|---|

**KYM LEYVA**
**26278 STARR DRIVE**
**ROMOLAND, CA 92585**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|

**La Cuesta Racquet Club HOA**
**27758 Santa Margarita Pkwy**
**Ste 410**
**Mission Viejo, CA 92691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $225.00 |
|---|---|---|---|

**Lakeland Residential**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|

**Lakewood**

**LAKEWOOD, CO 80228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **W.J. Bradley Mortgage Capital, LLC**                                Case number (if known) _____
                Name

| 3.391 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$71.00** |

**Land Title**
**PO Box 3840**
**Avon, CO 81620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.392 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,536.33** |

**Lane Powell PC**
**1420 Fifth Ave, Ste 4100**
**Seattle, WA 98101-2338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.393 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Las Vegas Development Group LLC**
**Roger P. Croteau & Assoc. LLP**
**9120 West Post Road**
**Suite 100**
**Las Vegas, NV 89148**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.394 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$66.69** |

**LAWRENCE LEE**
**498 PIERPONT DRIVE**
**COSTA MESA, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.395 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$548.43** |

**LCEC**
**Po Box 31477**
**Tampa, FL 33631-3477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$878.20** |

**Lease Harbor**
**Department 4919**
**Carol Stream, IL 60122-4919**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$79.59** |

**LEE GRIFFIN**
**2851 WILDFLOWER DRIVE**
**ANTIOCH, CA 94531**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **W.J. Bradley Mortgage Capital, LLC**                    Case number *(if known)* _____

Name

| | | |
|---|---|---|
| 3.398 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,075.15** |

**Legacy III Sr Crow Canyon, LLC**
**PO Box 74869**
**Cleveland, OH 44194-4869**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$135,360.29** |

**Lender Live**
**710 S. Ash Street**
**Suite 200**
**Denver, CO 80246**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$58.90** |

**LEONARD BRINK**
**PO BOX 439029**
**SAN YSIDRO, CA 92143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,994.21** |

**Leslie A Shoemaker**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,009.90** |

**Lewan & Associates Inc**
**P.O. Box 173704**
**Denver, CO 80217-3704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,485.00** |

**LexisNexis**
**Reed Elsevier Inc**
**P.O. Box 894166**
**Los Angeles, CA 90189-4166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,278.10** |

**LexisNexis Risk Management**
**PO Box 7247-6157**
**Philadelphia, PA 19170-6157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **W.J. Bradley Mortgage Capital, LLC**                                    Case number *(if known)*
_____                                    _____
Name

| 3.405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $69.50 |

**Lightning Messenger Express**
**Skyhawk Industries Inc**
**PO Box 12424**
**San Diego, CA 92112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $97.97 |

**LILLIAN PEDRAZA**
**1939 SPRINGDALE LANE**
**ENCINITAS, CA 92024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.407 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $187.50 |

**LinkServ, Inc**
**9528 Miramar Road**
**San Diego, CA 92126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30.04 |

**LIZBETH FLORES**
**3316 S. STANFORD AVE. APT. 8**
**LOS ANGELES, CA 90011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.409 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Loan Value Group, LLC**
**c/o Blank Rome LLP**
**1201 North Market Street**
**Suite 800**
**Wilmington, DE 19801-4226**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.410 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,000.00 |

**LoanLogics Risk Analytics, Inc**
**4800 E Street Road, Suite 50**
**Trevose, PA 19053-6658**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.411 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24.93 |

**LORENZO SAAVEDRA MENDOZA**
**955 E WASHINGTON AVE**
**ESCONDIDO, CA 92025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **W.J. Bradley Mortgage Capital, LLC**                                Case number (if known) _____
          Name

---

| 3.412 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$39.00** |
|---|---|---|---|

**Los Angeles County Registrar-Recorder/Co**
**P.O. Box 1250**
**Norwalk, CA 90651-1250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$165.55** |
|---|---|---|---|

**LOUISE MCEVOY**
**29252 RIDGEVIEW DRIVE**
**LAGUNA NIGUEL, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$71.50** |
|---|---|---|---|

**LOUISE MURPHY**
**8635 LOOKOUT MOUNTAIN AVENUE**
**LOS ANGELES, CA 90046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$36,000.00** |
|---|---|---|---|

**Loyalty Express Inc.**
**55 Commerce Way**
**Woburn, MA 01801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$389.50** |
|---|---|---|---|

**LT Enterprises**
**Steven L Edwards**
**2775 Camellia Ct**
**Corona, CA 92882**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.417 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**Lucy Morris**
**2485 Bellavista Street**
**Castle Rock, CO 80109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.418 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$134.96** |
|---|---|---|---|

**LUIS CANO**
**915 WEST 49TH STREET**
**LOS ANGELES, CA 90037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **W.J. Bradley Mortgage Capital, LLC**                                Case number (if known)

Name

| 3.419 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$42.78** |
|---|---|---|---|
| | **MAHESH PALAN** | ☐ Contingent | |
| | **142 LLOYD AVE** | ☐ Unliquidated | |
| | **FREMONT, CA 94536** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Stale Check** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.420 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$89.62** |
|---|---|---|---|
| | **Mahnaz Hashemian** | ☐ Contingent | |
| | **70 East Yale Loop** | ☐ Unliquidated | |
| | **Irvine, CA 92604** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Stale Check** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.421 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$548.24** |
|---|---|---|---|
| | **MailFinance** | ☐ Contingent | |
| | **25881 Network Place** | ☐ Unliquidated | |
| | **Chicago, IL 60673-1258** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.422 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$53.48** |
|---|---|---|---|
| | **MANINDER SETHI** | ☐ Contingent | |
| | **8318 TORRELL WAY** | ☐ Unliquidated | |
| | **SAN DIEGO, CA 92126** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Stale Check** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.423 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$67.71** |
|---|---|---|---|
| | **MARC KOZAI** | ☐ Contingent | |
| | **4445 MAYFAIR COURT** | ☐ Unliquidated | |
| | **CARLSBAD, CA 92010** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Stale Check** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.424 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$134.06** |
|---|---|---|---|
| | **MARIA MIKUS** | ☐ Contingent | |
| | **1847 LAW STREET** | ☐ Unliquidated | |
| | **SAN DIEGO, CA 92109** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Stale Check** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.425 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$43.44** |
|---|---|---|---|
| | **MARINA FELIX** | ☐ Contingent | |
| | **12416 MOUNT BALDY DRIVE** | ☐ Unliquidated | |
| | **VICTORVILLE, CA 92392** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Stale Check** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **W.J. Bradley Mortgage Capital, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.426** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$59.56**

**MARK ELLIS**
**33610 MAPLETON AVE APT 421**
**MURRIETA, CA 92563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.427** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$101.29**

**MARK GREGSON**
**9671 MISTY MEADOW LN**
**ESCONDIDO, CA 92026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.428** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$41.48**

**MARK HILL**
**5228 Oak Park Drive**
**San Diego, CA 92105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.429** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,065.19**

**Mark Schellhase**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.430** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$539.90**

**Mark Simon**
**1048 Irvine Ave #645**
**Newport Beach, CA 92651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.431** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.69**

**Marlena Holloway**
**10136 Maidens Wreath Ct**
**Las Vegas, NV 89183**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.432** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$86.06**

**MARTHA LIZARRAGA**
**7530 FILICE DRIVE**
**GILROY, CA 95020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **W.J. Bradley Mortgage Capital, LLC**                    Case number (if known) _____
         _____
         Name

| 3.433 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.87 |
|---|---|---|---|

**Martha Patricia Gomez**
**10019 TOWNE AVENUE**
**LOS ANGELES, CA 90003**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73.78 |
|---|---|---|---|

**MARTHA RIOS DE CANO**
**2116 HILLDALE STREET**
**OCEANSIDE, CA 92054**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $139.78 |
|---|---|---|---|

**MARVIN PERKINS**
**8100 CACUS STREET**
**SPRING VALLEY, CA 91977**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $96.58 |
|---|---|---|---|

**MARY MAGILL**
**3655 COWLEY WAY**
**SAN DIEGO, CA 92117**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $342.35 |
|---|---|---|---|

**Matthew E Sarvak**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Maurice Toole**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.439 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,247.20 |
|---|---|---|---|

**Maurice Wutscher LLP**
**105 W. Madison Street, 18th Flr**
**Chicago, IL 60602**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| Debtor | **W.J. Bradley Mortgage Capital, LLC** |
| | Name |

Case number *(if known)* _____

---

| 3.440 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$140.73** |
|---|---|---|---|

**MBS Quoteline, Inc.**
**4807 Spicewood Springs Road, Building On**
**Austin, TX 78759**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.441 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$370.00** |
|---|---|---|---|

**McGlinchey Stafford**
**Dept. 5200**
**PO Box 2153**
**Birmingham, AL 35287-5200**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.442 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$147.23** |
|---|---|---|---|

**MCI**
**PO Box 660206**
**Dallas, TX 75266-0206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.443 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,140.56** |
|---|---|---|---|

**MegaPath Corporation (Inactive)**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.444 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,880.00** |
|---|---|---|---|

**Mercer (US) Inc.**
**Joanne Flowers**
**PO Box 730182**
**Dallas, TX 75373-0182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.445 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,572.95** |
|---|---|---|---|

**MERS**
**13059 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.446 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$654.53** |
|---|---|---|---|

**Metropolitan Telecommunications; MetTel**
**P.O. Box 9660**
**Manchester, NH 03108-9660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor   **W.J. Bradley Mortgage Capital, LLC**                          Case number (if known)
_____
Name

| 3.447 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51.42 |
|---|---|---|---|

**MICHAEL CAPUCHINO**
**48136 ACORN DRIVE**
**OAKHURST, CA 93644**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $267.03 |
|---|---|---|---|

**Michael D Peters**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael Dean**
**105 Royal Troon Ct.**
**Henderson, NV 89074**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57.71 |
|---|---|---|---|

**MICHAEL DOUGAN**
**1441 CRESTHAVEN PLACE**
**OCEANSIDE, CA 92056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,287.44 |
|---|---|---|---|

**Michael Fasanello**
**Round 2 Design Inc.**
**63-15A Douglaston Pkwy**
**Douglaston, NY 11362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.452 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66.29 |
|---|---|---|---|

**MICHAEL JONES**
**16018 Summerville Lake Dr**
**TOMBALL, TX 77377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.57 |
|---|---|---|---|

**MICHELLE DEAL**
**41763 HORSESHOE WAY**
**COARSEGOLD, CA 93614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **W.J. Bradley Mortgage Capital, LLC**                    Case number *(if known)* _____
           Name

| 3.454 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36.12 |

**MIGUEL VARGAS**
**81295 SIROCCO AVENUE**
**INDIO, CA 92201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Stale Check**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.455 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.67 |

**Mikayla Mayer**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Stale Check**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.456 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85.39 |

**MILDRED BARRON**
**1678 DONAX AVENUE**
**SAN DIEGO, CA 92154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Stale Check**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.457 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20.05 |

**MILES KELLEY**
**724 EL PORTAL AVE**
**MANTECA, CA 95337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Stale Check**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56.34 |

**MINH NGUYEN**
**3926 ULLOA STREET**
**SAN FRANCISCO, CA 94116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Stale Check**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.459 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,640.78 |

**Minnesota VoIP**
**Karen Mariska**
**9217 17th Avenue S. #214**
**Bloomington, MN 55425**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.460 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47.69 |

**MITCH LEINEN**
**1731 SANDTRAP DR**
**CORONA, CA 92883**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Stale Check**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **W.J. Bradley Mortgage Capital, LLC**
_____    Case number (if known) _____
Name

| 3.461 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $490.00 |

**Modern Parking**
**111 N Sepulveda Blvd Suite 250**
**Manhattan Beach, CA 90266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.49 |

**MOISES MARTINEZ**
**6143 ESTELLE ST**
**SAN DIEGO, CA 92115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.463 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,681.72 |

**Morgan Stanley Bank, N.A.**
**Attn: SPG Mortgage Finance**
**1585 Broadway**
**New York, NY 10036**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Loss Estimate on Forward Trades**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.464 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,750.00 |

**Motivity Solutions, Inc.**
**Tyler Sherman**
**3033 S. Parker Rd. 11th Floor**
**Aurora, CO 80014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.465 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Mount Pleasant Hotels, LLC**
**Martincau Hackett O'Neill & Klaus PLLC**
**555 N. Main Street**
**Mount Pleasant, MI 48858**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.466 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |

**MountainView Servicing Group, LLC**
**999 18th Street, Ste 1001**
**Denver, CO 80202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68.93 |

**NANCY AZUMA**
**4684 NATALIE DRIVE**
**SAN DIEGO, CA 92115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **W.J. Bradley Mortgage Capital, LLC**          Case number (if known) _____
          Name

---

| 3.468 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $164.50 |

**NAOMI GLENN**
**2054 LEWIS STREET**
**HERCULES, CA 94547**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.469 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.99 |

**NATALIE COLEMAN**
**3727 BALBOA TERRACE C**
**SAN DIEGO, CA 92117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35.51 |

**NATHAN WINSLOW**
**3932 HAMILTON STREET #5**
**SAN DIEGO, CA 92104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.471 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55.81 |

**NATHANIEL SPRENKLE**
**1734 CEDAR COURT**
**OAKLEY, CA 94561**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Nationstar Mortgage LLC**
**Aldrige Pite LLP**
**111 SW Columbia**
**Suite 950**
**Portland, OR 97201**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41.61 |

**NEAL BORNHOFT**
**2889 SEGOVIA WAY**
**CARLSBAD, CA 92009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.60 |

**NELSON MILLIKEN**
**15925 CUMBERLAND DRIVE**
**POWAY, CA 92064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **W.J. Bradley Mortgage Capital, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.475 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$309.12** |
|---|---|---|---|

**Neopost USA Inc**
**Attn: Mailroom Finance**
**25880 Network Place**
**Chicago, IL 60673-1258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.476 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$113.37** |
|---|---|---|---|

**Nestle Pure Life Inc.**
**PO Box 856158 St.**
**Louisville, KY 40285-6680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.477 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$107.98** |
|---|---|---|---|

**Nestle Waters North America Inc.**
**P.O. Box 856158 St.**
**Louisville, KY 40285-6680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.478 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,689.15** |
|---|---|---|---|

**Network Consulting Services**
**563 West 500 South**
**Suite 245**
**Bountiful, UT 84101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.479 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00** |
|---|---|---|---|

**Nevada Legal News LLC**
**Rosalie Qualls**
**930 S. Fourth St. #100**
**Las Vegas, NV 89101-6845**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.480 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$133.00** |
|---|---|---|---|

**Nevada Title Company**
**10000 W. Charleston Blvd. #180**
**Las Vegas, NV 89135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Stale Check_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.481 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$91.45** |
|---|---|---|---|

**NICHET ZOUZOU**
**3110 Pinot Grigio PL**
**San Jose, CA 95135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Stale Check_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **W.J. Bradley Mortgage Capital, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $99.94 |
|---|---|---|---|

**NOEMI VALDEZ**
**1998 MANZANA WAY**
**SAN DIEGO, CA 92139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,460.94 |
|---|---|---|---|

**Nomura**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Loss Estimate on Forward Trades**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.484 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $171.75 |
|---|---|---|---|

**Northland Cable Television Inc**
**PO Box 790307**
**St Louis, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.485 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,243.74 |
|---|---|---|---|

**NV Energy**
**P.O. Box 30086**
**Reno, NV 89520-3086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.486 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $389.53 |
|---|---|---|---|

**Oceanic Time Warner Cable LLC**
**PO Box 30050**
**Honolulu, HI 96820-0050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.487 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**OCWEN LAON SERVICING LLC**
**233 GIBRALTAR RD STE 700**
**HORSHAM, PA 19044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.488 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,026.07 |
|---|---|---|---|

**Office Depot, Inc.**
**PO Box 70049**
**Los Angeles, CA 90074-0049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor **W.J. Bradley Mortgage Capital, LLC**                    Case number (if known) _____
                    Name

| | |
|---|---|
| 3.489 | **Nonpriority creditor's name and mailing address**<br>**Ogletree, Deakins, Nash, Smoak & Stewart**<br>**PO Box 89**<br>**Columbia, SC 29202** |

As of the petition filing date, the claim is: Check all that apply.                    **$109,663.66**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.490 | **Nonpriority creditor's name and mailing address**<br>**Okta, Inc.**<br>**301 Brannan St. , Ste 300**<br>**San Francisco, CA 94107** |

As of the petition filing date, the claim is: Check all that apply.                    **$32,439.66**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.491 | **Nonpriority creditor's name and mailing address**<br>**Olga Parvin**<br>**9991 Sunderland Street**<br>**Santa Ana, CA 92705** |

As of the petition filing date, the claim is: Check all that apply.                    **$10.78**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.492 | **Nonpriority creditor's name and mailing address**<br>**Olympus Management dba Cisneros**<br>**Consulti**<br>**3271 Le Cordbusier Circle**<br>**Salt Lake City, UT 84106** |

As of the petition filing date, the claim is: Check all that apply.                    **$15,510.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.493 | **Nonpriority creditor's name and mailing address**<br>**OMER BHOLAT**<br>**29663 AVENIDA DE SERENO**<br>**SUN CITY, CA 92586** |

As of the petition filing date, the claim is: Check all that apply.                    **$28.07**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.494 | **Nonpriority creditor's name and mailing address**<br>**Onewest Bank**<br><br>**FSB** |

As of the petition filing date, the claim is: Check all that apply.                    **$300.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.495 | **Nonpriority creditor's name and mailing address**<br>**ORLANDO FREEMAN**<br>**24816 LOIRE COURT**<br>**HEMET, CA 92544** |

As of the petition filing date, the claim is: Check all that apply.                    **$65.01**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor     **W.J. Bradley Mortgage Capital, LLC**                          Case number (if known) _____
                  Name

| | | |
|---|---|---|
| 3.496 | **Nonpriority creditor's name and mailing address** | $700.00 |

**Parking Concepts, Inc**
**PO Box 247**
**Walnut Creek, CA 94597**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.497 | **Nonpriority creditor's name and mailing address** | $35.85 |

**PATRICK KIPROTICH**
**1512 ASHLEY RD**
**RAMONA, CA 92065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.498 | **Nonpriority creditor's name and mailing address** | $77.39 |

**PAUL DONALDSON**
**41149 PROMENADE CHARDONNAY HILLS**
**TEMECULA, CA 92591**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.499 | **Nonpriority creditor's name and mailing address** | $44.29 |

**PAUL FISCHER**
**3429 AVELEY PLACE**
**SAN DIEGO, CA 92111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.500 | **Nonpriority creditor's name and mailing address** | $13.62 |

**PAUL MAGANA**
**127 SANTA BARBARA STREET**
**LOS BANOS, CA 93635**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.501 | **Nonpriority creditor's name and mailing address** | $77.24 |

**PAUL SECARD**
**28 TAHOE**
**IRVINE, CA 92612**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.502 | **Nonpriority creditor's name and mailing address** | $82.58 |

**PAUL SHELBY**
**1813 CLAYTON WAY**
**CONCORD, CA 94519**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **W.J. Bradley Mortgage Capital, LLC**                                    Case number (if known) _____
_____
Name

| 3.503 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$51.32** |
|---|---|---|---|

**PAUL SHERMAN**
**3211 LINCOLN AVE**
**ALTADENA, CA 91001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$65.95** |
|---|---|---|---|

**PAULA GLEASON**
**9845 JAMAICA CIR**
**HUNTINGTON BEACH, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,729.00** |
|---|---|---|---|

**PayFlex Systems USA, Inc.**
**10802 Farnam Drive, Suite 100**
**Omaha, NE 68154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,393.76** |
|---|---|---|---|

**Payroll Check**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$294.00** |
|---|---|---|---|

**PDK Group, Inc dba System4 of Reno**
**1970 N. Cleveland Massillon Rd #771**
**Bath, OH 44210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$51.05** |
|---|---|---|---|

**PETER ANDERSON**
**1075 SUMMIT WAY**
**MANTECA, CA 95336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.509 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$119.56** |
|---|---|---|---|

**PETER LEWIS**
**36220 WORTHING DRIVE**
**NEWARK, CA 94560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **W.J. Bradley Mortgage Capital, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.510** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$502.27**

PG&E
Pacific Gas & Electric Company
PO Box 997300
Sacramento, CA 95899-7300

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.511** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$357.86**

PG&E - 7147613168-6
P.O. Box 997300
Sacramento, CA 95899-7300

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.512** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$485.75**

PG&E - 8352802911-5
P.O. Box 997300
Sacramento, CA 95899-7300

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.513** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,500.00**

Phoenix Analytic Services Inc
999 18th St
Ste 1410
Denver, CO 80202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.514** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,753.25**

Pickford Realty, Ltd dba Berkshire Hatha
Mike Dierdorff  Nichol Maldonado
12544 High Bluff Dr. Ste 420
San Diego, CA 92130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.515** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$26.00**

Pierce County Auditor's Office
2401 S 35th St
Tacoma, WA 98409

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Stale Check__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.516** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$44.09**

PINA LAZARICH
2535 ARROYO AVE
PINOLE, CA 94564

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Stale Check__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor **W.J. Bradley Mortgage Capital, LLC**                     Case number (if known) _____
_____
Name

| | |
|---|---|

**3.517** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,092.21**

**Pingora Loan Servicing**
**1755 Blake Street**
**Suite 200**
**Denver, CO 80202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.518** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$145.56**

**Pitney Bowes Purchase Power**
**PO Box 371874**
**Pittsburgh, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.519** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$55.00**

**PLACER TITLE COMPANY**
**189 Fulweiler Ave**
**Auburn, CA 95603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.520** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$135.00**

**PNC Bank**
**249 5Th Ave., Ste 30**
**Subordination Dept.**
**Pittsburgh, PA 15222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.521** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,050.00**

**Polunsky & Beitel Green, LLP**
**17806 I.H. 10 West, Suite 450**
**San Antonio, TX 78257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.522** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$198.81**

**PRENTISS HALL**
**302 CAMINO MIRA MONTE**
**SAN CLEMENTE ca 92673, CA 92673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.523** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$54.04**

**PRISCILLA CHERMAK**
**5820 BENNER ST. #304**
**LOS ANGELES, CA 90042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **W.J. Bradley Mortgage Capital, LLC**                              Case number (if known) _____
         Name

| 3.524 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,311.50** |
|---|---|---|---|

**Progressive Energy Solutions, Inc**
**12189 7th St.**
**Yucaipa, CA 92399**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.525 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$173,680.00** |
|---|---|---|---|

**Prolifics Application Services, Inc.**
**24025 Park Sorrento, Suite 405**
**Calabasas, CA 91302**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$173,691.00** |
|---|---|---|---|

**Prolifics Corporation Limited**
**SemanticSpace**
**24025 Park Sorrento**
**Suite 405**
**Calabasas, CA 91302**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.527 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$32.50** |
|---|---|---|---|

**Providence Title Company**
**4107 S Bowen Road Suite 101**
**Arlington, TX 76016**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$149.75** |
|---|---|---|---|

**Provident Funding Associates LP**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.529 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$85.72** |
|---|---|---|---|

**Pure Mountain Spring Water Inc.**
**P.O. Box 1349**
**Brentwood, CA 94513**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.530 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,809.19** |
|---|---|---|---|

**Radian Guaranty Inc.**
**P.O Box 823225**
**Philadelphia, PA 19182-3225**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **W.J. Bradley Mortgage Capital, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.531**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,219.20 |
|---|---|---|
| Radian Guaranty Inc.<br>1601 Market St<br>Philadelphia, PA 19103-2337 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Stale Check** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.532**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33.54 |
|---|---|---|
| RAICE WICKLAS<br>36920 RED OAK STREET<br>WINCHESTER, CA 92596 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Stale Check** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.533**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13.34 |
|---|---|---|
| Rainbow Printing & Office Supply Inc<br>917 Tahoe Blvd<br>Suite 103<br>Incline Village, NV 89451 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.534**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49.70 |
|---|---|---|
| Ramesh Nori<br>10454 HUGO COURT<br>VENTURA, CA 93004 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Stale Check** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.535**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,880.75 |
|---|---|---|
| RAPID REPORTING VERIFICATION SERVICES<br>Talx Corporation<br>4076 Paysphere Circle<br>Chicago, IL 60674 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.536**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $124.40 |
|---|---|---|
| RASHID DELACRUZ<br>979 VIA LUNA<br>CHULA VISTA, CA 91910 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Stale Check** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.537**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,985.00 |
|---|---|---|
| RATA Associates<br>1916 Boothe Circle<br>Longwood, FL 32750 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | **W.J. Bradley Mortgage Capital, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.538** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,750.00**

**RBC Capital**
**200 Vessey Street, 8th Floor**
**New York, NY 10281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Master Securities Forward Transaction Agreement (5/22/14)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.539** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,050.78**

**RBC Capital**
**200 Vessey Street, 8th Floor**
**New York, NY 10281**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Loss Estimate on Forward Trades**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.540** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$86.00**

**Realogy Holdings Corp**
**2700 Canyon Blvd #205**
**Boulder, CO 80302-6712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.541** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,441.51**

**Regus Management Group LLC   Rancho Sant**
**30211 Avenida De Las Banderas, #200**
**Rancho Santa Margarita, CA 92688**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.542** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,397.67**

**Regus Management Group LLC - Peoria**
**PO Box 842456**
**Dallas, TX 75284-2456**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.543** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$215.62**

**Renee Doomey**
**PO Box 2153**
**Ramona, CA 92065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.544** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00**

**Renovation Ready**
**10770 East Briarwood Avenue**
**Ste 280**
**Centennial, CO 80112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **W.J. Bradley Mortgage Capital, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.545 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.92** |
|---|---|---|---|

**REYNA LEJECK**
**33648 SHOCKEY TRUCK TRAIL**
**CAMPO, CA 91906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.546 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$49.13** |
|---|---|---|---|

**RICARDO MORALES**
**11527 PENNSYLVANIA AVE**
**SOUTH GATE, CA 90280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.547 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Rice County Abstract and Title Company**
**Jenny Born  Tracy Sears**
**433 W. Third St. Suite 100**
**Red Wing, MN 55066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.548 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$201.08** |
|---|---|---|---|

**RICHARD BELLOWS**
**2265 FORT STOCKTON DRIVE**
**SAN DIEGO, CA 92103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.549 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,739.20** |
|---|---|---|---|

**Ridge Park Point LLC**
**43620 Ridge Park Drive STE 310**
**Temecula, CA 92590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.550 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26.50** |
|---|---|---|---|

**Riverside County Clerk- Recorder**
**P.O. Box 751**
**Riverside, CA 92502-0751**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.551 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$80.80** |
|---|---|---|---|

**ROBERT BOLDEN**
**10806 ALONDRA DRIVE**
**BAKERSFIELD, CA 93311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor **W.J. Bradley Mortgage Capital, LLC**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.552 | **Nonpriority creditor's name and mailing address**<br>**Robert C Vermillion**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Stale Check**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,691.61** |
| 3.553 | **Nonpriority creditor's name and mailing address**<br>**ROBERT CLUCAS**<br>**1040 N. RIDGELINE RD**<br>**ORANGE, CA 92869**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Stale Check**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$75.68** |
| 3.554 | **Nonpriority creditor's name and mailing address**<br>**ROBERT COSTER**<br>**10685 EMERY STREET**<br>**EL MONTE, CA 91731**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Stale Check**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$20.89** |
| 3.555 | **Nonpriority creditor's name and mailing address**<br>**ROBERT ELSON**<br>**898 NORTH MOUNTAIN VIEW AVE.**<br>**SAN BERNARDINO, CA 92401**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Stale Check**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$18.67** |
| 3.556 | **Nonpriority creditor's name and mailing address**<br>**Robert Jablonsky (201165)[C] (Contract E**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$14,445.00** |
| 3.557 | **Nonpriority creditor's name and mailing address**<br>**ROBERT KENT**<br>**25146 PIERSON ROAD**<br>**HOMELAND AREA, CA 92548**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Stale Check**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$87.97** |
| 3.558 | **Nonpriority creditor's name and mailing address**<br>**ROBERT MEYER**<br>**11445 HUMBER DR**<br>**MIRA LOMA, CA 91752**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Stale Check**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$174.05** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **W.J. Bradley Mortgage Capital, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.559 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11.50** |
|---|---|---|---|

**ROBERT ORCUTT**
**14331 LYNDON**
**GARDEN GROVE, CA 92843**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.560 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,422.75** |
|---|---|---|---|

**Robert Salas**
**2000 Crow Canyon Place #350**
**San Ramon, CA 94583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27.12** |
|---|---|---|---|

**ROBERT TURNER**
**32963 ROAD 222**
**NORTH FORK, CA 93643**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.562 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27.14** |
|---|---|---|---|

**ROBERTO ARCE**
**1250 HOLDRIDGE ST**
**CALEXICO, CA 92231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.563 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$72.53** |
|---|---|---|---|

**ROBERTO HERRERA**
**811 WEST TENNIS LANE**
**TRACY, CA 95376**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.564 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22.45** |
|---|---|---|---|

**RODERICK BATTLE**
**179 MARCUS AVENUE**
**RICHMOND, CA 94801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$105.73** |
|---|---|---|---|

**Roger Ramirez**
**1994 EL NIDO AVENUE**
**PERRIS, CA 92571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **W.J. Bradley Mortgage Capital, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.566** **Nonpriority creditor's name and mailing address**
**Roger Vanderberg & Better Pest Control**
**31809 Sioux Rd**
**Coarsegold, CA 93614**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Stale Check**

Is the claim subject to offset? ☑ No ☐ Yes

**$75.00**

---

**3.567** **Nonpriority creditor's name and mailing address**
**RONALD ROGERS**
**12614 TORREY PINE ROAD**
**MORENO VALLEY, CA 92555**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Stale Check**

Is the claim subject to offset? ☑ No ☐ Yes

**$69.72**

---

**3.568** **Nonpriority creditor's name and mailing address**
**Ronnie L Phillips**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Stale Check**

Is the claim subject to offset? ☑ No ☐ Yes

**$632.16**

---

**3.569** **Nonpriority creditor's name and mailing address**
**ROXANE JEWELL**
**8629 BENNINGTON STREET**
**SAN DIEGO, CA 92126**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Stale Check**

Is the claim subject to offset? ☑ No ☐ Yes

**$90.81**

---

**3.570** **Nonpriority creditor's name and mailing address**
**RUDRANIL DEB ROY**
**12280 PEPPER TREE LANE**
**POWAY, CA 92064**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Stale Check**

Is the claim subject to offset? ☑ No ☐ Yes

**$46.89**

---

**3.571** **Nonpriority creditor's name and mailing address**
**RUTH COMSTOCK**
**16516 CHANERA AVENUE**
**TORRANCE, CA 90504**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Stale Check**

Is the claim subject to offset? ☑ No ☐ Yes

**$75.54**

---

**3.572** **Nonpriority creditor's name and mailing address**
**RUTH RUBIO**
**PO BOX 3341**
**ANTIOCH, CA 94509**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Stale Check**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.35**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **W.J. Bradley Mortgage Capital, LLC**                    Case number (if known) _____
                         Name

| | |
|---|---|
| 3.573 | **Nonpriority creditor's name and mailing address** |

**3.573**

**Nonpriority creditor's name and mailing address**
**RYAN BIRDSELL**
**76 HOWARD STREET**
**NICEVILLE**
**FL 32578**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$70.80**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.574**

**Nonpriority creditor's name and mailing address**
**RYAN LASTIMOSA**
**11733 AVON WAY #104**
**LOS ANGELES, CA 90066**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$34.28**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.575**

**Nonpriority creditor's name and mailing address**
**RYAN MACLEAN**
**201 MAIN STREET**
**MARTINEZ, CA 94553**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$63.09**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.576**

**Nonpriority creditor's name and mailing address**
**Safeguard Shredding LLC**
**2212 Andrea Lane, Unit A**
**Ft. Myers, FL 33912**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$63.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.577**

**Nonpriority creditor's name and mailing address**
**Salesforce.com, Inc.**
**P.O. Box 203141**
**Dallas, TX 75320-3141**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$4,890.93**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.578**

**Nonpriority creditor's name and mailing address**
**Salt Lake County Assessor**
**P.O. Box 410470**
**Salt Lake City, UT 84141-0470**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$7,953.96**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.579**

**Nonpriority creditor's name and mailing address**
**Salt Lake County Recorder**
**2001 S. State Street**
**Suite N 1600**
**Salt Lake City, UT 84190-1150**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$50.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **W.J. Bradley Mortgage Capital, LLC** _____ Case number (if known) _____
  Name

---

| 3.580 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$101.14** |

**SALVADOR ALVARADO**
**838 W SOUTH STREET**
**ANAHEIM, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.581 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$65.20** |

**SAMUEL CHAVEZ**
**1219 EAST 67TH STREET**
**LOS ANGELES, CA 90001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.582 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27.21** |

**SAMUEL SAMMONS**
**44522 MANZANITA DRIVE**
**OAKHURST, CA 93644**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.583 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |

**San Diego Assessor/Recorder/County Clerk**
**PO Box 121750**
**San Diego, CA 92112-1750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.584 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8.50** |

**San Francisco Assessor-Recorder**
**1 Dr Carlton B Goodlett Place**
**City Hall, Room 190**
**San Francisco, CA 94102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.585 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,479.15** |

**San Mateo County Association of Realtors**
**Deborah Miramontes**
**850 Woodside Way**
**San Mateo, CA 94401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.586 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$86.51** |

**SANTA ANASTASI**
**767 ELAINE STREET**
**POMONA, CA 91767**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    **W.J. Bradley Mortgage Capital, LLC**                                      Case number (if known)
_____
Name

| | | |
|---|---|---|
| 3.587 | **Nonpriority creditor's name and mailing address** | **$53.00** |

**Santa Clara County Tax Collector**
**70 West Hedding St. East Wing 6th Floor**
**San Jose, CA 95110**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Stale Check__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.588 | **Nonpriority creditor's name and mailing address** | **$104.16** |

**SCOTT BURA**
**2125 BAYWOOD LANE**
**DAVIS, CA 95618**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Stale Check__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.589 | **Nonpriority creditor's name and mailing address** | **$154.46** |

**SCOTT CREED**
**7056 E. AIVLIS STREET**
**LONG BEACH, CA 90815**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Stale Check__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.590 | **Nonpriority creditor's name and mailing address** | **$2,229.36** |

**Scott H Kessel**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Stale Check__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.591 | **Nonpriority creditor's name and mailing address** | **$39.00** |

**Secure Shredding Inc**
**4706 Chiquita Blvd South**
**Ste 200-427**
**Cape Coral, FL 33914**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.592 | **Nonpriority creditor's name and mailing address** | **$3,270.96** |

**Seecon Financial and Construction CO INC**
**1800 Willow Pass Court**
**Concord, CA 94520**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.593 | **Nonpriority creditor's name and mailing address** | **$100.00** |

**ServiceLink - CA**
**250 Commerce**
**2nd Floor**
**Irvine, CA 92602**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Stale Check__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **W.J. Bradley Mortgage Capital, LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.594 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$949.62** |
| | **Seth Dunavant** | ☐ Contingent |
| | | ☐ Unliquidated |
| | **Date(s) debt was incurred** _ | ☐ Disputed |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Stale Check__ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.595 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$257.88** |
| | **SEUNGWOOK HONG** | ☐ Contingent |
| | **11407 TRAILBROOK LN** | ☐ Unliquidated |
| | **SAN DIEGO, CA 92128** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Stale Check__ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.596 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$61.27** |
| | **SHANE KEEN** | ☐ Contingent |
| | **6604 ROMANZO WAY** | ☐ Unliquidated |
| | **ELK GROVE, CA 95758** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Stale Check__ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.597 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$6,468.00** |
| | **Sheppard Mullin Richter & Hampton LLP** | ☐ Contingent |
| | **333 South Hope Street, 43rd Floor** | ☐ Unliquidated |
| | **Los Angeles, CA 90071-1422** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Trade Debt__ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.598 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$40.00** |
| | **Shred-It RENO** | ☐ Contingent |
| | **8670 Technology Way** | ☐ Unliquidated |
| | **Reno, NV 89521** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Stale Check__ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.599 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$226.01** |
| | **Sierra Telephone Company. Inc.** | ☐ Contingent |
| | **P.O. Box 219** | ☐ Unliquidated |
| | **Oakhurst, CA 93644-0219** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Trade Debt__ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.600 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$3,140.00** |
| | **Skygate Studios, Inc. dba VelaScope** | ☐ Contingent |
| | **PO Box 242598** | ☐ Unliquidated |
| | **Little Rock, AR 72223** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Trade Debt__ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **W.J. Bradley Mortgage Capital, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 3.601 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,150.02** |
|---|---|---|---|

**Skymail International Inc.**
**1476 S. 3600 W.**
**Salt Lake City, UT 84104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,944.80** |
|---|---|---|---|

**Slatten Ranch, L.P.**
**The Shops at Slatten Ranch LP**
**c/o Colliers Parrish Asset Management In**
**1850 Mt Diablo Blvd, Ste 200**
**Walnut Creek, CA 94596**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.603 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,040.00** |
|---|---|---|---|

**Smarsh Inc**
**921 Sw Washington St Ste 540**
**Portland, OR 97205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.604 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$93.13** |
|---|---|---|---|

**Sonitrol of Southern Nevada, Inc.**
**Dawson Enterprises Inc**
**P.O. Box 43052**
**Las Vegas, NV 89104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.605 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$859.92** |
|---|---|---|---|

**Southern California Edison - 1434**
**P.O. Box 300**
**Rosemead, CA 91772-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.606 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$431.55** |
|---|---|---|---|

**Southwest Gas Corporation**
**P.O. Box 98890**
**Las Vegas, NV 89193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.607 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$214.37** |
|---|---|---|---|

**Sparkletts - TX**
**P.O. Box 660579**
**Dallas, TX 75266-0579**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor   **W.J. Bradley Mortgage Capital, LLC**                             Case number (if known) _____

Name

---

| 3.608 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,281.25 |
|---|---|---|---|

**SR Office Properties LLC**
**SR Office Holding Company LLC**
**50 West Liberty Street, Suite 900**
**Reno, NV 89501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.609 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,080.00 |
|---|---|---|---|

**Standard Parking Corporation - CA**
**1055 E. Colorado Blvd. #205**
**Pasadena, CA 91106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23.00 |
|---|---|---|---|

**Stanislaus County Clerk Recorder**
**1021 I Street**
**Suite 101**
**Modesto, CA 95354-0847**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $505.00 |
|---|---|---|---|

**State Farm Fire and Casualty Company**
**3612 E. Spectrum Dr.**
**Idaho Falls, ID 83401-5041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.612 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $592.12 |
|---|---|---|---|

**Stephanie A Nelson**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.613 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42.41 |
|---|---|---|---|

**STEVE CHAVEZ**
**12695 ROLLING RIDGE DRIVE**
**VICTORVILLE, CA 92395**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.614 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48.36 |
|---|---|---|---|

**STEVEN MANBER**
**10906 CLOVER CIR**
**CORONA, CA 92883**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **W.J. Bradley Mortgage Capital, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.615 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$66.03** |
|---|---|---|---|

**STEVEN SOWDEN**
**1890 TAHOE CIRCLE**
**TRACY, CA 95376**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$156.37** |
|---|---|---|---|

**STEWART NIELSEN**
**14064 HIGH SIERRA ROAD**
**POWAY, CA 92064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$960.00** |
|---|---|---|---|

**StreetLinks LLC**
**2114 Central St Suite 600**
**Kansas City, MO 64108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.618 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$633.30** |
|---|---|---|---|

**Stuart I Thieme**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$125.00** |
|---|---|---|---|

**Subordination Unit, NC4-105-01-38**
**Bank of America - NC**
**4161 Piedmont Parkway**
**Greensboro, NC 27410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.620 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,890.00** |
|---|---|---|---|

**Subsequent QC LLC**
**4558 Sherman Oaks Ave**
**Sherman Oaks, CA 91403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.621 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$74.95** |
|---|---|---|---|

**Suddenlink**
**Cequel Corporation**
**PO Box 660365**
**Dallas, TX 75266-0365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **W.J. Bradley Mortgage Capital, LLC**                        Case number (if known) _____
_____
Name

| 3.622 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,565.25 |

**3.622** | Nonpriority creditor's name and mailing address

**Sullivan-Zweber, LLC**
**15322 Galaxie Ave.**
**Suite 216**
**Apple Valley, MN 55124**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **$4,565.25**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.623** | Nonpriority creditor's name and mailing address

**Summer Dawn Rynning**
**c/o MACDONALD HOAGUE & BAYLESS**
**705 Second Avenue**
**Suite 1500**
**Seattle, WA 98104-1745**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.624** | Nonpriority creditor's name and mailing address

**Sunset parking Services LLC**
**PO Box 928543**
**San Diego, CA 92192**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **$625.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Stale Check**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.625** | Nonpriority creditor's name and mailing address

**Suntrust Mortgage**
**7455 Chancellor Drive**
**Orlando, FL 32809**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **$200.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Stale Check**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.626** | Nonpriority creditor's name and mailing address

**Superior Water and Air, Inc**
**3536 South 1950 West**
**Salt Lake City, UT 84119**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **$338.55**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.627** | Nonpriority creditor's name and mailing address

**Susan McEvoy**
**10729 Stone Gate Circle**
**SANDY, UT 84092**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **$2,541.23**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Stale Check**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.628** | Nonpriority creditor's name and mailing address

**Tailwind Voice & Data Inc.**
**3500 Holly Lane N Suite 10**
**Plymouth, MN 55447**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **$5,766.58**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **W.J. Bradley Mortgage Capital, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.629 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**TCF Bank**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.630 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,400.00 |
|---|---|---|---|

**Team Union, Inc.**
**11455 El Camino Real, Suites 300-2**
**San Diego, CA 92130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.631 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,215.57 |
|---|---|---|---|

**Telesphere**
**Dept# 3151, PO Box 123151**
**Dallas, TX 75312-3151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.632 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,730.85 |
|---|---|---|---|

**TenA Companies, Inc.**
**251 West Lafayette Frontage Road**
**St. Paul, MN 55107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.633 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.37 |
|---|---|---|---|

**TERRY TROMBLEE**
**323 N. MAY ST**
**MONROVIA, CA 91016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.634 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29.16 |
|---|---|---|---|

**THACH HO**
**12605 WILLOWBROOK LANE**
**MORENO VALLEY, CA 92555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $616.52 |
|---|---|---|---|

**The Bank of New York Mellon Trust Compan**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | W.J. Bradley Mortgage Capital, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.636**

**Nonpriority creditor's name and mailing address**
**The Box Shop**
**Dept 2119**
**P.O. Box 122119**
**Dallas, TX 75312-2119**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

**$92.50**

---

**3.637**

**Nonpriority creditor's name and mailing address**
**The Cleaning Supplier**
**Cleaning Supplier of Taylorsville**
**1851 West 4700 South**
**Taylorsville, UT 84129**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,684.23**

---

**3.638**

**Nonpriority creditor's name and mailing address**
**The Core Training, Inc**
**9723 Northcross Center Ct**
**Ste D**
**Huntersville, NC 28078**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,500.00**

---

**3.639**

**Nonpriority creditor's name and mailing address**
**The Cubicle Specialists, LLC**
**5540 Gray St.**
**Arvada, CO 80002**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

**3.640**

**Nonpriority creditor's name and mailing address**
**The Lauren & Nicole Spalding Irrevocable**
**293 Waiale Road**
**Wailuku, HI 96793-2329**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$704.30**

---

**3.641**

**Nonpriority creditor's name and mailing address**
**The Mortgage Academy, LLC DBA Praedo Ins**
**42 N. 200 E. #3**
**American Fork, UT 84003**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,746.25**

---

**3.642**

**Nonpriority creditor's name and mailing address**
**The NASDAQ Stock Market LLC**
**The NASDAQ QMX Group Inc**
**Lockbox 10200 / P.O. Box 8500**
**Philadelphia, PA 19178-0200**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,200.00**

---

Debtor  **W.J. Bradley Mortgage Capital, LLC**                              Case number (if known) _____
         Name

| | | |
|---|---|---|
| 3.643 | **Nonpriority creditor's name and mailing address**<br>**The Office Boss, Inc.**<br>**12177 Business Park Dr.#2**<br>**Truckee, CA 96161**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$23.29** |
| 3.644 | **Nonpriority creditor's name and mailing address**<br>**Theresa Escarciga**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Stale Check**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$100.00** |
| 3.645 | **Nonpriority creditor's name and mailing address**<br>**Thomson Reuters LLC. Corp**<br>**PO Box 415983**<br>**Boston, MA 02241**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$22,372.80** |
| 3.646 | **Nonpriority creditor's name and mailing address**<br>**Time Warner Cable   PO Box 60074**<br>**PO Box 60074**<br>**City of Industry, CA 91716-0074**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$631.01** |
| 3.647 | **Nonpriority creditor's name and mailing address**<br>**Title 365 Company**<br>**8880 Rio San Diego Dr. Ste 102**<br>**San Diego, CA 92108**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Stale Check**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$81.00** |
| 3.648 | **Nonpriority creditor's name and mailing address**<br>**TOM LIU**<br>**304 ROSEBROOK DR**<br>**PITTSBURG, CA 94565**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Stale Check**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$81.45** |
| 3.649 | **Nonpriority creditor's name and mailing address**<br>**Top of Mind Networks, LLC**<br>**3621 Vinings Slope SE**<br>**Suite 4250**<br>**Atlanta, GA 30339**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$50,074.00** |

Debtor    **W.J. Bradley Mortgage Capital, LLC**                          Case number (if known) _____
          Name

---

| 3.650 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,050.28** |
|---|---|---|---|

**TotalFunds by Hasler**
**Mailroom Finance Inc**
P.O. Box 30193
Tampa, FL 33630-3193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.651 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$140.00** |
|---|---|---|---|

**Trans Union LLC**
**TRANSUNION HOLDING COMPANY, INC.**
555 W. Adams St.
Chicago, IL 60661

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.652 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$88.99** |
|---|---|---|---|

**TREVOR MAROSHEK**
**1127 5TH ST**
**IMPERIAL BEACH, CA 91932**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Stale Check__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.653 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,485.68** |
|---|---|---|---|

**Trikin Properties LLC**
**2706 Gannon Rd**
**St Paul, MN 55116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.654 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$119,310.51** |
|---|---|---|---|

**Trinity Heating & Air, Inc dba Trinity S**
**Trinity Heating & Air Inc**
2211 Allenwood Road
Wall, NJ 07719

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.655 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20.30** |
|---|---|---|---|

**Tropic Water LLC**
**717 Luakini St**
**Lahaina, HI 96761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.656 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$44.04** |
|---|---|---|---|

**TROY GILSON**
**1335 MONTERA STREET**
**CHULA VISTA, CA 91913**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Stale Check__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **W.J. Bradley Mortgage Capital, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.657**

**Nonpriority creditor's name and mailing address**
**TW Telecom - PO Box 172567**
**TW Telecom Holdings Inc**
**PO Box 172567**
**Denver, CO 80217-2567**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$2,514.17**

---

**3.658**

**Nonpriority creditor's name and mailing address**
**Tyler Blik Design Inc**
**416 13th St, Ste 200A**
**San Diego, CA 92101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$19,415.00**

---

**3.659**

**Nonpriority creditor's name and mailing address**
**U-Haul of Clairmont Mesa**
**5871 Copley Dr**
**San Diego, CA 92111**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$596.80**

---

**3.660**

**Nonpriority creditor's name and mailing address**
**Ultipro check**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Stale Check__

Is the claim subject to offset? ■ No ☐ Yes

**$12,366.35**

---

**3.661**

**Nonpriority creditor's name and mailing address**
**United Guaranty**
**P.O. Box 60957**
**Charlotte, NC 28260**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$20,586.97**

---

**3.662**

**Nonpriority creditor's name and mailing address**
**UPS - 8F14X5**
**Lockbox 577**
**Carol Stream, IL 60132-0577**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$15,514.21**

---

**3.663**

**Nonpriority creditor's name and mailing address**
**UPS -6VA458**
**Lockbox 577**
**Carol Stream, IL 60132-0577**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$6,760.89**

---

Debtor    **W.J. Bradley Mortgage Capital, LLC**                          Case number (if known) _____
                  Name

| 3.664 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33.36 |

**VALERIE RESCINITI**
**22232 TUMBLEWEED DRIVE**
**CANYON LAKE, CA 92587**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.665 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,984.16 |

**Valley Unique Electric Inc**
**5096 N Blythe Ave, Ste 100**
**Fresno, CA 93722**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.666 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76.11 |

**VANCE FRONTINO**
**1631 MORENO DR**
**GLENDALE, CA 91207**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.667 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,265.00 |

**Vantage Production, LLC**
**Cecelia Koerner**
**PO Box 9407**
**Gaithersburg, MD 20898**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.668 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46.24 |

**VAUGHAN HARGRAVE**
**1652 BROOKSHIRE AVENUE**
**TUSTIN, CA 92780**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.669 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $330.45 |

**Veracity Networks, LLC**
**170 Election Road**
**Suite 200**
**Draper, UT 84020**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.670 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57.41 |

**Verizon   408-779-4758**
**P.O. Box 920041**
**Dallas, TX 75392-0041**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **W.J. Bradley Mortgage Capital, LLC**
Name

Case number (if known)

| 3.671 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$118.85** |
|---|---|---|---|

**Verizon - 272392460-00001**
**PO Box 660108**
**Dallas, TX 75266-0108**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.672 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$410.62** |
|---|---|---|---|

**Verizon - 951-695-0516**
**P.O. Box 920041**
**Dallas, TX 75392-0041**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.673 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,028.90** |
|---|---|---|---|

**Verizon - PO Box 660108**
**Po Box 660108**
**Dallas, TX 75266-0108**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.674 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$452.07** |
|---|---|---|---|

**Verizon - PO Box 920041**
**PO Box 920041**
**Dallas, TX 75392-0041**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.675 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,756.35** |
|---|---|---|---|

**Verizon Business - PO 660794**
**Po Box 660794**
**Dallas, TX 75266-0794**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.676 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,195.00** |
|---|---|---|---|

**ViaWest Inc.**
**PO Box 732368**
**Dallas, TX 75373-2368**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.677 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$393.76** |
|---|---|---|---|

**VILMOS FOLTENYI**
**1059 MANGO AVE**
**SUNNYVALE, CA 94087**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Stale Check**

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | **W.J. Bradley Mortgage Capital, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.678 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68.62 |
|---|---|---|---|

**VIOLETA MAGDALENO**
**1148 - 1148 1/2 EAST 77TH PLACE**
**LOS ANGELES, CA 90001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.679 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $171,860.61 |
|---|---|---|---|

**W.J. Bradley Corporate Services, LLC**
**10940 S. Parker Road**
**Suite 506**
**Parker, CO 80134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Intercompany claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.680 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $513,386.42 |
|---|---|---|---|

**W.J. Bradley, LLC**
**10940 S. Parker Road**
**Suite 506**
**Parker, CO 80134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Intercompany claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.681 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48.51 |
|---|---|---|---|

**WALTER PRICE**
**9340 HILLSIDE DRIVE**
**SPRING VALLEY, CA 91977**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.682 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36.00 |
|---|---|---|---|

**Washoe County Recorder**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.683 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $464.66 |
|---|---|---|---|

**WaveDivision Holdings, LLC dba Wave Broa**
**WaveDivision Holdings LLC**
**P.O. Box 34211**
**Seattle, WA 98124-1211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.684 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.63 |
|---|---|---|---|

**WAYNE CORNELIUS**
**3422 PALM STREET**
**SAN DIEGO, CA 92104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Stale Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor **W.J. Bradley Mortgage Capital, LLC**
_____
Name

Case number (if known) _____

| 3.685 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$43,809.59** |
|---|---|---|---|

**Wells Fargo Bank**
**4800 W. Wabash Ave.**
**Springfield, IL 62711**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Loss Estimate on Forward Trades**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.686 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,990.10** |
|---|---|---|---|

**Wells REIT-Pasadena, CA L.P.**
**P.O. Box 843043**
**Los Angeles, CA 90084-3043**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.687 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$88.00** |
|---|---|---|---|

**Western Resource Title**
**625 The City Drive Suite #150**
**Orange, CA 92868**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$55,858.28** |
|---|---|---|---|

**Westlake Park Place, Inc.**
**2001 Ross Avenue**
**Suite 3400**
**Dallas, TX 75201**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$74.30** |
|---|---|---|---|

**WILLIAM ROBINSON**
**7861 STANDISH AVE**
**RIVERSIDE, CA 92509**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.690 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$62.65** |
|---|---|---|---|

**WILLIAM YU**
**248 L STREET**
**CHULA VISTA, CA 91911**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.691 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40.90** |
|---|---|---|---|

**Williams Title Guaranty**
**650 South Cherry Street**
**Ste 1225**
**Denver, CO 80246**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor **W.J. Bradley Mortgage Capital, LLC**        Case number (if known) _____
Name

| | |
|---|---|
| 3.692 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$500.00** |
| **Wired Solutions**<br>**799 Southwood Blvd., #11**<br>**Incline Village, NV 89451** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.693 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **Unknown** |
| **WJB Loan LP**<br>**c/o Sidley Austin LLP**<br>**555 West Fifth Street**<br>**Suite 4000**<br>**Los Angeles, CA 90013** | ■ Contingent<br>■ Unliquidated<br>■ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: **Litiation** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.694 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$61,685.48** |
| **WJB Mortgage Services, LLC**<br>**10940 S. Parker Road**<br>**Suite 506**<br>**Parker, CO 80134** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: **Intercompany claim** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.695 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$6,803.43** |
| **WJB Technology Services, LLC**<br>**10940 S. Parker Road**<br>**Suite 506**<br>**Parker, CO 80134** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: **Intercompany claim** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.696 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$626.00** |
| **Women'S Council Of Realtors**<br>**430 N. Michigan Ave.**<br>**Chicago**<br>**Il 60611** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: **Stale Check** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.697 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$250.00** |
| **Womens Council of Realtors District 11**<br>**2883 Executive Park Drive**<br>**Suite 103**<br>**Weston, FL 33331** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: **Stale Check** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.698 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$201,125.00** |
| **Workday, Inc.**<br>**PO Box 396106**<br>**San Francisco, CA 94139-6106** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

Debtor   **W.J. Bradley Mortgage Capital, LLC**                                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.699 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **Workers Compensation Fund** | **$224,346.23** |

3.699   **Nonpriority creditor's name and mailing address**
**Workers Compensation Fund**
**100 West Towne Ridge Parkway**
**Sand, UT 84070**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No  ☐ Yes

**$224,346.23**

---

3.700   **Nonpriority creditor's name and mailing address**
**Wright, Finlay and Zak**
**4665 MacArthur Ct.**
** Suite 280**
**Newport Beach, CA 92660**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No  ☐ Yes

**$1,102.00**

---

3.701   **Nonpriority creditor's name and mailing address**
**XIAO SHEN**
**6415 GROSS STREET**
**SAN DIEGO, CA 92139**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ☑ No  ☐ Yes

**$85.47**

---

3.702   **Nonpriority creditor's name and mailing address**
**XO Communications LLC**
**14239 Collections Center Drive**
**Chicago, IL 60693**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No  ☐ Yes

**$13,881.38**

---

3.703   **Nonpriority creditor's name and mailing address**
**XUYANG YANG**
**4713 PALOMINO WAY**
**Antioch, CA 94531**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ☑ No  ☐ Yes

**$49.51**

---

3.704   **Nonpriority creditor's name and mailing address**
**ZACHARY KELSEY**
**110 LONGFORD DRIVE**
**SOUTH SAN FRANCISCO, CA 94080**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ☑ No  ☐ Yes

**$74.44**

---

3.705   **Nonpriority creditor's name and mailing address**
**ZANE LOVELY BROOKS**
**31647 WILLOW VIEW PLACE**
**LAKE ELSINORE, CA 92532**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Stale Check**

Is the claim subject to offset? ☑ No  ☐ Yes

**$55.53**

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | **W.J. Bradley Mortgage Capital, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Pengilly Robins Slater**<br>**1755 Village Center Circle**<br>**Las Vegas, NV 89134-0562** | Line **3.449**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Richard M. Ochroch & Associates PC**<br>**318 South 16th Street**<br>**Philadelphia, PA 19102** | Line **3.409**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **The Veen Firm PC**<br>**711 Van Ness Ave #220**<br>**San Francisco, CA 94102** | Line **3.200**<br>☐ Not listed. Explain ____ | _ |

**Part 4:      Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 1,559,045.48 |
| 5b. Total claims from Part 2 | 5b. + | $ | 6,206,863.34 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 7,765,908.82 |

**Fill in this information to identify the case:**

Debtor name    **W.J. Bradley Mortgage Capital, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease** | |
| | State the term remaining | **5 months** | **1055 East Colorado - Pasadena, CA, L.P.**<br>**11695 Johns Creek Parkway, Suite 350**<br>**Johns Creek, GA 30097-1523** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease** | |
| | State the term remaining | **10 months** | **1501 Partnership**<br>**5151 Edina Industrial Boulevard #525**<br>**Edina, MN 55439** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease** | |
| | State the term remaining | **2 months** | **15333 N Pima Road Holdings, LLC**<br>**2999 North 44th St. Suite 400**<br>**Phoenix, AZ 85018** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease** | |
| | State the term remaining | **17 months** | **1860 El Camino Real, LLC (Chavez Managem**<br>**1860 El Camino Real, Ste 500**<br>**Burlingame, CA 94010** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor 1    **W.J. Bradley Mortgage Capital, LLC**                          Case number *(if known)* _____
       First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Cleaning Agreement Dated 12/24/2014** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **5280 Commercial Clean** |

| | | | |
|---|---|---|---|
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Software** | |
| | State the term remaining | **18 months** | **a la mode technologies, Inc 2210 Vanderbilt Beach Suite 1205 Naples, FL 34109** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Abstrakt Marketing Group** |

| | | | |
|---|---|---|---|
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Software** | |
| | State the term remaining | **5 months** | **AccelOps, Inc. 2901 Tasman Dr. Ste 100 Santa Clara, CA 95054** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement Dated 01.12.14** | |
| | State the term remaining | | **Accent Property Services 102 Rosebud Ave. Crystal Lake, IL 60014** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Master Consulting Agreement Dated 9/8/2015** | |
| | State the term remaining | | **ADI Compliance Consulting, Inc. 3919 Old Lee Hwy, Ste. 81A Fairfax, VA 22030** |
| | List the contract number of any | | |

Debtor 1   **W.J. Bradley Mortgage Capital, LLC**

     First Name         Middle Name         Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Software** | |
| | State the term remaining | **13 months** | **ADP Inc.**<br>**P.O. Box 842875**<br>**Boston, MA 02284-2875** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Amendment to Mortgage Purchase Agreement Dated 6/2/2014** | |
| | State the term remaining | | **AIG Home Loan 1, LLC**<br>**80 Pine Street 11th Floor**<br>**New York NY 10005** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Amendment 2 to Mortgage Purchase Agreement Dated 5/1/2015** | |
| | State the term remaining | | **AIG Home Loan 1, LLC**<br>**80 Pine Street 11th Floor**<br>**New York NY 10005** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement Dated 1/30/2015** | |
| | State the term remaining | | **Akston Logic**<br>**7714 Plum Creek Lane**<br>**Sandy, UT 84093** |
| | List the contract number of any government contract | | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement Dated 6/11/2014** | |
| | State the term remaining | | **American Title, Inc.**<br>**11010 Burdette Street**<br>**Omaha, NE 68164** |
| | List the contract number of any government contract | | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Mortgage Loan Purchase Agreement Dated 7/22/2014** | **AmeriHome Mortgage Company, LLC**<br>**21300 Victory Blvd. Suite 900**<br>**Woodland Hills, CA 91367** |

Debtor 1    **W.J. Bradley Mortgage Capital, LLC**
　　　　　First Name　　　Middle Name　　　Last Name

Case number *(if known)* _____

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Amendment to Loan Purchase Agreement Dated 10/6/2014** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **AmeriHome Mortgage Company, LLC** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **On-Site Service Agreement Dated 3/6/2014** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **ARC Document Solutions** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Master Trading Authorization** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Banc of Manhattan Capital** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Marketing Services Agreement Dated 6/15/2014** | |
|---|---|---|---|
| | State the term remaining | | **Barajas Group** |
| | List the contract number of any government contract | | **2389 Renaissance Drive, #C Las Vegas, NV 89119** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Rental Agreement Dated 2/1/2014** | |
|---|---|---|---|
| | State the term remaining | | **Bensler LLC** |
| | List the contract number of any government contract | | **1750 112th Avenue NE #D253 Bellevue, WA 98004** |

Official Form 206G　　**Schedule G: Executory Contracts and Unexpired Leases**　　Page 4 of 31

Debtor 1  **W.J. Bradley Mortgage Capital, LLC**

First Name          Middle Name          Last Name

Case number *(if known)*



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease** | |
| | State the term remaining | **19 months** | **Bernardo Regency, LLC**<br>**11545 W. Bernardo Ct.**<br>**San Diego, CA 92127-1629** |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Master Securities Forward Transaction Agreement Dated 1/21/2014** | |
| | State the term remaining | | **BNY Mellon Capital Markets LLC**<br>**32 Old Slip, 15th Floor**<br>**New York, NY  10005** |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease Dated 2/1/2014** | |
| | State the term remaining | | **Bob Heard**<br>**9205 South Rout 31**<br>**Lake in the Hills, IL 60156** |
| | List the contract number of any government contract | | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Marketing Services Agreement Dated 5/5/2014** | |
| | State the term remaining | | **Bobby Martins Inc**<br>**3987 Mt. Albertine Ave.**<br>**San Diego, CA 92111** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease** | |
| | State the term remaining | **38 months** | **BRCP Greenwood Corporate Plaza, LLC**<br>**c/o Corporation Service Company**<br>**1560 Broadway, Ste 2090**<br>**Denver, CO 80202** |
| | List the contract number of any government contract | | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease** | |
| | State the term remaining | **38 months** | **BRCP Greenwood Corporate Plaza, LLC**<br>**c/o Corporation Service Company**<br>**1560 Broadway, Ste 2090**<br>**Denver, CO 80202** |
| | List the contract number of any | | |

Debtor 1 **W.J. Bradley Mortgage Capital, LLC**

     First Name        Middle Name        Last Name

Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | Office Lease | |
| | State the term remaining | 2 months | **Brighton Properties**<br>**311 12th Street**<br>**Ramona, CA 92065** |
| | List the contract number of any government contract | | |
| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | Office Lease | |
| | State the term remaining | 4 months | **Capital Realty Group**<br>**1200 Howard Ave, Suite 204**<br>**Burlingame, CA 94010** |
| | List the contract number of any government contract | | |
| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement Dated 6/20/2014 | |
| | State the term remaining | | **CentralPoint Systems, LLC**<br>**1061 East 2100 S**<br>**Salt Lake City, UT 84106** |
| | List the contract number of any government contract | | |
| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Agreement Dated 7/26/2013 | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **CenturyLink** |
| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | Service Order Dated 9/22/2014 | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **CenturyLink** |
| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement Dated 4/16/2014 | **Charter Communications LLC**<br>**6399 South Fiddlers Green Circle**<br>**6th Floor**<br>**Greenwood Village, CO 80111** |

Debtor 1    **W.J. Bradley Mortgage Capital, LLC**                                    Case number *(if known)* _____
            First Name    Middle Name    Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining | |
| List the contract number of any government contract    _____ | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease** | |
|---|---|---|---|
| | State the term remaining | **21 months** | **City North Associates LLC** |
| | List the contract number of any government contract | | **701 East Lake Street, Suite 300** **Wayzata, MN 55391** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement Dated 7/18/2014** | |
|---|---|---|---|
| | State the term remaining | | **ClosingCorp, Inc.** **ClosingCorp Inc.** |
| | List the contract number of any government contract | | **6165 Greenwich Drive, Suite 300** **San Diego, CA 92122** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement Dated 9/1/2009** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Compass Analytics** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Software** | |
|---|---|---|---|
| | State the term remaining | **19 months** | **CompuNet, Inc** **P.O Box 410802** |
| | List the contract number of any government contract | | **Salt Lake City, UT 84141** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Mortgage Purchase Agreement Dated** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Connective Mortgage Advisory Company** |

Debtor 1  **W.J. Bradley Mortgage Capital, LLC**
_____

First Name        Middle Name        Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.39.** State what the contract or lease is for and the nature of the debtor's interest — **Contract to Retain Dated 10/28/2014**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Cordium** |
| **2.40.** State what the contract or lease is for and the nature of the debtor's interest — **Commercial Services Agreement Dated 4/7/2014**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Cox Business; Paseo Verde<br>1700 Vegas Drive<br>Las Vegas NV 89106** |
| **2.41.** State what the contract or lease is for and the nature of the debtor's interest — **Commercial Services Agreement Dated 3/25/2014**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Cox Business; Rainbow<br>1700 Vegas Drive<br>Las Vegas NV 89106** |
| **2.42.** State what the contract or lease is for and the nature of the debtor's interest — **Office Lease**<br><br>State the term remaining — **43 months**<br><br>List the contract number of any government contract | **CSBD, LLC<br>3131 E. Camelback Road, Suite 318<br>Phoenix, AZ 85016** |
| **2.43.** State what the contract or lease is for and the nature of the debtor's interest — **Service Agreement Dated 6/12/2014**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Cybersoft, Inc<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111** |
| **2.44.** State what the contract or lease is for and the nature of the debtor's interest — **FF&E**<br><br>State the term remaining — **23 months**<br><br>List the contract number of any | **DC Financial LLC<br>P.O. Box 6788<br>Incline Village, NV 89450** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1  **W.J. Bradley Mortgage Capital, LLC**
   First Name      Middle Name      Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| | government contract | |
| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Marketing Services Agreement Dated 9/1/2014** |
| | State the term remaining | **DG Realty** |
| | List the contract number of any government contract | **6077 South Fort Apache Road #120 Las Vegas, NV 89148** |
| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease** |
| | State the term remaining | **14 months** |
| | List the contract number of any government contract | **Eagle Point Lake Elmo LLC 1590 Meadowview Trail Hasting, MN 55033** |
| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement Dated 7/14/2014** |
| | State the term remaining | **EKS&H LLLP** |
| | List the contract number of any government contract | **7979 East Tufts Avenue, Suite 400 Denver, CO 80237** |
| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Software** |
| | State the term remaining | **39 months** |
| | List the contract number of any government contract | **Ellie Mae, Inc. 4155 Hopyard Road, Suite 200 Pleasanton, CA 94588** |
| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Sublease** |
| | State the term remaining | **18 months** |
| | List the contract number of any government contract | **Emery Heritage, Inc. 620 Newport Center Drive, Ste 1100 Newport Beach, CA 92660** |
| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Sublease** |
| | | **Emery Heritage, Inc. 620 Newport Center Drive, Ste 1100 Newport Beach, CA 92660** |

Debtor 1  **W.J. Bradley Mortgage Capital, LLC**
          First Name          Middle Name          Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | **18 months** | |
| | List the contract number of any government contract | _____ | |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Sublease dated 02/12/16** | |
| | State the term remaining | **15 months** | **Emotional Game, LLC** |
| | List the contract number of any government contract | _____ | **7803 Alton Way** |
| | | | **Centennial, CO 80112** |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Master Agreement ML 03107 Dated 01.31.14** | |
| | State the term remaining | | **Fannie Mae** |
| | | | **International Plaza II, Suite 1000** |
| | List the contract number of any government contract | _____ | **14221 Dallas Parkway** |
| | | | **Dallas, TX 75254-2916** |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Master Agreement ML 03107, Amend. 2 Dated 4/11/2014** | |
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Fannie Mae** |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **As Soon as Pooled Plus Agreement Dated 4/30/2015** | |
| | State the term remaining | | **Fannie Mae** |
| | | | **4000 Wisconsin Ave., NW** |
| | List the contract number of any government contract | _____ | **Washington, DC 20016** |

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **IT Contracts** | |
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **FannieMae** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **W.J. Bradley Mortgage Capital, LLC**
_____
First Name          Middle Name          Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Software** | |
| | State the term remaining | **19 months** | **First American Title Insurance Company**<br>**10833 Donner Pass Road, Suite 102**<br>**Truckee, CA 96161** |
| | List the contract number of any government contract | | |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement Dated 12/11/2014** | |
| | State the term remaining | | **First American Title Insurance Company**<br>**1 First American Way**<br>**Santa Ana, CA 92707** |
| | List the contract number of any government contract | | |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Amendment to Service Agreement Dated 6/13/2014** | |
| | State the term remaining | | **First Associates Loan Servicing, LLC**<br>**15373 Innovation Drive, Suite 300**<br>**San Diego, CA 92128** |
| | List the contract number of any government contract | | |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement Dated 7/5/2013** | |
| | State the term remaining | | **First Associates Loan Servicing, LLC**<br>**15373 Innovation Drive, Suite 300**<br>**San Diego, CA 92128** |
| | List the contract number of any government contract | | |

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Loan Purchase Agreement Dated 8/9/2014** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **FirstKey Mortgage, LLC** |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Sublease** | |
| | State the term remaining | **11 months** | **General Electric Capital Corporation**<br>**GEMSA Lockbox - Dept# GECS411S1**<br>**13467 Collections Center Drive**<br>**Chicago, IL 60693** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **W.J. Bradley Mortgage Capital, LLC**

First Name          Middle Name          Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | Office Lease | |
| | State the term remaining | 38 months | GK Peakview Tower, LLC<br>P.O. Box 748386<br>Los Angeles, CA 90074-8386 |
| | List the contract number of any government contract | | |
| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | License Agreement Dated 6/15/2014 | |
| | State the term remaining | | |
| | List the contract number of any government contract | | GK Peakview Tower, LLC |
| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | Office Lease | |
| | State the term remaining | 22 months | Global Corporate Center, Inc.<br>3575 S. Santa Fe Avenue<br>Vernon, CA 90058 |
| | List the contract number of any government contract | | |
| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement Dated 6/20/2014 | |
| | State the term remaining | | GoldCounty Copier<br>PO Box 1737<br>Grass Valley, CA 95945 |
| | List the contract number of any government contract | | |
| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | Sublease | |
| | State the term remaining | 12 months | Goodwin Procter LLP<br>53 State Street<br>Boston, MA 02019 |
| | List the contract number of any government contract | | |
| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | Mortgage Servicing Rights Purchase and Sale Agreement Dated 8/12/2013 | Green Tree Servicing LLC<br>1100 Landmark Towers<br>345 Saint Peter Street<br>Saint Paul, MN 55102 |

Debtor 1   **W.J. Bradley Mortgage Capital, LLC**
_____

First Name        Middle Name        Last Name

Case number *(if known)* _____

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease** | |
|---|---|---|---|
| | State the term remaining | **2 months** | **GRPA LLC**<br>**398 Primrose Road**<br>**Burlingame, CA 94010** |
| | List the contract number of any government contract | | |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Agreement**<br>**Dated 5/20/2014** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Guild Mortgage Company** |

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease** | |
|---|---|---|---|
| | State the term remaining | **15 months** | **Hillside Park Business Center, LLC**<br>**7343 South Alton Way, Ste 100**<br>**Centennial, CO 80112** |
| | List the contract number of any government contract | | |

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **Software/Services**<br>**Financing Agreement**<br>**Dated 6/27/2013** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **IBM Credit LLC** |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **Software/Services**<br>**Financing Agreement**<br>**Dated 12/23/2013** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **IBM Credit LLC** |

Debtor 1  **W.J. Bradley Mortgage Capital, LLC**
_____
First Name          Middle Name          Last Name

Case number *(if known)* _____



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.73.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Software/Services Financing Agreement Dated 11/1/2014**<br><br><br><br>**IBM Credit LLC**<br>**Mail Drop A2-181**<br>**6303 Barfield Rd**<br>**Atlanta, GA  30328** |
| **2.74.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Software/Services Financing Agreement Dated 11/1/2014**<br><br><br><br>**IBM Credit LLC**<br>**6303 Barfield Road**<br>**Atlanta, GA 30328** |
| **2.75.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Purchase Agreement Dated 12/1/2013**<br><br><br><br>**iLeads.com** |
| **2.76.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Purchase Agreement Dated 12/1/2013**<br><br><br><br>**iLeads.com** |
| **2.77.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Mortgage Purchase Agreement Dated 4/1/201**<br><br><br><br>**Illinois Housing Development Authority** |
| **2.78.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any | **ID Guard Data Breach Redemption Code Agreement Dated 11/23/2015**<br><br><br><br>**Intersections, Inc.**<br>**3901 Stonecraft Blvd.**<br>**Chantilly, VA20151** |

Debtor 1  **W.J. Bradley Mortgage Capital, LLC**
　　　　　First Name　　　Middle Name　　　Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **Master Consulting Services Agreement Dated 9/11/2014** | |
| | State the term remaining | | **Jeitosa Group International** |
| | List the contract number of any government contract | | **1953 Hayes Street** |
| | | | **San Francisco, CA 91447** |

| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **Amendment to Sales Agreement Dated 8/31/2010** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **JP Morgan Chase Bank, N.A.** |

| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | **Representation Agreement Dated 11/10/2014** | |
| | State the term remaining | | **KW Commercial Midwest** |
| | | | **KW Commercial Midwest** |
| | List the contract number of any government contract | | **Jim Zeller** |
| | | | **3464 Washington Drive** |
| | | | **Eagan, MN 55122** |

| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | **Servicing Rights Purchase and Sale Agreement Dated 3/31/2015** | |
| | State the term remaining | | **Lakeview Loan Servicing, LLC** |
| | | | **4425 Ponce de Leon Blvd.** |
| | List the contract number of any government contract | | **MS 5-251** |
| | | | **Coral Gables, FL 33146** |

| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease** | |
| | State the term remaining | **1 month** | **Laura Kozelouzek dba Quest Workspaces 77** |
| | | | **777 Brickell Avenue** |
| | List the contract number of any government contract | | **Suite 500** |
| | | | **Miami, FL 33131** |

| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **Software** | **Lease Harbor** |
| | | | **Department 4919** |
| | | | **Carol Stream, IL 60122-4919** |

Debtor 1  **W.J. Bradley Mortgage Capital, LLC**

First Name    Middle Name    Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining | **20 months**

List the contract number of any government contract | _____

---

**2.85.** State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement Dated 7/1/2015**

State the term remaining | | **Lease Harbor**
**414 N. Orleans Street, Suite 602**
**Chicago, IL 60654**

List the contract number of any government contract | _____

---

**2.86.** State what the contract or lease is for and the nature of the debtor's interest | **Office Lease**

State the term remaining | **30 months** | **Legacy III Sr Crow Canyon, LLC**
**PO Box 74869**
**Cleveland, OH 44194-4869**

List the contract number of any government contract | _____

---

**2.87.** State what the contract or lease is for and the nature of the debtor's interest | **Subservicing Agreement Dated 5/15/2015**

State the term remaining | | **LenderLive Network, Inc.**
**710 S. Ash St., Suite 200**
**Glendale, CO 80246**

List the contract number of any government contract | _____

---

**2.88.** State what the contract or lease is for and the nature of the debtor's interest | **CLE Agreement Dated 5/1/2015**

State the term remaining

List the contract number of any government contract | | **LEXIS NEXIS**

---

**2.89.** State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement Dated 10/28/2014**

State the term remaining | | **Mercury Network, LLC**
**3705 West Memorial, Building 402**
**Oklahoma City, OK 73134**

List the contract number of any government contract | _____

---

Debtor 1  **W.J. Bradley Mortgage Capital, LLC**

First Name          Middle Name          Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.90. | State what the contract or lease is for and the nature of the debtor's interest | **Subscription Agreement Dated 6/26/2014** | |
|---|---|---|---|
| | State the term remaining | | **Meyadi, LLC** <br> **2539 Eastbluff Drive, Suite 411** <br> **Newport Beach, CA 02660** |
| | List the contract number of any government contract | | |

| 2.91. | State what the contract or lease is for and the nature of the debtor's interest | **FF&E** | |
|---|---|---|---|
| | State the term remaining | **12 months** | **Mitchel & Schultz, Inc.** <br> **2647 Gateway Road Suite 105-326** <br> **Carlsbad, CA 92009** |
| | List the contract number of any government contract | | |

| 2.92. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease** | |
|---|---|---|---|
| | State the term remaining | **24 months** | **Monetary Investment Group** <br> **3806 Oakwood Hills Pkwy, Ste 1** <br> **Eau Claire, WI 54701** |
| | List the contract number of any government contract | | |

| 2.93. | State what the contract or lease is for and the nature of the debtor's interest | **Master Securities Transaction Agreement Dated 3/14/2014** | |
|---|---|---|---|
| | State the term remaining | | **Morgan Stanley & Co, LLC** <br> **1585 Broadway** <br> **New York, NY 10036-8293** |
| | List the contract number of any government contract | | |

| 2.94. | State what the contract or lease is for and the nature of the debtor's interest | **Software** | |
|---|---|---|---|
| | State the term remaining | **42 months** | **Motivity Solutions, Inc.** <br> **3033 S. Parker Rd. 11th Floor** <br> **Aurora, CO 80014** |
| | List the contract number of any government contract | | |

| 2.95. | State what the contract or lease is for and the nature of the debtor's interest | **Rental Agreement Dated 10/9/2013** | |
|---|---|---|---|
| | State the term remaining | | **Mountain Mist** <br> **PO Box 44427** <br> **Tacoma, WA 98448** |
| | List the contract number of any | | |

Debtor 1 **W.J. Bradley Mortgage Capital, LLC**

First Name          Middle Name          Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.96. | State what the contract or lease is for and the nature of the debtor's interest | **Recruiter's Agreement Dated 2/7/2014** | |
|---|---|---|---|
| | State the term remaining | | **Network Recruiters** |
| | | | **Network Recruiters** |
| | List the contract number of any government contract | | **4200 North Place** |
| | | | **Seaview, WA 98644** |

| 2.97. | State what the contract or lease is for and the nature of the debtor's interest | **Lender Agreement Dated 10/28/2014** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Nevada Housing Division** |

| 2.98. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement Dated 4/22/2014** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Nevada Internet Service Agreements** |

| 2.99. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease** | |
|---|---|---|---|
| | State the term remaining | **21 months** | **Nicholas E. Kachadoorian Trust A** |
| | | | **P.O. Box 25009** |
| | List the contract number of any government contract | | **Fresno, CA 93729-5009** |

| 2.100. | State what the contract or lease is for and the nature of the debtor's interest | **Marketing Services Agreement Dated 9/1/2014** | |
|---|---|---|---|
| | State the term remaining | | **NRS Realty Group, LLC** |
| | | | **181 North Arroyo Grande Blvd** |
| | | | **Suite 190** |
| | List the contract number of any government contract | | **Henderson, NV 89074** |

| 2.101. | State what the contract or lease is for and the nature of the debtor's interest | **Subscription Agreement Dated 10/13/2013** | **OCSS, LLC, Contractors Trust System** |
|---|---|---|---|
| | | | **11015 Turret Drive** |
| | | | **San Diego, CA 92131** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **W.J. Bradley Mortgage Capital, LLC**
　　　　First Name　　　Middle Name　　　Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
　　government contract　_____

---

| 2.102. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement Dated 9/1/2014** | |
|---|---|---|---|
| | State the term remaining | | **OffiCenters** |
| | List the contract number of any government contract | _____ | **3800 American Blvd. West, Suite 1500 Boomington, MN 55431** |

---

| 2.103. | State what the contract or lease is for and the nature of the debtor's interest | **Reimbursement Agreement Dated 9/1/201** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **One Moore LLC** |

---

| 2.104. | State what the contract or lease is for and the nature of the debtor's interest | **Mortgage Loan Purchase Agreement Dated 4/1/2011** | |
|---|---|---|---|
| | State the term remaining | | **PennyMac Corp.** |
| | List the contract number of any government contract | | **27001 Agoura Road, Suite 300 Calabasas, CA 91301** |

---

| 2.105. | State what the contract or lease is for and the nature of the debtor's interest | **Services Order Attachment Addendum Dated 12/10/2014** | |
|---|---|---|---|
| | State the term remaining | | **Perlmeter Internetworking Corp., dba Sil** |
| | List the contract number of any government contract | | **440 Wheelers Farm Road, Suite 202 Milford, CT 06461** |

---

| 2.106. | State what the contract or lease is for and the nature of the debtor's interest | **Master Securities Forward Transaction Agreement Dated 12/6/2013** | |
|---|---|---|---|
| | State the term remaining | | **Pierpont Securities, LLC** |
| | List the contract number of any government contract | | **281 Tresser Blvd. Stamford, CT 06901** |

---

Debtor 1 __W.J. Bradley Mortgage Capital, LLC__

First Name   Middle Name   Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.107.** State what the contract or lease is for and the nature of the debtor's interest | **Puchase and Sale Agreement Dated 4/11/2014** |
| State the term remaining | |
| List the contract number of any government contract | **Pingora Asset Management LLC** |
| **2.108.** State what the contract or lease is for and the nature of the debtor's interest | **Amendment to Purchase and Sale Agreement Dated 10/1/2014** |
| State the term remaining | **Pingora Loan Servicing 1755 Blake St, Suite 200 Denver, CO  80202** |
| List the contract number of any government contract | |
| **2.109.** State what the contract or lease is for and the nature of the debtor's interest | **Master Agreement Dated 5/15/2013** |
| State the term remaining | **Planview, Inc. 8300 North Mopac, Suite 300 Austin TX 78759** |
| List the contract number of any government contract | |
| **2.110.** State what the contract or lease is for and the nature of the debtor's interest | **Office Lease** |
| State the term remaining | **3 months** | **Premier Office Centers LLC dba Premier B 2102 Business Center Drive Irvine, CA 92612** |
| List the contract number of any government contract | |
| **2.111.** State what the contract or lease is for and the nature of the debtor's interest | **Rental Agreement Dated 8/1/2014** |
| State the term remaining | **Premier Realty of Ocala, Inc 1910 SW 18th CT, #100 Ocala, FL 34471** |
| List the contract number of any government contract | |
| **2.112.** State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement Dated 12/18/2012** |
| State the term remaining | **Prolifics** |
| List the contract number of any | |

Debtor 1   **W.J. Bradley Mortgage Capital, LLC**
　　　　　First Name　　　Middle Name　　　Last Name

Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.113. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement Dated 12/1/2014** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Quest Workspaces** |

| 2.114. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement Dated 3/20/2014** | |
| | State the term remaining | | **Qwest Communications** **2021 NW Wlyhre Road** **Suite 112** **Silverdale, WA 93383** |
| | List the contract number of any government contract | | |

| 2.115. | State what the contract or lease is for and the nature of the debtor's interest | **Master Securities Forward Transaction Agreement Dated 5/19/2014** | |
| | State the term remaining | | **RBC Capital Markets, LLC** **Royal Bank of Canada, 2nd Floor** **Royal Bank Plaza** **200 Bay Street, Toronto, ON, Canada M5J 2W7** |
| | List the contract number of any government contract | | |

| 2.116. | State what the contract or lease is for and the nature of the debtor's interest | **Warranties Agreement Dated 4/2/2014** | |
| | State the term remaining | | **Redwood Residental Acquisition Corporati** **1100 North Market Street** **Rodney Square North** **Wilmington, DE 19890** |
| | List the contract number of any government contract | | |

| 2.117. | State what the contract or lease is for and the nature of the debtor's interest | **Mortgage Loan Purchase Agreement Dated 7/1/2012** | |
| | State the term remaining | | **Redwood Residental Acquisition Corporati** **One Belvedere Place, Suite 360** **Mill Valley, CA 94941** |
| | List the contract number of any government contract | | |

| 2.118. | State what the contract or lease is for and the nature of the debtor's interest | **Amendment to Mortgage Loan Purchase Agreement Dated 7/1/2012** | **Redwood Residental Acquisition Corporati** |

Debtor 1  **W.J. Bradley Mortgage Capital, LLC**
_____
First Name      Middle Name        Last Name

Case number *(if known)* _____

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining<br><br>List the contract number of any<br>government contract _____ | |

| 2.119. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease** | |
|---|---|---|---|
| | State the term remaining | **2 months** | **Regus Management Group LLC - Peoria**<br>**PO Box 842456**<br>**Dallas, TX 75284-2456** |
| | List the contract number of any government contract _____ | | |

| 2.120. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease** | |
|---|---|---|---|
| | State the term remaining | **4 months** | **Regus Management Group LLC ? Rancho Sant**<br>**30211 Avenida De Las Banderas, #200**<br>**Rancho Santa Margarita, CA 92688** |
| | List the contract number of any government contract _____ | | |

| 2.121. | State what the contract or lease is for and the nature of the debtor's interest | **Marketing Services Agreement Dated 9/1/2014** | |
|---|---|---|---|
| | State the term remaining | | **ReMax Afffliates Realty**<br>**181 North Arroyo Grande Blvd**<br>**Suite 190**<br>**Henderson, NV 89074** |
| | List the contract number of any government contract _____ | | |

| 2.122. | State what the contract or lease is for and the nature of the debtor's interest | **Assumption Agreement Dated 5/29/2014** | |
|---|---|---|---|
| | State the term remaining | | **Ricoh Inc.**<br>**30 Whitney Street**<br>**Attn: Karen Schenore**<br>**Los Altos, CA 94022** |
| | List the contract number of any government contract _____ | | |

| 2.123. | State what the contract or lease is for and the nature of the debtor's interest | **Amendment to Agreement Dated 8/14/2014** | |
|---|---|---|---|
| | State the term remaining | | **Ricoh Inc.** |
| | List the contract number of any government contract _____ | | |

Debtor 1  **W.J. Bradley Mortgage Capital, LLC**
_____

First Name          Middle Name          Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.124.** State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement Dated 02.14.14** | |
| State the term remaining | |
| List the contract number of any government contract | **Ricoh Inc.** |
| **2.125.** State what the contract or lease is for and the nature of the debtor's interest | **Office Lease** |
| State the term remaining | **16 months** | **Ridge Park, LLC 43620 Ridge Park Drive, Suite 320 Temecula, CA 92590** |
| List the contract number of any government contract | |
| **2.126.** State what the contract or lease is for and the nature of the debtor's interest | **Software Agreements Dated 7/17/2013** |
| State the term remaining | **SemanticSpace Technologies, Limited Plot No. 226 Road No. 17 Jubilee Hills Hyderabad-00033 Andhra Pradesh INDIA** |
| List the contract number of any government contract | |
| **2.127.** State what the contract or lease is for and the nature of the debtor's interest | **Master Software Services Agreement Dated 12/18/2012** | **SemanticSpace Technologies, Limited Plot No. 226, Road No. 17 Jubilee Hills, Hyderabad-00033 Andhra Pr INDIA** |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.128.** State what the contract or lease is for and the nature of the debtor's interest | **Servicing Agreement Dated 10/31/2014** |
| State the term remaining | |
| List the contract number of any government contract | **Seneca Mortgage Servicing, LLC** |
| **2.129.** State what the contract or lease is for and the nature of the debtor's interest | **Interim Servicing Agreement Dated 10/31/2014** |
| State the term remaining | **Seneca Mortgage Servicing, LLC** |
| List the contract number of any | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1 **W.J. Bradley Mortgage Capital, LLC**
First Name          Middle Name          Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.130. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Agreement Dated 5/30/2014** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Seneca Mortgage Servicing, LLC** |
| 2.131. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase and Sale Agreement Dated 10/31/2014** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Seneca Mortgage Servicing, LLC** |
| 2.132. | State what the contract or lease is for and the nature of the debtor's interest | **Bulk Servicing Rights Purchase and Sale Agreement Dated 10/31/2014** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Seneca Mortgage Servicing, LLC** |
| 2.133. | State what the contract or lease is for and the nature of the debtor's interest | **Mortgage Loan Purchase Agreement Dated 11/1/2014** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **SG Capital Partners Incorporated** |
| 2.134. | State what the contract or lease is for and the nature of the debtor's interest | **Staffing Services Agreement Dated 3/15/2015** | |
| | State the term remaining | | **SigmaTech Consulting 600 Clipper Drive Belmont, CA 94002** |
| | List the contract number of any government contract | | |
| 2.135. | State what the contract or lease is for and the nature of the debtor's interest | **Master Securities Forward Transaction Agreement Dated** | **Simmons First National Bank 8315 Cantrell Road, Suite 200 Little Rock, AR 72227** |

Debtor 1    **W.J. Bradley Mortgage Capital, LLC**                          Case number *(if known)* _____
     First Name       Middle Name       Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

State the term remaining

List the contract number of any government contract    _____

---

**2.136.** State what the contract or lease is for and the nature of the debtor's interest

    **Office Lease**

State the term remaining    **9 months**

List the contract number of any government contract    _____

**Slatten Ranch, L.P.**
**c/o Colliers Parrish Asset Management Inc**
**1850 Mt Diablo Blvd, Ste 200**
**Walnut Creek, CA 94596**

---

**2.137.** State what the contract or lease is for and the nature of the debtor's interest

    **Consultant Services Agreement Dated 10/2/2015**

State the term remaining

List the contract number of any government contract    _____

**Solar Own Fund I, LLC**

---

**2.138.** State what the contract or lease is for and the nature of the debtor's interest

    **Master Servicer Agreement Dated 6/13/2014**

State the term remaining

List the contract number of any government contract    _____

**Solar Own Fund I, LLC**

---

**2.139.** State what the contract or lease is for and the nature of the debtor's interest

    **Mortgage Servicing Rights Purchase and Sale Agreement Dated 4/1/2015**

State the term remaining

List the contract number of any government contract    _____

**Specialized Loan Servicing, LLC**
**8742 Lucent Blvd., Suite 300**
**Highlands Ranch, CO 80129**

---

**2.140.** State what the contract or lease is for and the nature of the debtor's interest

    **Office Lease**

State the term remaining    **3 months**

List the contract number of any government contract    _____

**SR Office Properties LLC**
**c/o Paul Andronico**
**119 C Street**
**Petaluma, CA 94952**

---

Debtor 1 **W.J. Bradley Mortgage Capital, LLC**

First Name        Middle Name        Last Name

Case number *(if known)*



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.141. | State what the contract or lease is for and the nature of the debtor's interest | **Loan Servicing Quality Control Agreement Dated 6/26/2015** | |
|---|---|---|---|
| | State the term remaining | | **Subsequent QC, LLC** |
| | | | **4558 Sherman Oaks Ave.** |
| | List the contract number of any government contract | | **Sherman Oaks, CA 91403** |

| 2.142. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Intent Dated 03/01/15** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **SunTrust Building** |

| 2.143. | State what the contract or lease is for and the nature of the debtor's interest | **Master Securities Forward Transaction Agreement Dated 2/10/2015** | |
|---|---|---|---|
| | State the term remaining | | **SunTrust Robinson Humphrey, Inc.** |
| | | | **3333 Peachtree Road, NE** |
| | | | **11th Floor, MC 3913** |
| | List the contract number of any government contract | | **Atlanta, GA 30326** |

| 2.144. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Agreement Dated 02/16/14** | |
|---|---|---|---|
| | State the term remaining | | **Tailwind Voice and Data** |
| | | | **3500 Holly Lane N., Suite 10** |
| | List the contract number of any government contract | | **Minneapolis, MN 55447** |

| 2.145. | State what the contract or lease is for and the nature of the debtor's interest | **Subordination Agreement Dated 7/25/2013** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Tappan Investments Parkwest, LLC** |

| 2.146. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement Dated 02/15/15** | |
|---|---|---|---|
| | State the term remaining | | **Taylor, Stephanie** |
| | | | **Stephanie Taylor** |
| | | | **P.O. Box 1728** |
| | List the contract number of any | | **Sandy, UT 84091** |

Debtor 1    **W.J. Bradley Mortgage Capital, LLC**

First Name        Middle Name        Last Name

Case number *(if known)*



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | |
|---|---|---|

| 2.147. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease** | |
|---|---|---|---|
| | State the term remaining | **23 months** | **TB/Triple T Ventures LLC**<br>**348 James McIver**<br>**Truckee, CA 96161** |
| | List the contract number of any government contract | | |

| 2.148. | State what the contract or lease is for and the nature of the debtor's interest | **Broker Agreement** | |
|---|---|---|---|
| | State the term remaining | | **TCF National Bank**<br>**TCF National Bank**<br>**801 Marquette Avenue**<br>**Attn: Director of Retail Lending**<br>**Minneapolis, MN 55402** |
| | List the contract number of any government contract | | |

| 2.149. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Agreement**<br>**Dated 4/25/2014** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Telesphere Networks** |

| 2.150. | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement**<br>**Dated 1/14/2014** | |
|---|---|---|---|
| | State the term remaining | | **TenA Companies Inc**<br>**TenA Companies, Inc.**<br>**251 West LaFayette Frontage Road South**<br>**St. Paul, MN 55107** |
| | List the contract number of any government contract | | |

| 2.151. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease** | |
|---|---|---|---|
| | State the term remaining | **5 months** | **The Lauren & Nicole Spalding Irrevocable**<br>**30 Maluhia Dr**<br>**Wailuku, HI 96793** |
| | List the contract number of any government contract | | |

| 2.152. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease** | **The Realty Associates Fund VIII, L.P.**<br>**28 State Street 10th Floor**<br>**Boston, MA 02109** |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **W.J. Bradley Mortgage Capital, LLC**                          Case number *(if known)* _____
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining — **43 months** | |
| List the contract number of any government contract | |

| 2.153. | State what the contract or lease is for and the nature of the debtor's interest | **Thomas Reuters Master Terms Dated 10/6/2015** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Thomas Reuters** |

| 2.154. | State what the contract or lease is for and the nature of the debtor's interest | **Services Contract Dated 5/17/2011** | |
|---|---|---|---|
| | State the term remaining | | **Thomson Reuters** |
| | List the contract number of any government contract | | **The Thomson Reuters Building**<br>**3 Times Square**<br>**New York, NY 10036** |

| 2.155. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement Dated 10/1/2013** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Time Warner Cable Business Class** |

| 2.156. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement Dated 02 /05/14** | |
|---|---|---|---|
| | State the term remaining | | **Time Warner Cable, Inc.**<br>**60 Columbus Circle**<br>**Attn: General Counsel** |
| | List the contract number of any government contract | | **New York, NY 10023** |

| 2.157. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement Dated 02/07/14** | |
|---|---|---|---|
| | State the term remaining | | **Time Warner Cable, Inc.**<br>**Time Warner Cable Business Services** |
| | List the contract number of any government contract | | **13820 Sunrise Valley Dr.**<br>**Herndon, VA 20171** |

Debtor 1   **W.J. Bradley Mortgage Capital, LLC**
_____
First Name          Middle Name          Last Name

Case number _(if known)_ _____



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.158. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Service Agreement Dated 2/24/2014** | **Top of Mind Networks, LLC**<br>**3621 Vinings Slope SE**<br>**Suite 4250**<br>**Atlanta GA 30339** |
|---|---|---|---|
| 2.159. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Master Services Agreement Dated 8/8/2014** | **Trinity Inspection Services, LLC**<br>**4851 LBJ Freeway**<br>**Suite 410**<br>**Dallas, Texas 75244** |
| 2.160. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Engagement Letter Dated 6/26/2014** | **TVMA, Inc. / Teraverde Services** |
| 2.161. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Master Services Agreement Dated 8/13/2014** | **TVMA, Inc. / Teraverde Services** |
| 2.162. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Services Agreement Dated 7/29/2014** | **TW Telecom** |
| 2.163. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any | **Broker Agreements Dated 2/28/2012** | **U.S. Bank National Association ND**<br>**U.S. Bank National Association ND**<br>**c/o U.S. Bancorp/Mail Station: FG-ND-SII**<br>**4325 17th Ave S**<br>**Fargo, ND 58103** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **W.J. Bradley Mortgage Capital, LLC**                                Case number *(if known)* _____
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | |
|---|---|---|
| 2.164. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Agreement Dated 6/4/2014** |
| | State the term remaining | |
| | List the contract number of any government contract | **UPS** |
| 2.165. | State what the contract or lease is for and the nature of the debtor's interest | **Master Loan Agreement Dated 10/14/2013** |
| | State the term remaining | |
| | List the contract number of any government contract | **US Bank** |
| 2.166. | State what the contract or lease is for and the nature of the debtor's interest | **User Agreement Dated 6/13/2014** |
| | State the term remaining | |
| | List the contract number of any government contract | **USDA Rural Housing Service** |
| 2.167. | State what the contract or lease is for and the nature of the debtor's interest | **Software** |
| | State the term remaining | **46 months** |
| | | **Vantage Production, LLC**<br>**10 Rte 35**<br>**4th Floor**<br>**Red Bank, NJ 07701** |
| | List the contract number of any government contract | |
| 2.168. | State what the contract or lease is for and the nature of the debtor's interest | **Trademark License & Technology Hosting Agreement Dated 11/07/08** |
| | State the term remaining | |
| | | **W.J. Bradley Company**<br>**5910 S University Blvd, C-18 #119**<br>**Greenwood Village, CO 80121** |
| | List the contract number of any government contract | |
| 2.169. | State what the contract or lease is for and the nature of the debtor's interest | **Master Securities Forward Transaction Agreement Dated 8/16/2011** | **Wells Fargo Securities, LLC**<br>**301 South College Street, 7th Floor**<br>**MAC D1053-077**<br>**Charlotte, NC 28202** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **W.J. Bradley Mortgage Capital, LLC**
_____
First Name       Middle Name        Last Name

Case number _(if known)_ _____

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | _____ |

| 2.170. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease** | |
| | State the term remaining | **22 months** | **Westlake Plaza Center East-I, LLC**<br>**1050 17th Street, Suite 2300**<br>**Denver, CO 80265** |
| | List the contract number of any government contract | _____ | |

| 2.171. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subscription Agreement Dated 7/9/2014** | |
| | State the term remaining | | **Workday, Inc.**<br>**6230 Stoneridge Mall Road**<br>**Pleasanton, CA 94588** |
| | List the contract number of any government contract | _____ | |

| 2.172. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease** | |
| | State the term remaining | **52 months** | **Workers Compensation Fund**<br>**100 West Towne Ridge Parkway**<br>**Sand, UT 84070** |
| | List the contract number of any government contract | _____ | |

| 2.173. | State what the contract or lease is for and the nature of the debtor's interest | **Master Securities Forward Transaction Agreement Dated 3/19/2014** | |
| | State the term remaining | | **XFA Securities, LLC**<br>**61 Broadway Suite 1110**<br>**New York, NY 10006** |
| | List the contract number of any government contract | _____ | |

| 2.174. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subscription Agreement Dated 8/28/2013** | |
| | State the term remaining | | **Zscaler, Inc.**<br>**110 Baytech Drive, Suite 100**<br>**San Jose, CA 95134** |
| | List the contract number of any government contract | _____ | |

**Fill in this information to identify the case:**

Debtor name    **W.J. Bradley Mortgage Capital, LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**        Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Joseph A. Cambi** | **Springfield Capital**<br>**1 Monarch Pl.**<br>**Suite 2510**<br>**Springfield, MA 01144-2510** | **WJB Loan, LP** | ☑ D   **2.8**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **W.J. Bradley Company Merchant** | **Partners 2003 - Seed, LLC**<br>**10940 S. Parker Road**<br>**Suite 506**<br>**Parker, CO 80134** | **EF Holdco, Inc.** | ☑ D   **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **W.J. Bradley Company Merchant** | **Partners 2003 - Seed, LLC**<br>**10940 S. Parker Road**<br>**Suite 506**<br>**Parker, CO 80134** | **International Business Machines Corp** | ☑ D   **2.3**<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **W.J. Bradley Company Merchant** | **Partners 2003 - Seed, LLC**<br>**10940 S. Parker Road**<br>**Suite 506**<br>**Parker, CO 80134** | **WJB Loan, LP** | ☑ D   **2.8**<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **W.J. Bradley Mortgage Capital, LLC** | Case number *(if known)* | |
|---|---|---|---|

███  **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

| 2.5 | **W.J. Bradley Company Merchant** | Partners 2003 - Seed, LLC<br>10940 S. Parker Road<br>Suite 506<br>Parker, CO 80134 | **Susquehanna Commercial Finance, Inc.** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
|---|---|---|---|---|
| 2.6 | **W.J. Bradley Company Merchant** | Partners 2003 - Seed, LLC<br>10940 S. Parker Road<br>Suite 506<br>Parker, CO 80134 | **Towne Mortgage Company** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **W.J. Bradley Company Merchant** | Partners 2003 - Seed, LLC<br>10940 S. Parker Road<br>Suite 506<br>Parker, CO 80134 | **U.S. Bank Equipment Finance** | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **W.J. Bradley Company Merchant** | Partners 2003 - Seed, LLC<br>10940 S. Parker Road<br>Suite 506<br>Parker, CO 80134 | **Wells Fargo Vendor Financial Service LLC** | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **W.J. Bradley Corporate Services, LLC** | 10940 S. Parker Road<br>Suite 506<br>Parker, CO 80134 | **EF Holdco, Inc.** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **W.J. Bradley Financial Services, LLC** | 10940 S. Parker Road<br>Suite 506<br>Parker, CO 80134 | **EF Holdco, Inc.** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | **W.J. Bradley Mortgage Services, LLC** | 10940 S. Parker Road<br>Suite 506<br>Parker, CO 80134 | **EF Holdco, Inc.** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    W.J. Bradley Mortgage Capital, LLC

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    **Corporate Ownership Statement (Rule 7007.1)**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    04/28/2016    x _____
Signature of individual signing on behalf of debtor

William J. Bradley
Printed name

**President & Chief Executive Officer**
Position or relationship to debtor

Official Form 202                Declaration Under Penalty of Perjury for Non-Individual Debtors