**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 7 |
| W. J. BRADLEY COMPANY MERCHANT PARTNERS 2003-SEED, LLC | ) ) ) ) | Case No. 16-11048 (KG) |
| Debtor. | ) ) ) ) | |
| In re: | ) ) | Chapter 7 |
| W. J. BRADLEY MORTGAGE CAPITAL, LLC | ) ) ) ) | Case No. 16-11049 (KG) |
| Debtor. | ) ) ) ) | |
| In re: | ) ) | Chapter 7 |
| W. J. BRADLEY CORPORATE SERVICES, LLC | ) ) ) ) | Case No. 16-11050 (KG) |
| Debtor. | ) ) ) ) | |
| In re: | ) ) | Chapter 7 |
| W. J. BRADLEY FINANCIAL SERVICES, LLC | ) ) ) ) | Case No. 16-11051 (KG) |
| Debtor. | ) ) ) ) | |
| In re: | ) ) | Chapter 7 |
| WJB MORTGAGE SERVICES, LLC | ) ) | Case No. 16-11052 (KG) |
| Debtor. | ) ) ) ) | |

**DECLARATION OF GREGORY WALKER IN SUPPORT OF OBJECTION OF TOWNE MORTGAGE COMPANY AND RESERVATION OF RIGHTS TO MOTION TO COMPEL TEXAS CAPITAL BANK TO IMMEDIATELY TURNOVER TO THE TRUSTEE THE FUNDS AND ACCOUNTS HELD IN THE NAME OF THE DEBTORS**

I, Gregory Walker, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information and belief:

1. I am Chief Legal Officer of Towne Mortgage Company ("Towne Mortgage"), and, at all times relevant[1], I have been employed by Towne Mortgage in such capacity.

2. As Chief Legal Officer, I am responsible for, among other things, negotiating Towne Mortgage's business contracts and overseeing their legal administration. I am also generally involved in and familiar with Towne Mortgage's business operations and affairs.

3. I submit this declaration (this "Declaration") in support of the *Objection of Towne Mortgage Company and Reservation of Rights to Motion to Compel Texas Capital Bank to Immediately Turnover to the Trustee the Funds and Accounts Held in the Name of the Debtors*. Except as otherwise noted, I have personal knowledge of, and if called would testify competently as to, the matters set forth in this Declaration.

4. Beginning in September 2015, in my capacity as Chief Legal Officer of Towne Mortgage, I oversaw and was personally involved in the negotiations between Towne Mortgage and Bradley Mortgage concerning Towne Mortgage's purchase from Bradley

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the *Objection of Towne Mortgage Company and Reservation of Rights to Motion to Compel Texas Capital Bank to Immediately Turnover to the Trustee the Funds and Accounts Held in the Name of the Debtors*.

2

Mortgage all of Bradley Mortgage's right, title and interest to the servicing of a portfolio of mortgage loans on behalf of Fannie Mae, Freddie Mac and Ginnie Mae.

5. Attached as *Exhibit A* hereto is a schedule of loan numbers with corresponding amounts that, upon information and belief, were withheld from the respective mortgage loan borrowers and delivered to Bradley Mortgage in connection with the closing of such loans and are held in certain of the TCB Accounts at issue in the Trustee's Turnover Motion.

6. Specifically, I negotiated the following agreements related to the Servicing Rights: (i) that certain Bulk Servicing Rights Purchase and Sale Agreement, dated as of September 10, 2015, by and between Towne Mortgage and Bradley Mortgage, as amended (the "Bulk Purchase Agreement), a true and correct copy of which is attached as *Exhibit B* hereto; (ii) that certain Forward Servicing Rights Purchase and Sale Agreement, dated as of September 10, 2015, by and between Towne Mortgage and Bradley Mortgage, as amended (the "Forward Purchase Agreement"), a true and correct copy of which is attached as *Exhibit C* hereto; and (iii) that certain Servicing Rights Purchase and Sale Agreement, dated as of February 10, 2016, by and between Towne Mortgage and Bradley Mortgage, as amended (the "Freddie MSR Purchase Agreement," a true and correct copy of which is attached as *Exhibit D* hereto, and together with the Bulk Purchase Agreement, and the Forward Purchase Agreement, the "Purchase Documents").

7. The Purchase Documents memorialized the respective rights of Towne Mortgage and Bradley Mortgage related to the sale of certain mortgage loan-related rights and obligations. Upon information and belief, certain funds related to the Servicing Rights were

3

placed in accounts at Texas Capital Bank in the name of one or more of the Debtors, in each case, for the benefit of Ginnie Mae, Fannie Mae, and Freddie Mac.

8. Pursuant to the Purchase Documents, as owner of the Servicing Rights, Towne Mortgage acts as mortgage loan servicer for Ginnie Mae, Fannie Mae, and Freddie Mac. As mortgage loan servicer, Towne Mortgage, and not Bradley Mortgage, is entitled to hold and control any and all funds in the accounts held for the benefit of Ginnie Mae, Fannie Mae, and Freddie Mac at Texas Capital Bank related to the Servicing Rights.

9. Upon information and belief, as stated, the remaining funds held in the TCB Accounts are related to the Servicing Rights that Towne Mortgage purchased and are therefore the property of Towne Mortgage.

[*Remainder of page left blank intentionally*]

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 2nd day of June 2016.

                                                          Gregory Walker