**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>W.J. BRADLEY MORTGAGE CAPITAL,<br>LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 16-11049 (BLS)<br>Jointly Administered<br><br>**Hearing Date: September 20, 2023 at 9:15 am (ET)**<br>**Objection Date: August 16, 2023 at 4:00 pm (ET)** |

**STATEMENT OF FEES FOR PROFESSIONAL SERVICES RENDERED**
**AND DISBURSEMENTS INCURRED BY COREN & RESS, P.C.**
**AS SPECIAL COUNSEL TO THE CHAPTER 7 TRUSTEE, GEORGE L. MILLER**

| | |
|---|---|
| Name of Applicant: | Coren & Ress, P.C. f/k/a Kaufman, Coren & Ress, P.C. ("CR") |
| Authorized to Provide Professional Services to: | Special Counsel to the Chapter 7 Trustee, George L. Miller |
| Date of Retention: | Order signed July 28, 2016, granting *nunc pro tunc* employment as of July 6, 2016 |
| Period for which compensation and reimbursement is sought: | February 1, 2020 through July 28, 2023 |
| Amount of Compensation sought as actual, reasonable and necessary: | N/A |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $85,475.04 |
| This is a ■ Interim □ Final □ Monthly Application | |

---

[1] The Debtors are: W.J. Bradley Company Merchant Partners 2003-SEED, LLC, Case No. 16-11048; W.J. Bradley Mortgage Capital, LLC, Case No. 11049; W.J. Bradley Corporate Services, LLC, Case No. 11050; W.J. Bradley Financial Services, LLC, Case No. 11051; and WJB Mortgage Services, LLC, Case No. 11052.

**EXPENSE SUMMARY**

| Expense Category | Service Provider | Total Expense |
|---|---|---|
| Computer Assisted Legal Research | Westlaw | $1,216.73 |
| Electronic Discovery | CS Disco, Inc. | $73,558.66 |
| Filing Fees | US Courts | $25.00 |
| Messenger/Service Expenses | Fredericks & Palmer | $460.00 |
| Duplicating Charges | CR | $125.60 |
| Court Reporting Charges | AB Litigation Services, Accurate Court Reporting, Tate & Tate, Dunn Reporting | $7,742.02 |
| Parcel Delivery | FedEx | $625.74 |
| Airfare, Hotel, Uber, and Meal Expenses (SMC and BMM to Boston for Demoulas Deposition) | Various | $1,721.29 |
| | **TOTAL:** | **$85,475.04** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>W.J. BRADLEY MORTGAGE CAPITAL, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 16-11049 (BLS)<br>Jointly Administered<br><br>**Hearing Date: September 20, 2023 at 9:15 am (ET)**<br>**Objection Date: August 16, 2023 at 4:00 pm (ET)** |

**THIRD INTERIM APPLICATION FOR**
**REIMBURSEMENT OF COSTS AND EXPENSES OF COREN & RESS, P.C., AS**
**SPECIAL COUNSEL TO THE CHAPTER 7 TRUSTEE, GEORGE L. MILLER, FOR**
**THE PERIOD OF FEBRUARY 1, 2020 THROUGH JULY 28, 2023**

Coren & Ress, P.C. f/k/a Kaufman, Coren & Ress, P.C. ("CR"), as special counsel to the Chapter 7 Trustee, George L. Miller, (the "Trustee") in the above-captioned Chapter 7 cases of W.J. Bradley Mortgage Capital, LLC, *et al.*, hereby applies (the "Application") for reimbursement of expenses in the amount of $85,475.04 for the period from February 1, 2020 through July 28, 2023 (the "Application Period").

CR files this Application under sections 328, 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Under 11 U.S.C. § 330.

In this Application, CR seeks reimbursement of expenses in the amount of $85,475.04 for the Application Period. In support of the Application, CR respectfully represents as follows:

---

[1]    The Debtors are: W.J. Bradley Company Merchant Partners 2003-SEED, LLC, Case No. 16-11048; W.J. Bradley Mortgage Capital, LLC, Case No. 11049; W.J. Bradley Corporate Services, LLC, Case No. 11050; W.J. Bradley Financial Services, LLC, Case No. 11051; and WJB Mortgage Services, LLC, Case No. 11052.

## JURISDICTION AND VENUE

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This Application is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).  The statutory predicates for the relief sought in this application are Bankruptcy Code §§ 328, 330, and 331.

## BACKGROUND

2.      George L. Miller is the duly appointed Chapter 7 Trustee (the "Trustee") of the Debtors W.J. Bradley Company Merchant Partners 2003-SEED, LLC; W.J. Bradley Mortgage Capital, LLC; W.J. Bradley Corporate Services, LLC; W.J. Bradley Financial Services, LLC; and WJB Mortgage Services, LLC (collectively, the "Debtors").

3.      On April 28, 2016 (the "Petition Date"), the Debtors each filed voluntary petitions for relief under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), with the cases being jointly administered under the caption, *In re W.J. Bradley Mortgage Capital, LLC, et al.*, U.S.B.C. D. Del., Case No. 16-11049 (BLS) (collectively, the "W.J. Bradley Bankruptcy Case").

4.      On July 28, 2016, this Court entered an order authorizing the employment and retention of CR as Special Counsel for George L. Miller, Chapter 7 Trustee *nunc pro tunc* effective as of July 6, 2016 (the "Retention Order").  A true and correct copy of the Retention Order is attached hereto as Exhibit "A."  At all relevant times, CR has been a disinterested person as that term is defined in Section 101(14) of the Bankruptcy Code (the "Code") and has not represented nor held any interest adverse to the interest of the Debtors or the Debtors' estates in connection with the matter for which CR is engaged.

5.      The Retention Order approved the Trustee's application to employ CR, pursuant to a Fee Agreement which provides, *inter alia*, as follows: "The Trustee for the Debtors' bankruptcy estates shall be responsible for, and shall reimburse [CR] for all out-of-pocket costs and expenses incurred in connection with the investigation and prosecution of the Litigation Claims, including, but not limited to, costs and expenses for filing fees, postage, travel, couriers, experts, meals, lodging, court reporters, transcripts, secretarial overtime, and photocopying."  A true and correct copy of the Fee Agreement is attached hereto as Exhibit "B."

## SUMMARY OF SERVICES

6.      On behalf of the Trustee and the Debtors, CR commenced an investigation and analysis into claims as it relates to the Debtors' relationship with their former officers, directors, vendors, customers, attorneys, and other entities and individuals, as well as various transfers received by such entities and individuals.  The investigation involved the collection, review, and analysis of multiple voluminous sources of debtor records and electronically stored information.

7.      CR's investigation, analysis, and pursuit of adversary proceedings on behalf of the Trustee has led to previous settlements which generated funds for the benefit of the Debtors' Estates.

8.      On April 16, 2018, via a Complaint prepared by CR (the "Complaint"), the Trustee commenced an adversary proceeding in this Court captioned *Miller v. Bradley, et al.*, Adv. Pro. No. 18-50385-KG (the "Adversary Proceeding") against William J. Bradley ("Bradley"), Joseph A. Cambi ("Cambi"), Gerard Levins ("Levins"), Audrey Kirdar ("Kirdar"), Daniel Baruch ("Baruch"), Howard Michalski ("Michalski"), Springfield Capital, LLC ("Springfield"), Arthur S. Demoulas ("Demoulas"), ASD Merchant Partners LLC ("ASD"), Arthur S. Demoulas

Continuation Trust ("Continuation Trust"), Arthur S. Demoulas 2012 Trust ("2012 Trust"), and Picknelly (collectively, the "Adversary Defendants").

9.      In the Adversary Proceeding, the Trustee asserts claims for beach of fiduciary duty, aiding and abetting breach of fiduciary duty, corporate waste, unjust enrichment and claims to avoid and recover certain transfers under the Bankruptcy Code and state law.

10.     While certain Adversary Defendants have reached settlements with the Trustee, no settlement has been reached between the Trustee on the one hand and Demoulas, the Continuation Trust, and the 2012 Trust (collectively, the "Demoulas Defendants"), on the other hand.  The Adversary Proceeding is continuing against the Demoulas Defendants, and CR has incurred expenses as set forth herein in connection with the prosecution of the Adversary Proceeding against the Demoulas Defendants.

## RELIEF REQUESTED

### Actual and Necessary Expenses

11.     The efforts put forth and the activities engaged in by CR as Special Counsel to the Trustee include, but are not limited to, the following:

    a.  Conducting a substantial investigation into the claims in dispute;

    b.  Reviewing and analyzing numerous sources of information obtained from the Debtors;

    c.  Numerous telephone conferences, face-to-face meetings, and correspondence on all aspects of the investigation;

    d.  Researching numerous legal issues;

    e.  Preparation and filing of the Complaint; and

    f.  Continued prosecution of the Adversary Proceeding.

12.     A summary of actual and necessary expenses incurred/paid by CR for the Application Period is attached hereto as Exhibit "C."  On-line legal research (Westlaw) is charged to clients at CR's discounted cost.  The standard cost of Westlaw research sessions is discounted each month by allocating the savings realized during that month pursuant to special contracts CR has negotiated with Westlaw.

13.     Another source of costs was CS Disco (https://www.csdisco.com/), a vendor which specializes in providing full-service electronic document review and management solutions for litigation purposes.  CS Disco's rates are a function of the volume of data loaded to the service multiplied by a monthly fee per gigabyte, and undersigned counsel has worked to minimize the amount of data loaded to the platform.

14.     CR believes that the charges for which it seeks payment/reimbursement are in accordance with the American Bar Association ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

## Local Rules 2016-2 Certification

15.     CR hereby certifies that it has reviewed the requirements of Rule 2016-2 of the Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and that this Application and the exhibits attached hereto substantially comply with Bankruptcy Rules 2016-2.  CR further certifies that it has not included Local Form 102 but has instead included the information sought by that form in the body of this Application or in the attachments to the Application

WHEREFORE, Coren & Ress, P.C., respectfully requests that it be allowed reimbursement/payment of expenses in the amount of $85,475.04 for the period from February 1,

2020 through July 28, 2023 and that the Court authorize and direct the Trustee to reimburse Coren

& Ress, P.C. the amount approved by and consistent with the Order of the Court.

Dated: August 2, 2023                    Respectfully submitted,


                                         */s/Ronald S. Gellert*
                                         Ronald S. Gellert, Esq. (DE No. 4259)
                                         Gellert Scali Busenkell & Brown LLC
                                         1201 N. Orange Street, 3rd Floor
                                         Wilmington, DE 19801
                                         (302) 425-5806

                                         Steven M. Coren, Esq. (admitted *pro hac vice*)
                                         Benjamin M. Mather, Esq. (admitted *pro hac vice*)
                                         Coren & Ress, P.C.
                                         Two Commerce Square, Suite 3900
                                         2001 Market Street
                                         Philadelphia, PA 19103
                                         (215) 735-8700

                                         *Counsel for George L. Miller, Plaintiff and Chapter
                                         7 Trustee*