IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.J. BRADLEY MORTGAGE CAPITAL, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 16-11049 (BLS)<br><br>(Jointly Administered)<br><br>RE: D.I. 493 and 495 |

## ORDER APPROVING THIRD INTERIM APPLICATION FOR REIMBURSEMENT/PAYMENT OF COSTS AND EXPENSES OF COREN & RESS, P.C.

The Court having reviewed the Third Interim Application of Coren & Ress, P.C. f/k/a Kaufman, Coren & Ress, P.C. ("CR") for Reimbursement/Payment of Expenses as Special Counsel to the Chapter 7 Trustee, George L. Miller, for the Period of February 1, 2020 through July 28, 2023 (the "Application"); and it appearing to the Court that all of the requirements of sections 327, 328, 330, 331 and 503(b) and Title 11 of the United States Code, as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, have been satisfied; and having found that due and proper notice of the Application has been provided to parties in interest; and having found that expenses incurred for which reimbursement/payment expenses is sought in the Application were actual and necessary;

**IT IS HEREBY ORDERED** the Application is **GRANTED**.

---

[1] The Debtors are: W.J. Bradley Company Merchant Partners 2003-SEED, LLC, Case No. 16-11048; W.J. Bradley Mortgage Capital, LLC, Case No. 11049; W.J. Bradley Corporate Services, LLC, Case No. 11050; W.J. Bradley Financial Services, LLC, Case No. 11051; and WJB Mortgage Services, LLC, Case No. 11052.

**IT IS FURTHER ORDERED**: that CR is allowed reimbursement/payment of expenses in the amount of $85,475.04 for the period of February 1, 2020 through July 28, 2023. The Trustee is authorized and directed to make payment to CR.

Dated: August 22nd, 2023
Wilmington, Delaware

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**