**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: W.J. BRADLEY MORTGAGE CAPITAL, LLC | § | Case No. 16-11049- BLS |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that George L. Miller, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Court
824 North Market St.
3rd Floor
Wilmington, DE 19801

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:00 AM on 01/13/2027 in Courtroom 1, 6th Floor, United States Courthouse Courthouse, 824 North Market St., Wilmington, DE 19801. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/18/2026

By: /s/ George L. Miller
Trustee

George L. Miller
1628 John F. Kennedy Blvd.
Suite 950
Philadelphia, PA 19103
(215) 561-0950

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: W.J. BRADLEY MORTGAGE CAPITAL, LLC | § | Case No. 16-11049- BLS |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of :* | $ | 4,255,134.30 |
| *and approved disbursements of:* | $ | 3,978,609.74 |
| *leaving a balance on hand of[1]:* | $ | 276,524.56 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 71 | Imperial IPFS | 0.00 | 0.00 | 0.00 | 0.00 |
| 83A | EF Holdco Inc. | 3,956,666.67 | 258,405.56 | 258,405.56 | 0.00 |
| 87S | Texas Capital Bank, NA | 216,434.24 | 0.00 | 0.00 | 0.00 |
| 97S | WJB Loan LP | 3,927,769.06 | 196,259.36 | 196,259.36 | 0.00 |
| 109 | Zurich American Insurance Company its Subsidiarie | 0.00 | 0.00 | 0.00 | 0.00 |
| 110 | Zurich American Insurance Company its Subsidiarie | 0.00 | 0.00 | 0.00 | 0.00 |
| 113 | Clark County Assessor; Michele W. Shafe | 184.14 | 184.14 | 0.00 | 184.14 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 184.14 |
| Remaining balance: | $ | 276,340.42 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - George L. Miller | 150,904.03 | 0.00 | 150,904.03 |
| Trustee, Expenses - George L. Miller | 2,008.45 | 0.00 | 2,008.45 |
| Accountant for Trustee, Fees - Miller Coffey Tate LLP | 923,156.00 | 918,375.50 | 4,780.50 |
| Accountant for Trustee, Expenses - Miller Coffey Tate LLP | 8,184.62 | 8,124.65 | 59.97 |
| Attorney for Trustee Fees (Other Firm) - Gellert Seitz Busenkell & Brown LLC | 595,820.00 | 590,065.50 | 5,754.50 |
| Attorney for Trustee Fees (Other Firm) - Coren & Ress, P.C. | 1,058,750.00 | 1,058,750.00 | 0.00 |
| Attorney for Trustee Expenses (Other Firm) - Gellert Seitz Busenkell & Brown LLC | 24,261.82 | 23,531.80 | 730.02 |
| Attorney for Trustee Expenses (Other Firm) - Coren & Ress, P.C. | 139,125.87 | 139,125.87 | 0.00 |
| Realtor for Trustee Fees - Re/Max Results | 5,564.00 | 5,564.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses: | $ | 164,237.47 |
| Remaining balance: | $ | 112,102.95 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 112,102.95 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $300,357.03 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| FUTAP | Internal Revenue Service - EFTPS - 940 | 8,184.11 | 0.00 | 0.00 |
| 3P | Mark William Simmonds | 12,850.00 | 0.00 | 7,189.92 |
| 5 | Stephanie Geiger | 7,307.69 | 0.00 | 4,088.86 |
| 6P | Cheryl Lee Close | 7,817.60 | 0.00 | 4,374.18 |
| 7 | Alicia Jones | 1,057.60 | 0.00 | 591.76 |
| 8 | Wesley Evans | 2,300.00 | 0.00 | 1,286.91 |
| 11P | Scott Sheldon | 1,947.50 | 0.00 | 1,089.68 |
| 18 | El Dorado County Tax Collector | 54.40 | 0.00 | 0.00 |
| 20 | Colorado Department of Revenue | 0.00 | 0.00 | 0.00 |
| 24P | Department of the Treasury Internal Revenue Service | 7,021.80 | 0.00 | 0.00 |
| 32P | Franchise Tax Board | 12,872.53 | 0.00 | 0.00 |
| 38 | Orange County Tax Collector | 75.83 | 0.00 | 0.00 |
| 40 | Gary R Mouritzen | 7,063.64 | 0.00 | 3,952.30 |
| 42P | Tennessee Department of Revenue | 795.52 | 0.00 | 0.00 |
| 44P | Mark Schellhase | 12,850.00 | 0.00 | 7,189.91 |
| 45 | Michael Ervin | 5,145.00 | 0.00 | 2,878.76 |
| 46A | Michael Haigh | 12,850.00 | 0.00 | 7,189.91 |
| 50P | Gary Weaver | 12,850.00 | 0.00 | 7,189.91 |
| 51 | Elizabeth May Nguyen | 4,860.00 | 0.00 | 2,719.30 |
| 52 | John Swanson | 830.76 | 0.00 | 464.83 |
| 55 | Jennifer Lynn Castaneda | 5,444.00 | 0.00 | 3,046.07 |
| 56 | El Dorado County Tax Collector | 59.98 | 0.00 | 0.00 |
| 61 | Sean Ehsan Kameli | 5,535.00 | 0.00 | 3,096.98 |
| 64 | TEXAS WORKFORCE COMMISSION | 0.00 | 0.00 | 0.00 |
| 65P | WA STATE EMPLOYMENT SECURITY DEPARTMENT | 1,003.55 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 73P | Richard Todd Astor | 12,850.00 | 0.00 | 7,189.91 |
| 78 | Enzo Morales | 11,262.32 | 0.00 | 6,301.58 |
| 80P | Dax Tobin | 12,850.00 | 0.00 | 7,189.91 |
| 82 | San Diego County Treasurer - Tax Collector | 578.48 | 0.00 | 0.00 |
| 86P | Howard Michalski | 12,850.00 | 0.00 | 7,189.92 |
| 91P | John Moore | 12,850.00 | 0.00 | 7,189.92 |
| 93P | William J. Bradley | 12,850.00 | 0.00 | 7,189.92 |
| 94P | State of Nevada Department of Taxation | 43,483.75 | 0.00 | 0.00 |
| 104 | Sandra G Viana | 750.00 | 0.00 | 419.64 |
| 107 | Tycord Roy Gosnay | 6,222.06 | 0.00 | 3,481.41 |
| 108P | David Colarchik | 12,850.00 | 0.00 | 7,189.92 |
| 116 | Branden Grant | 3,679.14 | 0.00 | 0.00 |
| 117 | Texas Comptroller of Public Accounts | 4,931.02 | 0.00 | 0.00 |
| 119 | Ashley Buchan | 4,309.97 | 0.00 | 2,411.54 |
| 122P | State of Minnesota, Dept. of Revenue | 1,936.80 | 0.00 | 0.00 |
| FICAERP | Internal Revenue Service - EFTPS - 941 | 12,421.90 | 0.00 | 0.00 |
| MEDIERP | Internal Revenue Service - EFTPS - 941 | 2,905.08 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 112,102.95
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $49,527,238.45 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Office Depot | 9,624.68 | 0.00 | 0.00 |
| 2 | Southwest Gas Corporation | 431.55 | 0.00 | 0.00 |
| 3U | Mark William Simmonds | 8,957.68 | 0.00 | 0.00 |
| 4 | Bayard, P.A. | 8,328.98 | 0.00 | 0.00 |
| 6U | Cheryl Lee Close | 0.00 | 0.00 | 0.00 |
| 9 | American InfoSource LP as agent for Xcel Energy South | 1,441.64 | 0.00 | 0.00 |
| 10 | Kevin Kempter LLC, dba Consistent State | 27,173.52 | 0.00 | 0.00 |
| 11U | Scott Sheldon | 38,005.80 | 0.00 | 0.00 |
| 12 | Daiwa | 42,011.72 | 0.00 | 0.00 |
| 13 | Sullivan-Zweber, LLC | 4,925.40 | 0.00 | 0.00 |
| 14 | Embarq Minnesota, Inc. dba CenturyLink CenturyLink Communications, LLC Bankruptcy | 706.58 | 0.00 | 0.00 |
| 15 | Cybersoft, Inc. | 23,767.30 | 0.00 | 0.00 |
| 16 | Southern California Edison Company | 1,625.84 | 0.00 | 0.00 |
| 17 | Greater Vision Inc. | 35,412.91 | 0.00 | 0.00 |
| 19 | MountainView Servicing Group, LLC | 12,500.00 | 0.00 | 0.00 |
| 21 | IBM Credit LLC Marie-Josee Dube | 8,334,834.00 | 0.00 | 0.00 |
| 22 | CSBD, LLC | 326,049.00 | 0.00 | 0.00 |
| 23 | Marina Hills Appraisal | 1,200.00 | 0.00 | 0.00 |
| 24U | Department of the Treasury Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 25 | Lease Harbor LLC | 1,317.30 | 0.00 | 0.00 |
| 26 | 1501 Partnership | 73,906.49 | 0.00 | 0.00 |
| 27 | AIG Home Loan 5, LLC | 18,164.64 | 0.00 | 0.00 |
| 28 | AIG Home Loan 2 LLC | 14,914.88 | 0.00 | 0.00 |
| 29 | Tyler Blik Design, Inc. | 31,085.22 | 0.00 | 0.00 |
| 30 | Cybersoft Inc. | 0.00 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 31 | Icon Advisory Group, Ltd. | 21,291.26 | 0.00 | 0.00 |
| 33 | Capstone Consulting, Inc. | 0.00 | 0.00 | 0.00 |
| 34 | Team Union, Inc. Attn: Eric Union | 10,400.00 | 0.00 | 0.00 |
| 35 | PAUL SECARD | 77.24 | 0.00 | 0.00 |
| 36 | Hatfield Appraisal Services, Inc. | 2,135.00 | 0.00 | 0.00 |
| 37 | McGlinchey Stafford, PLLC | 995.00 | 0.00 | 0.00 |
| 39 | SG Capital Partners LLC | 1,581,315.16 | 0.00 | 0.00 |
| 41 | Perlmeter Internetworking Corp., dba Sil | 8,443.48 | 0.00 | 0.00 |
| 42U | Tennessee Department of Revenue | 30.00 | 0.00 | 0.00 |
| 43 | Jefferies LLC | 111,074.22 | 0.00 | 0.00 |
| 44U | Mark Schellhase | 35,287.00 | 0.00 | 0.00 |
| 46B | Michael Haigh | 8,150.00 | 0.00 | 0.00 |
| 47 | Justin Lees | 17,999.81 | 0.00 | 0.00 |
| 48 | Lee County Electric Cooperative, Inc. LCEC | 268.22 | 0.00 | 0.00 |
| 49 | Denise Brewer | 0.00 | 0.00 | 0.00 |
| 50U | Gary Weaver | 6,552.79 | 0.00 | 0.00 |
| 53 | Gill Appraisal Services | 4,145.00 | 0.00 | 0.00 |
| 54 | Capstone Consulting, Inc. | 64,015.32 | 0.00 | 0.00 |
| 57 | Prolifics Application Services, Inc. | 355,795.00 | 0.00 | 0.00 |
| 58 | AmeriHome Mortgage Company LLC | 354,802.47 | 0.00 | 0.00 |
| 59 | TENA Companies Inc. | 45,795.10 | 0.00 | 0.00 |
| 60 | Wells Fargo Vendor Financial Services, LLC WFVFS - Bankruptcy | 361,524.29 | 0.00 | 0.00 |
| 62 | Level 3 Communications, LLC | 5,502.05 | 0.00 | 0.00 |
| 63 | City and County of San Francisco | 854.00 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 66 | ValPro Appraisal LLC | 200.00 | 0.00 | 0.00 |
| 67 | Pacific Bell Telephone Company | 6,555.00 | 0.00 | 0.00 |
| 68 | Southwestern Bell Telephone Company | 140.89 | 0.00 | 0.00 |
| 69 | American Express Travel Related Services Company | 332,240.90 | 0.00 | 0.00 |
| 70 | American Express Travel Related Services Company Inc c/o Becket & Lee, LLP | 49,922.77 | 0.00 | 0.00 |
| 72 | Seecon Financial and Construction CO INC | 8,995.28 | 0.00 | 0.00 |
| 73U | Richard Todd Astor | 6,552.79 | 0.00 | 0.00 |
| 74 | GK Peakview Tower, LLC | 1,301,162.45 | 0.00 | 0.00 |
| 75 | Motivity Solutions, Inc., a Colorado Corporation | 37,500.00 | 0.00 | 0.00 |
| 76 | Ellie Mae, Inc. | 2,408,000.00 | 0.00 | 0.00 |
| 77 | Loan Value Group, LLC | 3,262,259.54 | 0.00 | 0.00 |
| 79 | Morgan Stanley & Co, LLC | 113,908.27 | 0.00 | 0.00 |
| 80U | Dax Tobin | 6,777.56 | 0.00 | 0.00 |
| 81 | Summer Dawn Rynning | 751,089.50 | 0.00 | 0.00 |
| 83B | EF Holdco Inc. c/o Ellington Financial Management LLC | 3,941,594.44 | 0.00 | 0.00 |
| 84 | FRDGS GCP LLC | 322,580.96 | 0.00 | 0.00 |
| 85 | MERSCORP Holdings, Inc. | 74,113.90 | 0.00 | 0.00 |
| 86U | Howard Michalski | 62,265.38 | 0.00 | 0.00 |
| 87U | Texas Capital Bank, NA | 443,401.15 | 0.00 | 0.00 |
| 88 | DWF IV San Ramon, LLC | 341,984.56 | 0.00 | 0.00 |
| 89 | The Shops at Slatten Ranch, L.P. | 105,053.82 | 0.00 | 0.00 |
| 90 | DWF IV 1300 S El Camino, LLC | 330,828.41 | 0.00 | 0.00 |
| 91U | John Moore | 239,405.70 | 0.00 | 0.00 |
| 93U | William J. Bradley | 741,014.94 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 95 | GE Equipment Smaill Ticket, L.L.C., Series 2014-1 Wells Fargo Vendor Financial Services, LLC | 23,307.55 | 0.00 | 0.00 |
| 96 | Towne Mortgage Company | 5,154,848.97 | 0.00 | 0.00 |
| 97U | WJB Loan LP | 3,917,851.75 | 0.00 | 0.00 |
| 98 | Smart Energy Solar, Inc. | 83,294.02 | 0.00 | 0.00 |
| 99 | NATIONAL UNION FIRE INSURANCE COMPANY | 0.00 | 0.00 | 0.00 |
| 100 | Lehman Brothers Holdings Inc. | 6,610,246.75 | 0.00 | 0.00 |
| 101 | Vantage Production, LLC | 31,995.00 | 0.00 | 0.00 |
| 102 | Pingora Loan Servicing, LLC | 2,369,349.71 | 0.00 | 0.00 |
| 103 | U.S. BANK NATIONAL ASSOCIATION | 10,842.35 | 0.00 | 0.00 |
| 114 | Government National Mortgage Association US Dept. of Housing & Urban Development Ginnie Mae - Paul St. Laurent, III | 30,316.74 | 0.00 | 0.00 |
| 115 | FHA Connection (HUD) | 4,227,792.09 | 0.00 | 0.00 |
| 118 | BNY Mellon Capital Markets, LLC | 119,621.11 | 0.00 | 0.00 |
| FICAERU | Internal Revenue Service - EFTPS - 941 | 31,219.67 | 0.00 | 0.00 |
| MEDIERU | Internal Revenue Service - EFTPS - 941 | 16,166.99 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $265,235.28 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 105 | Planview, Inc. | 124,608.00 | 0.00 | 0.00 |
| 106 | Gill Appraisal Services | 4,145.00 | 0.00 | 0.00 |
| 108U | David Colarchik | 89,387.22 | 0.00 | 0.00 |
| 111 | Michael Nasserfar | 26,616.21 | 0.00 | 0.00 |
| 112 | Arizona Department of Financial Institutions | 13,540.73 | 0.00 | 0.00 |
| 120 | 1055 East Colorado - Pasadena, CA, L.P. | 100.00 | 0.00 | 0.00 |
| 121 | ERROR | 0.00 | 0.00 | 0.00 |
| FICAERUT | Internal Revenue Service - EFTPS - 941 | 5,542.01 | 0.00 | 0.00 |
| MEDIERUT | Internal Revenue Service - EFTPS - 941 | 1,296.11 | 0.00 | 0.00 |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $7,596.36 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 32U | Franchise Tax Board | 3,059.32 | 0.00 | 0.00 |
| 65U | WA STATE EMPLOYMENT SECURITY DEPARTMENT BANKRUPTCY UNIT | 150.92 | 0.00 | 0.00 |
| 94U | State of Nevada Department of Taxation | 4,269.92 | 0.00 | 0.00 |
| 122U | State of Minnesota, Dept. of Revenue | 116.20 | 0.00 | 0.00 |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/ George L. Miller
Trustee

George L. Miller
1628 John F. Kennedy Blvd.
Suite 950
Philadelphia, PA 19103
(215) 561-0950

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.